Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

[Additional Counsel on Signature Pages]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO ENERGY CORPORATION; CONOCOPHILLIPS; ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  3:15-CV-1749-L-BGS<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT LOCAL RULES 7.2 AND 12.1** |

# NOTICE OF JOINT MOTION AND
# JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT LOCAL RULES 7.2 AND 12.1

**WHEREAS**, Plaintiff Persian Gulf Inc. filed this action against nine defendants ("Defendants") in the Superior Court of the State of California, County of San Diego, Central Division on July 7, 2015;

**WHEREAS**, Defendants removed this case to the United States District Court on August 6, 2015;

**WHEREAS**, Defendants intend to move to dismiss the case;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 81, Defendants' motions to dismiss are due on August 13, 2015;

**WHEREAS**, Plaintiff is evaluating whether to move to remand the case to state court;

**WHEREAS**, the Parties agree that it would be more efficient for the briefing on Defendants' motions to dismiss (or demurrer should it be remanded) to occur after Plaintiff files any motion to remand and entry of the order finally resolving any such motion;

**NOW THEREFORE**, the parties hereby agree and stipulate to the following:

Defendants' motions to dismiss are due August 27, 2015.  If Plaintiff decides to move to remand, the parties will meet and confer on a briefing schedule for Plaintiff's motion to remand and Defendants' motions to dismiss and promptly notify the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  August 11, 2015 | Respectfully submitted, |
| 2 | | Jones Day |
| 4 | | By:/s/David C. Kiernan |
| 5 | |      David C. Kiernan |
| 6 | | *Counsel for Defendant*<br>TESORO REFINING & MARKETING COMPANY LLC |
| 8 | Dated:  August 11, 2015 | Robbins Geller Rudman & Dowd LLP |
| 10 | | By:/s/Carmen Medici |
| 11 | |      Carmen Medici |
| 12 | | *Counsel for Plaintiff*<br>PERSIAN GULF INC. |
| 14 | Dated:  August 11, 2015 | Gibson Dunn & Crutcher |
| 16 | | By:/s/ Daniel G. Swanson |
| 17 | |      Daniel G. Swanson |
| 18 | | *Counsel for Defendant*<br>CHEVRON U.S.A. INC. |
| 20 | Dated:  August 11, 2015 | Morgan Lewis & Bockius LLP |
| 22 | | By:/s/ Kent M. Roger |
| 23 | |      Kent M. Roger |
| 24 | | *Counsel for Defendant*<br>EQUILON ENTERPRISES LLC doing business as SHELL OIL PRODUCTS US |

- 1 -

**JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**CASE NO. 3:15-CV-1749**

| | | |
|---|---|---|
| 1 | Dated: August 11, 2015 | O'Melveny & Meyers |

By: /s/ Charles C. Lifland
  Charles C. Lifland

*Counsel for Defendant*
*EXXON MOBIL REFINING & SUPPLY CO.*

Dated: August 11, 2015  Glynn & Finley LLP

By: /s/ Adam Friedenberg
  Adam Friedenberg

*Counsel for Defendant*
*VALERO ENERGY CORPORATION*

Dated: August 11, 2015  Brown Wegner McNamara LLP

By: /s/ William J. Brown
  William J. Brown Jr.

*Counsel for Defendant*
*KERN OIL & REFINING CO.*

Dated: August 11, 2015  Cozen O'Connor

By: /s/ Ronald F. Wick
  Ronald Wick

*Counsel for Defendant*
*ALON U.S.A. ENERGY, INC.*

| | | |
|---|---|---|
| Dated: August 11, 2015 | | BP Legal |

By: /s/ Mark Holstein
Mark Holstein

*Counsel for Defendant*
*BP WEST COAST PRODUCTS LLC*

Dated: August 11, 2015    Norton Rose Fulbright

By: /s/ Joshua D. Lichtman
Joshua D. Lichtman

*Counsel for Defendant*
*CONOCO PHILIPS*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Carmen Medici, counsel for Persian Gulf. Inc.; Daniel G. Swanson, counsel for Chevron U.S.A. Inc.; Kent M. Roger, counsel for Equilon Enterprises LLC doing business as Shell Oil Products US; Charles C. Lifland, counsel for Exxon Mobil Refining & Supply Co.; Adam Friedenberg, counsel for Valero Energy Corporation; William J. Brown, counsel for Kern Oil & Refining Co.; Ronald F. Wick, counsel for Alon U.S.A. Energy, Inc.; Mark Holstein, counsel for BP West Coast Products LLC; and Joshua D. Lichtman, counsel for Conoco Phillips, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signature to this document.

By: /s/ David C. Kiernan
David C. Kiernan