Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
TESORO REFINING & MARKETING
COMPANY LLC

[Additional Counsel on Signature Pages]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO ENERGY CORPORATION; CONOCOPHILLIPS; ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:15-CV-1749-L-BGS<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1** |

# NOTICE OF JOINT MOTION AND
# JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1

**WHEREAS**, on July 7, 2015, Plaintiff Persian Gulf Inc. filed this action against nine defendants ("Defendants") in the Superior Court of the State of California, County of San Diego, Central Division;

**WHEREAS**, on August 6, 2015, Defendants removed this case to the United States District Court;

**WHEREAS**, the Parties filed a Joint Motion and Stipulation (Doc. 8), which provides that "Defendants' motions to dismiss are due August 27, 2015. If Plaintiff decides to move to remand, the parties will meet and confer on a briefing schedule for Plaintiff's motion to remand and Defendants' motions to dismiss and promptly notify the Court";

**WHEREAS**, the Court granted the Joint Motion and ordered that Defendants' motions to dismiss are due August 27, 2015;

**WHEREAS**, on August 19, 2015, Plaintiff informed Defendants that it intends to file a motion to remand the week of August 24, 2015;

**WHEREAS**, the Parties agree that it would be more efficient for the briefing on Defendants' motions to dismiss (or demurrer should it be remanded) to occur after Plaintiff files any motion to remand and entry of the order finally resolving any such motion;

**NOW THEREFORE**, the Parties hereby agree and stipulate to the following:

Defendants' motions to dismiss are due fourteen (14) days after the entry of the order finally resolving Plaintiff's motion to remand; oppositions are due thirty (30) days after the motions to dismiss are filed; replies are due twenty-one (21) days after the oppositions.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2015 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By: s/David C. Kiernan |
| 5 | | David C. Kiernan |
| 6 | | *Counsel for Defendant* |
| 7 | | TESORO REFINING & MARKETING COMPANY LLC |
| 8 | Dated: August 25, 2015 | Robbins Geller Rudman & Dowd LLP |
| 9 | | |
| 10 | | By: s/Carmen A. Medici |
| 11 | | Carmen A. Medici |
| 12 | | *Counsel for Plaintiff* |
| 13 | | PERSIAN GULF INC. |
| 14 | Dated: August 25, 2015 | Gibson Dunn & Crutcher |
| 15 | | |
| 16 | | By: s/ Daniel G. Swanson |
| 17 | | Daniel G. Swanson |
| 18 | | *Counsel for Defendant* |
| 19 | | CHEVRON U.S.A. INC. |
| 20 | Dated: August 25, 2015 | Morgan Lewis & Bockius LLP |
| 21 | | |
| 22 | | By: s/ Colin C. West |
| 23 | | Colin C. West |
| 24 | | *Counsel for Defendant* |
| 25 | | EQUILON ENTERPRISES LLC doing business as SHELL OIL PRODUCTS US |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: August 25, 2015 | O'Melveny & Myers LLP |
| 2 | | |
| 3 | | By: s/ Charles C. Lifland |
| 4 | | Charles C. Lifland |
| 5 | | *Counsel for Defendant* |
| 6 | | *EXXON MOBIL REFINING & SUPPLY CO.* |
| 7 | Dated: August 25, 2015 | Glynn & Finley LLP |
| 8 | | |
| 9 | | By: s/ Adam Friedenberg |
| 10 | | Adam Friedenberg |
| 11 | | *Counsel for Defendant* |
| 12 | | *VALERO ENERGY CORPORATION* |
| 13 | Dated: August 25, 2015 | Brown Wegner McNamara LLP |
| 14 | | |
| 15 | | By: s/ William J. Brown |
| 16 | | William J. Brown Jr. |
| 17 | | *Counsel for Defendant* |
| 18 | | *KERN OIL & REFINING CO.* |
| 19 | Dated: August 25, 2015 | Cozen O'Connor |
| 20 | | |
| 21 | | By: s/ Amanda Lorenz |
| 22 | | Amanda Lorenz |
| 23 | | *Counsel for Defendant* |
| 24 | | *ALON U.S.A. ENERGY, INC.* |
| 25 | | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

| | | |
|---|---|---|
| Dated: August 25, 2015 | | Sullivan & Cromwell |
| | | By: s/ Diane Lee McGimsey |
| | | Diane Lee McGimsey |
| | | *Counsel for Defendant* |
| | | *BP WEST COAST PRODUCTS LLC* |
| Dated: August 25, 2015 | | Norton Rose Fulbright |
| | | By: s/ Joshua D. Lichtman |
| | | Joshua D. Lichtman |
| | | *Counsel for Defendant* |
| | | *CONOCO PHILIPS* |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Carmen A. Medici, counsel for Persian Gulf. Inc.; Daniel G. Swanson, counsel for Chevron U.S.A. Inc.; Colin C. West, counsel for Equilon Enterprises LLC doing business as Shell Oil Products US; Charles C. Lifland, counsel for Exxon Mobil Refining & Supply Co.; Adam Friedenberg, counsel for Valero Energy Corporation; William J. Brown, counsel for Kern Oil & Refining Co.; Amanda Lorenz, counsel for Alon U.S.A. Energy, Inc.; Diane Lee McGimsey, counsel for BP West Coast Products LLC; and Joshua D. Lichtman, counsel for Conoco Phillips, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signature to this document.

By: s/ David C. Kiernan
David C. Kiernan

- 4 -

JOINT MOTION TO EXTEND
TIME TO RESPOND TO
COMPLAINT
CASE NO. 3:15-CV-1749