UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, *et al.*,<br><br>Defendants. | Civil No. 15cv1749 L (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**[ECF No. 32]** |

Good cause appearing, the parties' joint motion for an extension of time is **GRANTED** as follows: Defendants' motions to dismiss are due fourteen (14) days after the entry of the order resolving Plaintiff's motion to remand; oppositions are due thirty (30) days after the motions to dismiss are filed; replies are due twenty-one (21) days after the oppositions.

**IT IS SO ORDERED.**

DATED: August 26, 2015

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

15cv1749