# TABLE OF CONTENTS

| | Exhibit | Page |
|---|---|---|
| Robert McCullough, "May and October 2012 Gasoline Price Spikes on the West Coast," McCullough Research (Nov. 15, 2012) | A | 1 |
| Robert McCullough, "Analysis of West Coast Gasoline Prices," McCullough Research (June 5, 2012) | B | 28 |
| Letter from Jaime Court, President, Consumer Watchdog, to California U.S. Attorneys (May 21, 2015) | C | 33 |
| "Pump Jacking California's Climate Protection," Consumer Watchdog (Dec. 15, 2014) | D | 40 |
| Press Release, Maria Cantwell, United States Senator for Washington, 6 West Coast Senators Urge DOJ Investigate Western Gas Price Spike (Nov. 27, 2012) | E | 53 |
| United States Department of Justice, Protecting Consumers at the Pump: The Oil and Gas Price Fraud Working Group (Apr. 22, 2011) | F | 57 |

Gibson, Dunn & Crutcher LLP