1

2

3

4

5

6

7

8

9

10

11            UNITED STATES DISTRICT COURT

12           SOUTHERN DISTRICT OF CALIFORNIA

13   PERSIAN GULF INC., Individually and )     Case No. 15-cv-01749-L-BGS
     on Behalf of All Others Similarly   )
14   Situated,                           )
                                         )     ORDER GRANTING JOINT MOTION
15                      Plaintiff,        )     REGARDING SUBSTITUTION OF
                                         )     PARTY AND EXTENSION OF TIME
16        vs.                            )     TO RESPOND TO THE COMPLAINT
                                         )
17   BP WEST COAST PRODUCTS LLC, et )
     al.,                                )
18                                       )
                       Defendants.       )
19   _____ )

20

21

22        Pending before the Court is the Joint Motion and Stipulation Regarding

23   Substitution of Party and Extension of Time to Respond to Complaint.  Pursuant to

24   Civil Local Rule 7.2 and for good cause shown, the stipulation is APPROVED.

25   Accordingly, it is hereby ordered as follows:

26        1.  Defendant Valero Marketing and Supply Company ("Valero Marketing")

27            shall be substituted *nunc pro tunc* in place of Defendant Valero Energy

28            Company ("Valero Energy") on all terms specified in the stipulation.

1

1

2.  All claims asserted against Valero Energy are **dismissed without prejudice**
    pursuant to Federal Rule of Civil Procedure 41(a).

3.  No later than **March 25, 2016**, Plaintiff shall file an amended complaint
    reflecting the substitution of Valero Energy.

4.  For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the
    time for Valero Marketing to respond to the complaint is extended until
    **April 20, 2016**.

IT IS SO ORDERED.

Dated:  March 18, 2016

_____
Hon. M. James Lorenz
United States District Judge

2