DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
STEVEN E. SLETTEN, SBN 107571
  ssletten@gibsondunn.com
DAVID HAN, SBN 247789
  dhan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
CHEVRON U.S.A. INC.

[Additional Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO MARKETING & SUPPLY COMPANY; CONOCOPHILLIPS; ALON USA ENERGY, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-01749-L-BGS<br><br>**DEFENDANTS' NOTICE OF MOTION AND JOINT MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Defendants' Memorandum of Points and Authorities in Support of Joint Motion to Dismiss Plaintiff's First Amended Complaint, Defendants' Request for Judicial Notice, and Declaration of Steven Sletten in Support of Defendants' Request for Judicial Notice filed concurrently herewith]<br><br>**SPECIAL BRIEFING SCHEDULE ORDERED PER LOCAL RULE 7.1(E)**: Pursuant to Court Order (Dkt. 80), Defendants' Joint Motion to Dismiss FAC shall be filed and served no later than October 17, 2016<br><br>**Hearing:**<br>Date: Dec. 5, 2016<br>Time: 10:30 a.m.<br>Place: Courtroom 5B<br>Judge: Hon. M. James Lorenz |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 5, 2016, at 10:30 a.m., or as soon thereafter as may be heard before the Honorable M. James Lorenz, in Courtroom 5B of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, all eight named Defendants will and hereby do move this Court to dismiss Plaintiff Persian Gulf Inc.'s First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to plead the necessary facts to support a "price-fixing" conspiracy claim.

Defendants move on the grounds that Plaintiff has again failed to plead facts sufficient to support its claims under section 1 of the Sherman Antitrust Act, California's Cartwright Act and California's Unfair Competition Law.  Plaintiff's claim of conspiracy relies on the insufficient conjecture of self-proclaimed industry experts and consumer advocates; Plaintiff fails to allege any parallel pricing or other conduct among Defendants; the "plus factors" Plaintiff relies on as evidence of alleged collusion between Defendants just as easily support lawful, unchoreographed free-market behavior as compared to unlawful conduct which is the product of conspiracy; and Plaintiff's speculative theories about the 2012 and 2015 price increases lack support in the facts as pled.

This motion is based on this Notice of Motion and Joint Motion, the concurrently filed Memorandum of Points and Authorities, Defendants' Request for Judicial Notice, the Declaration of Steven Sletten in Support of Defendants' Request for Judicial Notice, attached Exhibits, and the pleadings and papers on file herein.

//
//
//
//
//
//

| | |
|---|---|
| DATED: October 17, 2016 | DANIEL G. SWANSON<br>STEVEN E. SLETTEN<br>DAVID HAN<br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:   s/ Steven E. Sletten<br>        STEVEN E. SLETTEN<br><br>Attorneys for Defendant CHEVRON U.S.A. INC.<br>Email: ssletten@gibsondunn.com<br><br>JONES DAY LLP<br><br>By:   s/ David C. Kiernan<br>        DAVID C. KIERNAN<br><br>Attorneys for Defendant<br>TESORO REFINING & MARKETING COMPANY LLC<br>Email: dkiernan@jonesday.com<br><br>MORGAN LEWIS & BOCKIUS LLP<br><br>By:   s/ Kent M. Roger<br>        KENT M. ROGER<br><br>Attorneys for Defendant<br>EQUILON ENTERPRISES LLC<br>doing business as SHELL OIL PRODUCTS US<br>Email: kent.roger@morganlewis.com |

O'MELVENY & MEYERS

By:   s/ Charles C. Lifland
        CHARLES C. LIFLAND

Attorneys for Defendant
EXXON MOBIL REFINING & SUPPLY CO.
Email:  clifland@omm.com


WILSON TURNER KOSMO LLP

By:   s/ Robin A. Wofford
        ROBIN A. WOFFORD

Attorneys for Defendant
EXXON MOBIL REFINING & SUPPLY CO.
Email:  rwofford@wilsonturnerkosmo.com


COZEN O'CONNOR

By:   s/ Michael De Leeuw
        MICHAEL DE LEEUW

Attorneys for Defendant
ALON U.S.A. ENERGY, INC.
Email:  mdeleeuw@cozen.com


SULLIVAN & CROMWELL

By:   s/ Diane L. McGimsey
        DIANE L. MCGIMSEY

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC
Email:  mcgimseyd@sullcrom.com

NORTON ROSE FULBRIGHT

By:   s/ John C. Gray
          JOHN C. GRAY

Attorneys for Defendant
CONOCO PHILIPS
Email:  john.gray@nortonrosefulbright.com

GLYNN & FINLEY LLP

By:   s/ Robert Phelps
          ROBERT PHELPS

Attorneys for Defendant
VALERO MARKETING AND SUPPLY COMPANY
Email:  bphelps@glynnfinley.com

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David C. Kiernan, counsel for Tesoro Refining & Marketing Company, LLC; Kent M. Roger, counsel for Equilon Enterprises LLC doing business as Shell Oil Products US; Charles C. Lifland, counsel for Exxon Mobil Refining & Supply Co.; Robin A. Wofford, counsel for Exxon Mobil Refining & Supply Co.; Michael De Leeuw, counsel for Alon U.S.A. Energy, Inc.; Diane Lee McGimsey, counsel for BP West Coast Products LLC; Robert Phelps, counsel for Valero Marketing and Supply Company; and John C. Gray, counsel for Conoco Phillips, and that I have obtained each of the foregoing persons' authorization to affix his or her electronic signature to this document.

By:   s/ Steven E. Sletten
          STEVEN E. SLETTEN