**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. DIVEN<br><br>   Plaintiff,<br><br>vs.<br><br>T-MOBILE US, INC.; and AMSHER COLLECTION SERVICES INC.<br><br>   Defendants. | Case No. 18-cv-00507-L-WVG<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion to Dismiss Entire Case with Prejudice is granted.  This action is dismissed with prejudice.  Each party shall bear his or its own fees, costs and expenses.

**IT IS SO ORDERED.**

Dated:  June 19, 2018

_____
Hon. M. James Lorenz
United States District Judge