UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO ENERGY CORPORATION; CONOCOPHILLIPS; ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:15-CV-1749-L-BGS<br><br>**ORDER RE RENEWED JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWERS TO THE AMENDED COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1**<br><br>Complaint Filed: July 7, 2015<br><br>Dept.: Courtroom 5B<br>Judge: Hon. M. James Lorenz |

**WHEREAS**, Plaintiff Persian Gulf Inc. filed this action against nine defendants ("Defendants") in the Superior Court of the State of California, County of San Diego, Central Division on July 7, 2015;

**WHEREAS**, Defendants removed this case to the United States District Court on August 6, 2015;

**WHEREAS**, Defendants filed their joint motion to dismiss the amended complaint against eight defendants on October 17, 2016;

**WHEREAS,** the Court entered its Order denying the defendants' motion to dismiss on June 19, 2018;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, Defendants' responses to the amended complaint are due on July 3, 2018;

**WHEREAS**, the Defendants have asked the plaintiff for some additional time to file answers to the amended complaint and plaintiff has agreed thereto with the agreement that such additional time will not affect the timing of a conference under Fed. R. Civ. P. 26(f) or the scheduling of Early Neutral Evaluation pursuant to the Southern District of California's Local Rule 16.1.c.;

**WHEREAS,** given the length of the First Amended Complaint (70 pages and 183 paragraphs) and the holiday schedule Defendants need more time to review and respond to each paragraph as required;

**WHEREAS**, Plaintiff does not oppose Defendants' renewed request nor does it take a position as to whether good cause has been shown;

**NOW, THEREFORE**, good cause exists for a short extension in accordance with Fed. R. Civ. Proc. 6(b) thus the following is so ordered:

/ / /

/ / /

/ / /

The parties' joint motion and stipulation to extend time for defendants to file answers to the amended complaint is **GRANTED**.  Defendants' answers to the amended complaint are due July 17, 2018.

Dated:  July 2, 2018

_____
Hon. M. James Lorenz
United States District Judge