UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-01749-L-AGS<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT MOTION REGARDING SUBSTITUTION OF PARTY |

　　　Good cause appearing, the Court GRANTS the joint motion to substitute Phillips 66 as a defendant in place of ConocoPhillips in the Action.

　　　IT IS SO ORDERED.

Dated: July 13, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　United States District Judge