Michael R. Matthias, SBN 057728
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310-820-8800
Facsimile:   310-820-8859
E-mail:        mmatthias@bakerlaw.com

Carl W. Hittinger (*pro hac vice*)
Jeffry W. Duffy (*pro hac vice*)
Tyson Y. Herrold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104
Telephone:  215-568-3100
Facsimile:   215-568-3439
E-mail:        chittinger@bakerlaw.com
                   jduffy@bakerlaw.com
                   therrold@bakerlaw.com

*Attorneys for Defendant*
Alon USA Energy, Inc.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES (D/B/A SHELL OIL PRODUCTS US); EXXON MOBIL REFINING & SUPPLY COMPANY; VALERO MARKETING AND SUPPLY COMPANY; CONOCOPHILLIPS; ALON USA ENERGY, INC.; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 3:15-cv-01749-L-BGS<br><br>**DEFENDANT ALON USA ENERGY, INC.'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |

To the extent it does not specifically admit an allegation, Defendant Alon USA Energy Inc. ("Alon") denies each allegation in Plaintiff Persian Gulf Inc.'s Amended Complaint. Alon further responds as follows:

1. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

2. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited McCullough Report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited McCullough Rebuttal exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief as to their truth, so they are denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

3. Alon denies that any maintenance shutdowns at its California refineries were suspect. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited McCullough Report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Further, to the extent the cited Energy Information

-2-

1  Administration ("EIA") hearsay data exists and is accurately cited by the Plaintiff, that
2  data speaks for itself, and no response is required. To the extent a response is required,
3  Alon lacks information sufficient to form a belief as to the truth of the data, so it is
4  denied. Alon denies that it was involved in any anticompetitive conduct to increase
5  gasoline prices.

6      4.    Alon denies that it acted against its economic self-interest by not
7  postponing any scheduled or necessary maintenance. This paragraph consists of
8  vague, conclusory allegations that are not specific to Alon, and those and any
9  remaining allegations are denied because Alon lacks information sufficient to form a
10  belief as to their truth. Alon denies that it was involved in any anticompetitive conduct
11  to increase gasoline prices.

12      5.    This paragraph consists of vague, conclusory allegations that are not
13  specific to Alon, and those and any remaining allegations are denied because Alon
14  lacks information sufficient to form a belief as to their truth. To the extent the cited
15  McCullough Report exists and the referenced hearsay statement is accurately quoted
16  by the Plaintiff, that alleged statement speaks for itself, and no response is required.
17  To the extent a response is required, the allegations are vague, conclusory, and not
18  specific to Alon, and they are denied because Alon lacks information sufficient to
19  form a belief as to their truth. Alon denies that it was involved in any anticompetitive
20  conduct to increase gasoline prices.

21      6.    This paragraph consists of vague, conclusory allegations that are not
22  specific to Alon, and those and any remaining allegations are denied because Alon
23  lacks information sufficient to form a belief as to their truth. To the extent the cited
24  letter from certain senators to then-Attorney General Eric Holder exists and the
25  referenced hearsay statements are accurately quoted by the Plaintiff, those alleged
26  statements speak for themselves, and no response is required. To the extent a response
27  is required, the allegations are vague, conclusory, and not specific to Alon, and they
28  are denied because Alon lacks information sufficient to form a belief as to their truth.

-3-

1  Alon denies that it was involved in any anticompetitive conduct to increase gasoline

2  prices.

3          7.          This paragraph consists of vague, conclusory allegations that are not

4  specific to Alon, and those and any remaining allegations are denied because Alon

5  lacks information sufficient to form a belief as to their truth. To the extent the cited

6  letter by Senator Dianne Feinstein exists and the referenced hearsay statement is

7  accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no

8  response is required. To the extent a response is required, the allegations are vague,

9  conclusory, and not specific to Alon, and they are denied because Alon lacks

10 information sufficient to form a belief as to their truth. Alon denies that it was

11 involved in any anticompetitive conduct to increase gasoline prices.

12         8.          This paragraph consists of vague, conclusory allegations that are not

13 specific to Alon, and those and any remaining allegations are denied because Alon

14 lacks information sufficient to form a belief as to their truth. To the extent the cited

15 letter from Senator Dianne Feinstein to the Federal Trade Commission exists and the

16 referenced hearsay statement is accurately quoted by the Plaintiff, that alleged

17 statement speaks for itself, and no response is required. To the extent a response is

18 required, the allegations are vague, conclusory, and not specific to Alon, and they are

19 denied because Alon lacks information sufficient to form a belief as to their truth.

20 Alon denies that it was involved in any anticompetitive conduct to increase gasoline

21 prices.

22         9.          This paragraph consists of vague, conclusory allegations that are not

23 specific to Alon, and those and any remaining allegations are denied because Alon

24 lacks information sufficient to form a belief as to their truth. Alon denies that it was

25 involved in any anticompetitive conduct to increase gasoline prices.

26         10.        The allegations in this paragraph constitute legal conclusions to which no

27 response is required. To the extent a response is required, Alon denies that it was

28 involved in any conspiracy to increase gasoline prices.

11. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the quoted Background Paper exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Further, to the extent the cited FTC Report and McCullough articles exist and are accurately cited by the Plaintiff, those articles speak for themselves, and no response is required. To the extent a response is required, the hearsay statements in those articles are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

12. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Background Paper exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

13. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog article exists and the referenced hearsay statement and chart are accurately quoted and reproduced by the Plaintiff, that alleged statement and chart speak for themselves, and no response is required. To the extent a response is

1   required, the allegations are vague, conclusory, and not specific to Alon, and they are

2   denied because Alon lacks information sufficient to form a belief as to their truth.

3   Alon denies that it was involved in any anticompetitive conduct to increase gasoline

4   prices

5          14.     This paragraph is not directed to Alon, so no response is required. To the

6   extent a response is required, Alon lacks information sufficient to form a belief about

7   the truth of the allegations, which are therefore denied. To the extent the cited and

8   quoted Consumer Watchdog articles exist and the referenced hearsay statement is

9   accurately quoted by the Plaintiff, the hearsay statements in those articles speak for

10  themselves and no response is required. To the extent a response is required, Alon

11  lacks information sufficient to form a belief as to their truth, so they are denied. Alon

12  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

13         15.     Alon denies that it exported any gasoline from California in 2012 or

14  2015. This paragraph consists of vague, conclusory allegations that are not specific to

15  Alon, and those and any remaining allegations are denied because Alon lacks

16  information sufficient to form a belief as to their truth. Alon denies that it was

17  involved in any anticompetitive conduct to increase gasoline prices.

18         16.     Alon denies that it engaged in an anticompetitive and unlawful agreement

19  with the other Defendants or any other person or entity to increase gasoline prices.

20  This paragraph consists of vague, conclusory allegations that are not specific to Alon,

21  and those and any remaining allegations are denied because Alon lacks information

22  sufficient to form a belief as to their truth.

23         17.     This paragraph consists of vague, conclusory allegations that are not

24  specific to Alon, and those and any remaining allegations are denied because Alon

25  lacks information sufficient to form a belief as to their truth. To the extent the cited

26  Chevron memo exists and the referenced hearsay statement is accurately quoted by the

27  Plaintiff, that alleged statement speaks for itself, and no response is required. To the

28  extent a response is required, the allegations are vague, conclusory, and not specific to

Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. The allegations about plus factors constitute legal conclusions to which no response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

18.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent Tesoro CEO Greg Goff made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

19.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent Chevron general manager Jeff Gustavson made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

20.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent Chevron executive Frank Mount made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory,

-7-

1  and not specific to Alon, and they are denied because Alon lacks information

2  sufficient to form a belief as to their truth. Alon denies that it was involved in any

3  anticompetitive conduct to increase gasoline prices.

4       21.    This paragraph is not directed to Alon, so no response is required. To the

5  extent a response is required, Alon lacks information sufficient to form a belief about

6  the truth of the allegations, which are therefore denied. To the extent Valero executive

7  Gary Simmons made the referenced hearsay statement and it is accurately quoted by

8  the Plaintiff, that alleged statement speaks for itself, and no response is required. To

9  the extent a response is required, the allegations are vague, conclusory, and not

10  specific to Alon, and they are denied because Alon lacks information sufficient to

11  form a belief as to their truth. Alon denies that it was involved in any anticompetitive

12  conduct to increase gasoline prices.

13       22.    This paragraph is not directed to Alon, so no response is required. To the

14  extent a response is required, Alon lacks information sufficient to form a belief about

15  the truth of the allegations, which are therefore denied. To the extent the cited

16  Consumer Watchdog report exists and the referenced hearsay statement is accurately

17  quoted by the Plaintiff, that alleged statement speaks for itself, and no response is

18  required. To the extent a response is required, the allegations are vague, conclusory,

19  and not specific to Alon, and they are denied because Alon lacks information

20  sufficient to form a belief as to their truth. Further, to the extent the cited Chevron

21  earnings transcript exists and it is accurately cited by the Plaintiff, that document

22  speaks for itself, and no response is required. To the extent a response is required, the

23  hearsay statements in that transcript are denied because Alon lacks information

24  sufficient to form a belief as to their truth. Alon denies that it was involved in any

25  anticompetitive conduct to increase gasoline prices.

26       23.    This paragraph is not directed to Alon, so no response is required. To the

27  extent a response is required, Alon lacks information sufficient to form a belief about

28  the truth of the allegations, which are therefore denied. To the extent the PR Newswire

article exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

24.    This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the CEO of PBF Energy Tom Nimbley made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

25.    Alon admits that the Petroleum Market Advisory Committee ("PMAC") exists. To the extent the cited PR Newswire article exists and is accurately cited by the Plaintiff, that documents speaks for itself, and no response is required. To the extent a response is required, the hearsay statements in that article are denied because Alon lacks information sufficient to form a belief as to their truth. As for the remaining allegations of this paragraph, Alon lacks information sufficient to form a belief about their truth, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

26.    Alon denies that it has ever been a member of the Western States Petroleum Association ("WSPA"). This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited WSPA letter exists and the referenced hearsay

-9-

statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

27.     Alon denies that it has ever been a member of the WSPA. This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited WSPA letter exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

28.     Alon denies that it has ever been a member of the WSPA. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

29.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the allegations, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

30.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited California senators' correspondence to California's attorney general exists and the

-10-

referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

31.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited McCullough Rebuttal exists and is accurately quoted by the Plaintiff, the hearsay statements in that rebuttal speak for themselves, and no response is required. To the extent a response is required, the hearsay statements in that rebuttal are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

32.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the allegations, which are therefore denied. To the extent the cited Associated Press article exists and the reference hearsay statement is accurately quoted by the Plaintiff, the alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

33.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the allegations, which are therefore denied. To the extent the cited Daily Californian article exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves, and no response is required. To the extent a response is

1 required, the hearsay statements in that article are denied because Alon lacks

2 information sufficient to form a belief as to their truth. Alon denies that it was

3 involved in any anticompetitive conduct to increase gasoline prices.

4      34.    This paragraph consists of vague, conclusory allegations that are not

5 specific to Alon, and those and any remaining allegations are denied because Alon

6 lacks information sufficient to form a belief as to their truth. To the extent the cited

7 McCullough Report exists and is accurately cited by the Plaintiff, the hearsay

8 statements in that report speak for themselves, and no response is required. To the

9 extent a response is required, the hearsay statements in that report are denied because

10 Alon lacks information sufficient to form a belief as to their truth. Alon denies that it

11 was involved in any anticompetitive conduct to increase gasoline prices.

12      35.    Alon denies that it had any advance, secret notice that Exxon would

13 report problems with its Torrance refinery in October 2012. The allegations in this

14 paragraph consist of vague, conclusory allegations that are not specific to Alon, and

15 those and any remaining allegations are denied because Alon lacks information

16 sufficient to form a belief as to their truth. To the extent the cited McCullough report

17 exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that

18 alleged statement speaks for itself, and no response is required. To the extent a

19 response is required, the allegations are vague, conclusory, and not specific to Alon,

20 and they are denied because Alon lacks information sufficient to form a belief as to

21 their truth. Alon denies that it was involved in any anticompetitive conduct to increase

22 gasoline prices.

23      36.    This paragraph consists of vague, conclusory allegations that are not

24 specific to Alon, and those and any remaining allegations are denied because Alon

25 lacks information sufficient to form a belief as to their truth. To the extent the cited

26 McCullough Report exists and is accurately cited by the Plaintiff, the hearsay

27 statements in that report speak for themselves, and no response is required. To the

28 extent a response is required, the hearsay statements are denied because Alon lacks

1   information sufficient to form a belief as to their truth. Alon denies that it was

2   involved in any anticompetitive conduct to increase gasoline prices.

3        37.    Alon admits only that its Bakersfield facility was not operating as of

4   April 20, 2012. Alon denies all other allegations in this paragraph that are specific to

5   Alon. As for the remaining allegations in this paragraph that are not directed to Alon,

6   Alon denies those allegations because it lacks information sufficient to form a belief

7   as to their truth. Alon denies that it was involved in any anticompetitive conduct to

8   increase gasoline prices.

9        38.    This paragraph consists of vague, conclusory allegations that are not

10   specific to Alon, and those and any remaining allegations are denied because Alon

11   lacks information sufficient to form a belief as to their truth. To the extent Consumer

12   Watchdog president Jamie Court made the referenced hearsay statement and it is

13   accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no

14   response is required. To the extent a response is required, the allegations are vague,

15   conclusory, and not specific to Alon, and they are denied because Alon lacks

16   information sufficient to form a belief as to their truth. Further, to the extent the cited

17   article from the The Oregonian exists and is accurately cited by the Plaintiff, the

18   hearsay statements in that article speak for themselves and no response is required. To

19   the extent a response is required, the hearsay statements in that article are denied

20   because Alon lacks information sufficient to form a belief as to their truth. Alon

21   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

22        39.    This paragraph consists of vague, conclusory allegations that are not

23   specific to Alon, and those and any remaining allegations are denied because Alon

24   lacks information sufficient to form a belief as to their truth. To the extent the cited

25   Daily Californian and Guardian articles exist and are accurately cited by the Plaintiff,

26   the hearsay statements in those articles speak for themselves, and no response is

27   required. To the extent a response is required, the hearsay statements in those articles

28   are denied because Alon lacks information sufficient to form a belief as to their truth.

-13-

1  Alon denies that it was involved in any anticompetitive conduct to increase gasoline

2  prices.

3      40.    This paragraph consists of vague, conclusory allegations that are not

4  specific to Alon, and those and any remaining allegations are denied because Alon

5  lacks information sufficient to form a belief as to their truth. Alon denies that it was

6  involved in any anticompetitive conduct to increase gasoline prices.

7      41.    This paragraph consists of vague, conclusory allegations that are not

8  specific to Alon, and those and any remaining allegations are denied because Alon

9  lacks information sufficient to form a belief as to their truth. Alon denies that it was

10  involved in any anticompetitive conduct to increase gasoline prices.

11      42.    Although the Plaintiff does not identify any purported irregularities in

12  Alon's recordkeeping, Alon denies that there are any material irregularities in its

13  record keeping concerning maintenance and outages at its California refineries. As for

14  the remaining allegations, none of which is directed to Alon, Alon denies them for

15  lack of information sufficient to form a belief as to their truth. Alon denies that it was

16  involved in any anticompetitive conduct to increase gas prices.

17      43.    This paragraph consists of vague, conclusory allegations that are not

18  specific to Alon, and those and any remaining allegations are denied because Alon

19  lacks information sufficient to form a belief as to their truth. Alon denies that it was

20  involved in any anticompetitive conduct to increase gasoline prices.

21      44.    Denied. To the extent the cited Consumer Watchdog article exists and the

22  referenced hearsay statements are accurately quoted by the Plaintiff, those alleged

23  statements speak for themselves, and no response is required. To the extent a response

24  is required, the allegations are vague, conclusory, and not specific to Alon, and they

25  are denied because Alon lacks information sufficient to form a belief as to their truth.

26  Further, Alon denies that it was involved in any anticompetitive conduct to increase

27  gasoline prices.

28

45.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited McCullough Report and chart exist and are accurately cited and reproduced by the Plaintiff, that alleged report and chart speak for themselves, and no response is required. To the extent a response is required, the hearsay statements in the report and the chart are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

46.     This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, Alon denies that it was a member of any alleged conspiracy and denies that it was involved in any anticompetitive conduct to increase gasoline prices.

47.     Alon denies that it has ever been a member of the WSPA. This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the allegations, which are therefore denied. To the extent the cited McCullough Rebuttal exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are therefore denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

48.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent Tesoro's CEO made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the

-15-

1  extent a response is required, the alleged statement is vague, conclusory, and not

2  specific to Alon, and it is denied because Alon lacks information sufficient to form a

3  belief as to its truth. Alon denies that it was involved in any anticompetitive conduct

4  to increase gasoline prices.

5         49.    This paragraph is not directed to Alon, so no response is required. To the

6  extent a response is required, Alon lacks information sufficient to form a belief about

7  the truth of the allegations, which are therefore denied. To the extent the cited Los

8  Angeles Times article exists and it is accurately quoted by the Plaintiff, that alleged

9  statement speaks for itself, and no response is required. To the extent a response is

10  required, the statement is vague, conclusory, and not specific to Alon, and it is

11  therefore denied because Alon lacks information sufficient to form a belief as to its

12  truth. Alon denies that it was involved in any anticompetitive conduct to increase

13  gasoline prices.

14         50.    This paragraph consists of vague, conclusory allegations that are not

15  specific to Alon, and those and any remaining allegations are denied because Alon

16  lacks information sufficient to form a belief as to their truth. To the extent unnamed

17  "industry insiders" and Consumer Watchdog president Jamie Court made the

18  referenced hearsay statements and they are accurately quoted by the Plaintiff, those

19  alleged statements speak for themselves, and no response is required. To the extent a

20  response is required, the allegations are vague, conclusory, and not specific to Alon,

21  and they are denied because Alon lacks information sufficient to form a belief as to

22  their truth. Further, to the extent the cited article "Up Like a Rocket, Down Like a

23  Feather" exists and it is accurately cited by the Plaintiff, the hearsay statements in that

24  article speak for themselves and no response is required. To the extent a response is

25  required, the hearsay statements in that article are denied because Alon lacks

26  information sufficient to form a belief as to their truth. Alon denies that it was

27  involved in any anticompetitive conduct to increase gasoline prices.

28

51.    This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about their truth, which are therefore denied. To the extent the cited Cal/OSHA press release exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

52.    This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about their truth, which are therefore denied. To the extent the cited Daily Breeze article exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

53.    This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited "letter to a number of western state attorneys general" exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

54.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief regarding the closing of other refineries in 2015, so these allegations are denied.

55.     Alon denies that it exported gasoline out of California in 2014 or 2015. The remainder of this paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent Consumer Watchdog's Cody Rosenfield made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

56.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Consumer Watchdog article exists and it is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief as to their truth, so they are denied. Alon denies that it was involved in any anticompetitive conduct to raise gasoline prices.

57.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the California Energy Commission made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks

-18-

1    information sufficient to form a belief as to their truth. Alon denies that it was

2    involved in any anticompetitive conduct to increase gasoline prices.

3         58.    This paragraph consists of vague, conclusory allegations that are not

4    specific to Alon, and those and any remaining allegations are denied because Alon

5    lacks information sufficient to form a belief as to their truth. To the extent the cited

6    "California Gasoline Inventory Levels Current vs. 5-Year High-Low Band" chart

7    exists and it is accurately reproduced by the Plaintiff, that chart speaks for itself, and

8    no response is required. To the extent a response is required, the chart is vague,

9    conclusory, and not specific to Alon, and it is therefore denied because Alon lacks

10   information sufficient to form a belief as to its accuracy. Alon denies that it was

11   involved in any anticompetitive conduct to increase gasoline prices.

12        59.    This paragraph is not directed to Alon, so no response is required. To the

13   extent a response is required, Alon lacks information sufficient to form a belief about

14   the truth of the allegations, which are therefore denied. To the extent the cited

15   Consumer Watchdog article exists and it is accurately cited by the Plaintiff, the

16   hearsay statements in that article speak for themselves and no response is required. To

17   the extent a response is required, Alon lacks information sufficient to form a belief as

18   to their truth, so they are denied. Alon denies that it was involved in any

19   anticompetitive conduct to increase gasoline prices.

20        60.    This paragraph is not directed to Alon, so no response is required. To the

21   extent a response is required, Alon lacks information sufficient to form a belief about

22   the truth of the allegations, which are therefore denied. To the extent the cited

23   Consumer Watchdog article and chart exist and they are accurately cited and

24   reproduced by the Plaintiff, the hearsay statements in that article and the chart speak

25   for themselves and no response is required. To the extent a response is required, Alon

26   lacks information sufficient to form a belief as to their truth, so they are denied. Alon

27   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

28

1      61.    This paragraph is not directed to Alon, so no response is required. To the

2   extent a response is required, Alon lacks information sufficient to form a belief about

3   the truth of the allegations, which are therefore denied. To the extent the cited Exxon

4   Mobil Import Breakdown chart exists and it is accurately reproduced by the Plaintiff,

5   that chart speaks for itself, and no response is required. To the extent a response is

6   required, the chart is vague, conclusory, and not specific to Alon, and it is denied

7   because Alon lacks information sufficient to form a belief as to its truth. Alon denies

8   that it was involved in any anticompetitive conduct to increase gasoline prices.

9      62.    This paragraph consists of vague, conclusory allegations that are not

10   specific to Alon, and those and any remaining allegations are denied because Alon

11   lacks information sufficient to form a belief as to their truth. To the extent the cited

12   CA Inventory: Reformulated gasoline+ Blending Components chart exists and it is

13   accurately reproduced by the Plaintiff, that chart speaks for itself, and no response is

14   required. To the extent a response is required, the chart is vague, conclusory, and not

15   specific to Alon, and it is therefore denied because Alon lacks information sufficient

16   to form a belief as to its truth. To the extent the cited Consumer Watchdog article

17   exists and it is accurately cited by the Plaintiff, the hearsay statements in that article

18   speak for themselves and no response is required. To the extent a response is required,

19   Alon lacks information sufficient to form a belief as to their truth, so they are denied.

20   Alon denies that it was involved in any anticompetitive conduct to increase gasoline

21   prices.

22      63.    Alon denies that it exported gasoline out of California in 2015.

23   Otherwise, this paragraph consists of vague, conclusory allegations that are not

24   specific to Alon, and those and any remaining allegations are denied because Alon

25   lacks information sufficient to form a belief as to their truth. To the extent the cited

26   Daily News article exists and the referenced hearsay statement is accurately quoted by

27   the Plaintiff, that alleged statement speaks for itself, and no response is required. To

28   the extent a response is required, the allegations are vague, conclusory, and not

-20-

specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

64.    This paragraph is not directed to Alon, so no response is required. Further, this paragraph contains a conclusion of law to which no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Consumer Watchdog article and map exist and are accurately cited and reproduced by the Plaintiff, the hearsay statements in that article and the map speak for themselves and no response is required. To the extent a response is required, the hearsay statements in that article and the map are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

65.    This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Consumer Watchdog article exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, the hearsay statements in that article are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

66.    This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. Further, this paragraph contains a conclusion of law to which no response is required. To the extent the cited Consumer Watchdog article exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, the hearsay statements in that article are denied because

-21-

Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

67.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Consumer Watchdog article exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, the hearsay statements in that article are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices

68.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited charts exist and are accurately reproduced by the Plaintiff, those charts speak for themselves, and no response is required. To the extent a response is required, the charts are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

69.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent Consumer Watchdog's Jaime Court made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that statement speaks for itself, and no response is required. To the extent a response is required, the statement is vague, conclusory, and not specific to Alon, and it is therefore denied because Alon lacks information sufficient to form a belief as to its truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

-22-

70.    This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

71.    Alon denies that it has earned any illicit profits, that it had an agreement with the other Defendants or any other person or entity to constrain supply or inject uncertainty into the market, that it calibrated imports and exports to inflate California gasoline prices, or that it hid information about imports and exports, as alleged. The remaining allegations in this paragraph consist of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog article exists and is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief as to their truth, so they are denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

72.    This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information

1    sufficient to form a belief as to their truth. Alon denies that it was involved in any

2    anticompetitive conduct to increase gasoline prices.

3         73.    Alon admits that it does not publicize its confidential, proprietary,

4    competitively-sensitive data and that it maintains the confidentiality of such data to

5    the extent consistent with and authorized by law. Alon denies that it has entered into

6    exchange agreements in the California gasoline market at any relevant time.

7    Otherwise, this paragraph consists of vague, conclusory allegations that are not

8    specific to Alon, and those and any remaining allegations are denied because Alon

9    lacks information sufficient to form a belief as to their truth. To the extent the cited

10   Consumer Watchdog article exists and is accurately cited by the Plaintiff, the hearsay

11   statements in that article speak for themselves and no response is required. To the

12   extent a response is required, Alon lacks information sufficient to form a belief as to

13   their truth, so they are denied. Alon denies that it was involved in any anticompetitive

14   conduct to increase gasoline prices.

15        74.    This paragraph is not directed to Alon, so no response is required. To the

16   extent Bakken Oil Business Journal senior editor Bob van der Valk made the cited

17   hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement

18   speaks for itself, and no response is required. To the extent a response is required, the

19   allegations are vague, conclusory, and not specific to Alon, and they are denied

20   because Alon lacks information sufficient to form a belief as to their truth. As to these

21   and any remaining allegations, Alon lacks information sufficient to form a belief

22   about their truth, which are therefore denied. Alon denies that it was involved in any

23   anticompetitive conduct to increase gasoline prices.

24        75.    This paragraph consists of vague, conclusory allegations that are not

25   specific to Alon, and those and any remaining allegations are denied because Alon

26   lacks information sufficient to form a belief as to their truth. To the extent the cited

27   Consumer Watchdog report exists and the referenced hearsay statement is accurately

28   quoted by the Plaintiff, that alleged statement speaks for itself, and no response is

-24-

1  required. To the extent a response is required, the allegations are vague, conclusory,

2  and not specific to Alon, and they are denied because Alon lacks information

3  sufficient to form a belief as to their truth. Alon denies that it was involved in any

4  anticompetitive conduct to increase gasoline prices.

5        76.    This paragraph consists of vague, conclusory allegations that are not

6  specific to Alon, and those and any remaining allegations are denied because Alon

7  lacks information sufficient to form a belief as to their truth. To the extent the cited

8  articles exist and are accurately cited by the Plaintiff, the hearsay statements in those

9  articles speak for themselves and no response is required. To the extent a response is

10  required, the hearsay statements in those articles are denied because Alon lacks

11  information sufficient to form a belief as to their truth. Alon denies that it was

12  involved in any anticompetitive conduct to increase gasoline prices.

13        77.    This paragraph consists of vague, conclusory allegations that are not

14  specific to Alon, and those and any remaining allegations are denied because Alon

15  lacks information sufficient to form a belief as to their truth. To the extent the cited

16  KPBS article exists and the referenced hearsay statement is accurately quoted by the

17  Plaintiff, that alleged statement speaks for itself, and no response is required. To the

18  extent a response is required, the allegations are vague, conclusory, and not specific to

19  Alon, and they are denied because Alon lacks information sufficient to form a belief

20  as to their truth. Alon denies that it was involved in any anticompetitive conduct to

21  increase gasoline prices.

22        78.    This paragraph consists of vague, conclusory allegations that are not

23  specific to Alon, and those and any remaining allegations are denied because Alon

24  lacks information sufficient to form a belief as to their truth. To the extent the cited

25  Consumer Watchdog report exists and the referenced hearsay statement is accurately

26  quoted by the Plaintiff, that alleged statement speaks for itself, and no response is

27  required. To the extent a response is required, the allegations are vague, conclusory,

28  and not specific to Alon, and they are denied because Alon lacks information

1   sufficient to form a belief as to their truth. Alon denies that it was involved in any
2   anticompetitive conduct to increase gasoline prices.

3   79.   This paragraph consists of vague, conclusory allegations that are not
4   specific to Alon, and those and any remaining allegations are denied because Alon
5   lacks information sufficient to form a belief as to their truth. To the extent the cited
6   Sacramento Bee article exists and the referenced hearsay statement is accurately
7   quoted by the Plaintiff, that alleged statement speaks for itself, and no response is
8   required. To the extent a response is required, the allegations are vague, conclusory,
9   and not specific to Alon, and they are denied because Alon lacks information
10  sufficient to form a belief as to their truth. Alon denies that it was involved in any
11  anticompetitive conduct to increase gasoline prices.

12  80.   This paragraph consists of vague, conclusory allegations that are not
13  specific to Alon, and those and any remaining allegations are denied because Alon
14  lacks information sufficient to form a belief as to their truth. To the extent the cited
15  Los Angeles Time's article exists and the referenced hearsay statement is accurately
16  quoted by the Plaintiff, that alleged statement speaks for itself, and no response is
17  required. To the extent a response is required, the allegations are vague, conclusory,
18  and not specific to Alon, and they are denied because Alon lacks information
19  sufficient to form a belief as to their truth. Alon denies that it was involved in any
20  anticompetitive conduct to increase gasoline prices.

21  81.   Alon denies that it had an agreement with any of the other Defendants or
22  any other person or entity concerning gasoline prices or output. The remaining
23  allegations are not directed to Alon, so no response is required. To the extent a
24  response is required, Alon lacks information sufficient to form a belief regarding the
25  truth of the allegations, which are therefore denied. To the extent the cited articles
26  exist and they are accurately cited by the Plaintiff, the hearsay statements in those
27  articles speak for themselves and no response is required. To the extent a response is
28  required, Alon lacks information sufficient to form a belief as to their truth, so they

-26-

1   are denied. Alon denies that it was involved in any anticompetitive conduct to increase

2   gasoline prices.

3      82.   This paragraph consists of vague, conclusory allegations that are not

4   specific to Alon, and those and any remaining allegations are denied because Alon

5   lacks information sufficient to form a belief as to their truth. This paragraph also

6   contains legal conclusions to which no response is required. To the extent a response

7   is required, Alon denies that it provided pretextual explanations for its conduct and

8   denies that it acted against its economic interest, as alleged. Alon denies that it was

9   involved in any anticompetitive conduct to increase gasoline prices.

10     83.   This paragraph consists of vague, conclusory allegations that are not

11  specific to Alon, and those and any remaining allegations are denied because Alon

12  lacks information sufficient to form a belief as to their truth. This paragraph also

13  contains legal conclusions to which no response is required. To the extent a response

14  is required, Alon lacks information sufficient to form a belief about the truth of the

15  allegations, which are therefore denied. Alon denies that it was involved in any

16  anticompetitive conduct to increase gasoline prices.

17     84.   This paragraph consists of vague, conclusory allegations that are not

18  specific to Alon, and those and any remaining allegations are denied because Alon

19  lacks information sufficient to form a belief as to their truth. This paragraph also

20  contains legal conclusions to which no response is required. To the extent a response

21  is required, Alon lacks information sufficient to form a belief about the truth of the

22  allegations, which are therefore denied. Alon denies that it was involved in any

23  anticompetitive conduct to increase gasoline prices.

24     85.   This paragraph consists of vague, conclusory allegations that are not

25  specific to Alon, and those and any remaining allegations are denied because Alon

26  lacks information sufficient to form a belief as to their truth. This paragraph also

27  contains legal conclusions to which no response is required. To the extent a response

28  is required, Alon lacks information sufficient to form a belief about the truth of the

1  allegations, which are therefore denied. Alon denies that it was involved in any

2  anticompetitive conduct to increase gasoline prices.

3      86.    This paragraph consists of vague, conclusory allegations that are not

4  specific to Alon, and those and any remaining allegations are denied because Alon

5  lacks information sufficient to form a belief as to their truth. This paragraph also

6  contains legal conclusions to which no response is required. To the extent a response

7  is required, Alon lacks information sufficient to form a belief about the truth of the

8  allegations, which are therefore denied. To the extent the cited Consumer Watchdog

9  article exists and is accurately cited by the Plaintiff, the hearsay statements in that

10  article speak for themselves, and no response is required. To the extent a response is

11  required, the hearsay statements in that article are denied because Alon lacks

12  information sufficient to form a belief as to their truth. Alon denies that it was

13  involved in any anticompetitive conduct to increase gasoline prices.

14      87.    This paragraph consists of vague, conclusory allegations that are not

15  specific to Alon, and those and any remaining allegations are denied because Alon

16  lacks information sufficient to form a belief as to their truth. This paragraph also

17  contains legal conclusions to which no response is required. To the extent a response

18  is required, Alon lacks information sufficient to form a belief about the truth of the

19  allegations, which are therefore denied. Alon denies that it was involved in any

20  anticompetitive conduct to increase gasoline prices.

21      88.    This paragraph consists of vague, conclusory allegations that are not

22  specific to Alon, and those and any remaining allegations are denied because Alon

23  lacks information sufficient to form a belief as to their truth. This paragraph also

24  contains legal conclusions to which no response is required. To the extent a response

25  is required, Alon lacks information sufficient to form a belief about the truth of the

26  allegations, which are therefore denied. Alon denies that it was involved in any

27  anticompetitive conduct to increase gasoline prices.

28

-28-

89.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. This paragraph also contains legal conclusions to which no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Senate Report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

90.     Alon denies that it has ever been a member of the WSPA. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Western States Petroleum Association Fact Sheet exists and the referenced hearsay graphic is accurately reproduced by the Plaintiff, that alleged graphic speaks for itself, and no response is required. To the extent a response is required, the graphic is vague, conclusory, and not specific to Alon, and it is denied because Alon lacks information sufficient to form a belief as to its accuracy. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

91.     This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Senate Report exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to

-29-

1  Alon, and they are denied because Alon lacks information sufficient to form a belief
2  as to their truth. Alon denies that it was involved in any anticompetitive conduct to
3  increase gasoline prices.

4          92.     This paragraph consists of vague, conclusory allegations that are not
5  specific to Alon, and those and any remaining allegations are denied because Alon
6  lacks information sufficient to form a belief as to their truth. To the extent the cited
7  Chevron document exists and the referenced hearsay statement is accurately quoted by
8  the Plaintiff, that alleged statement speaks for itself, and no response is required. To
9  the extent a response is required, the allegations are vague, conclusory, and not
10  specific to Alon, and they are denied because Alon lacks information sufficient to
11  form a belief as to their truth. Alon denies that it was involved in any anticompetitive
12  conduct to increase gasoline prices.

13          93.     This paragraph consists of vague, conclusory allegations that are not
14  specific to Alon, and those and any remaining allegations are denied because Alon
15  lacks information sufficient to form a belief as to their truth. To the extent the cited
16  Energy Briefing Note exists and the referenced hearsay statement is accurately quoted
17  by the Plaintiff, that alleged statement speaks for itself, and no response is required.
18  To the extent a response is required, the allegations are vague, conclusory, and not
19  specific to Alon, and they are denied because Alon lacks information sufficient to
20  form a belief as to their truth. Alon denies that it was involved in any anticompetitive
21  conduct to increase gasoline prices.

22          94.     This paragraph consists of vague, conclusory allegations that are not
23  specific to Alon, and those and any remaining allegations are denied because Alon
24  lacks information sufficient to form a belief as to their truth. To the extent the cited
25  Senate Report exists and the referenced hearsay statement is accurately quoted by the
26  Plaintiff, that alleged statement speaks for itself, and no response is required. To the
27  extent a response is required, the allegations are vague, conclusory, and not specific to
28  Alon, and they are denied because Alon lacks information sufficient to form a belief

1   as to their truth. Alon denies that it was involved in any anticompetitive conduct to

2   increase gasoline prices.

3        95.    This paragraph consists of vague, conclusory allegations that are not

4   specific to Alon, and those and any remaining allegations are denied because Alon

5   lacks information sufficient to form a belief as to their truth. To the extent the cited

6   Senate Report exists and the referenced hearsay statement is accurately quoted by the

7   Plaintiff, that alleged statement speaks for itself, and no response is required. To the

8   extent a response is required, the allegations are vague, conclusory, and not specific to

9   Alon, and they are denied because Alon lacks information sufficient to form a belief

10  as to their truth. Alon denies that it was involved in any anticompetitive conduct to

11  increase gasoline prices.

12       96.    This paragraph consists of vague, conclusory allegations that are not

13  specific to Alon, and those and any remaining allegations are denied because Alon

14  lacks information sufficient to form a belief as to their truth. Alon denies that it was

15  involved in any anticompetitive conduct to increase gasoline prices.

16       97.    This paragraph consists of vague, conclusory allegations that are not

17  specific to Alon, and those and any remaining allegations are denied because Alon

18  lacks information sufficient to form a belief as to their truth. To the extent the cited

19  Edie Chang Presentation exists and the referenced hearsay statement is accurately

20  quoted by the Plaintiff, that alleged statement speaks for itself, and no response is

21  required. To the extent a response is required, the allegations are vague, conclusory,

22  and not specific to Alon, and they are denied because Alon lacks information

23  sufficient to form a belief as to their truth. Alon denies that it was involved in any

24  anticompetitive conduct to increase gasoline prices.

25       98.    Alon admits that it is a member of some trade associations. Alon denies

26  that it used trade association meetings to conspire or that the trade associations of

27  which it is a member are "interconnected." As for the remaining allegations, Alon

28

-31-

1   lacks information sufficient to form a belief about their truth, so they are denied. Alon

2   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

3        99.   Alon admits that it was a member of the American Fuel & Petrochemical

4   Manufacturers ("AFPM," through Alon's then-headquarters in Texas), the Society of

5   Independent Gasoline Marketers of America ("SIGMA," through Alon's then-

6   headquarters in Texas), and the Petroleum Marketers Association of America

7   ("PMAA," in Arkansas, Louisiana, New Mexico, Oklahoma, and Texas only) during

8   2012 and 2015. Alon denies that it used its membership in any trade associations to

9   engage in anticompetitive discussions. As for the remaining allegations, Alon lacks

10  information sufficient to form a belief regarding their truth, so they are denied. Alon

11  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

12       100.  Alon denies that it used its membership in any trade associations to

13  facilitate, implement, or monitor any alleged conspiracies. As for the remaining

14  allegations, Alon lacks information sufficient to form a belief regarding their truth, so

15  they are denied. Alon denies that it was involved in any anticompetitive conduct to

16  increase gasoline prices.

17       101.  The allegations in this paragraph are not directed to Alon, so no response

18  is required. To the extent a response is required, Alon lacks information sufficient to

19  form a belief about the truth of the allegations. Alon denies that it was involved in any

20  anticompetitive conduct to increase gasoline prices.

21       102.  The allegations in this paragraph are not directed to Alon, so no response

22  is required. To the extent a response is required, Alon lacks information sufficient to

23  form a belief regarding the truth of the allegations. Alon denies that it was involved in

24  any anticompetitive conduct to increase gasoline prices.

25       103.  Alon admits that it was a member of AFPM during 2012 and 2015,

26  through Alon's then-headquarters in Texas. As to the remaining allegations, Alon

27  lacks information sufficient to form a belief about their truth. Alon denies that it was

28  involved in any anticompetitive conduct to increase gasoline prices.

104.   Alon admits that it was a member of SIGMA during 2012 and 2015, through Alon's then-headquarters in Texas. As to the remaining allegations, Alon lacks information sufficient to form a belief about their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

105.   The allegations in this paragraph are not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief regarding the truth of the allegations. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

106.   The allegations in this paragraph are not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief regarding the truth of the allegations. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

107.   This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied. To the extent the cited Center for Responsive Politics article exists and it is accurately cited by the Plaintiff, the hearsay statements in that article speak for themselves and no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief as to their truth, so they are denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

108.   Alon admits that it subscribed to OPIS, a third-party information service, during 2012 and 2015 and that OPIS gives subscribers access to some information about gasoline prices for some transactions that have already occurred on the open market. Alon denies that it has affirmatively used OPIS to "share" real time information about its gasoline prices with any other person. As for the remaining allegations, which are vague, conclusory, and/or not specific to Alon, Alon lacks information sufficient to form a belief as to their truth, so they are denied. To the extent the cited OPIS webpage exists and it is accurately cited by the Plaintiff, the

1  hearsay statements on that webpage speaks for themselves and no response is

2  required. To the extent a response is required, Alon lacks information sufficient to

3  form a belief as to their truth, so they are denied. Alon denies that it was involved in

4  any anticompetitive conduct to increase gasoline prices.

5      109.   Alon admits that it subscribed to Platts, a third-party information service,

6  during 2012 and 2015 and that Platts gives subscribers access to some information

7  about gasoline prices for some transactions that have already occurred on the open

8  market. Alon denies that it used Platts to "collude" with the other Defendants or any

9  other person or entity. As for the remaining allegations, which are vague, conclusory,

10  and/or not specific to Alon, Alon lacks information sufficient to form a belief as to

11  their truth, so they are denied. To the extent the cited Platts webpage exists and it is

12  accurately cited by the Plaintiff, the hearsay statements on that webpage speaks for

13  themselves and no response is required. To the extent a response is required, Alon

14  lacks information sufficient to form a belief as to their truth, so they are denied. Alon

15  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

16      110.   Alon denies that it has affirmatively used Platts to "share information"

17  about its gasoline prices with any other person. This paragraph consists of vague,

18  conclusory allegations that are not specific to Alon, and those and any remaining

19  allegations are denied because Alon lacks information sufficient to form a belief as to

20  their truth. Alon denies that it was involved in any anticompetitive conduct to increase

21  gasoline prices.

22      111.   Alon denies that it provided any pretextual explanation for its gasoline

23  production in California. This paragraph consists of vague, conclusory allegations that

24  are not specific to Alon, and those and any remaining allegations are denied because

25  Alon lacks information sufficient to form a belief as to their truth. Alon denies that it

26  was involved in any anticompetitive conduct to increase gasoline prices.

27      112.   Alon denies that it exported gasoline out of California from its

28  Bakersfield refinery in 2012 and 2015. Alon also denies that it acted against its

economic self-interest, as alleged. Further, Alon denies that it conducted unnecessary maintenance, as alleged. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent the cited Exxon statement exists and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

113.   This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent Representative Peter DeFazio made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, these allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

114.   This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent Representative Peter DeFazio made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

115.   This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks information sufficient to form a belief as to their truth. To the extent Representative Peter DeFazio made the referenced hearsay statement and it is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

116.   Alon admits that the Oil and Gas Price Fraud Working Group was created. Otherwise, Alon lacks information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. To the extent then-Attorney General Eric Holder made the referenced hearsay statement and the referenced hearsay statement is accurately quoted by the Plaintiff, that alleged statement speaks for itself, and no response is required. To the extent a response is required, the allegations are vague, conclusory, and not specific to Alon, and they are denied because Alon lacks information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

117.   Alon lacks information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

118.   Alon lacks information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

119.   Alon lacks information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

1  120.   This paragraph alleges only conclusions of law to which no response is

2  required.

3  121.   This paragraph alleges only conclusions of law to which no response is

4  required.

5  122.   This paragraph alleges only conclusions of law to which no response is

6  required.

7  123.   This paragraph alleges only conclusions of law to which no response is

8  required.

9  124.   This paragraph alleges only conclusions of law to which no response is

10  required.

11  125.   This paragraph alleges only conclusions of law to which no response is

12  required.

13  126.   This paragraph alleges only conclusions of law to which no response is

14  required.

15  127.   This paragraph alleges only conclusions of law to which no response is

16  required.

17  128.   This paragraph is not directed to Alon, so no response is required. To the

18  extent a response is required, Alon lacks information sufficient to form a belief about

19  the truth of the allegations, which are therefore denied.

20  129.   This paragraph is not directed to Alon, so no response is required. To the

21  extent a response is required, Alon lacks information sufficient to form a belief about

22  the truth of the allegations, which are therefore denied.

23  130.   This paragraph is not directed to Alon, so no response is required. To the

24  extent a response is required, Alon lacks information sufficient to form a belief about

25  the truth of the allegations, which are therefore denied.

26  131.   This paragraph is not directed to Alon, so no response is required. To the

27  extent a response is required, Alon lacks information sufficient to form a belief about

28  the truth of the allegations, which are therefore denied.

132.   This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied.

133.   This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied.

134.   This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied.

135.   This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks information sufficient to form a belief about the truth of the allegations, which are therefore denied.

136.   Alon admits that it maintains a presence in Dallas, Texas, that it is an independent refiner and marketer of petroleum products, and that it operates in the South Central, Southwestern, and Western regions of the United States. Alon further admits that the Rosedale Highway refinery has been in operation for more than 70 years and that the Alon Bakersfield refinery has a crude capacity of 70,000 barrels. Alon denies that the Alon Bakersfield refinery comprises more than 600 acres of land. Alon denies that the Alon Bakersfield refinery actually produces 70,000 barrels per day. The remaining allegations consist of vague, conclusory statements concerning Alon's operations. Alon lacks information sufficient to form a belief about their truth.

137.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, because the Plaintiff fails to define the term "California gasoline refinery market," Alon lacks information sufficient to form a belief as to the truth of the allegations, which are therefore denied.

138.   This paragraph is not directed to Alon, so no response is required.

139.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

-38-

1    140.   This paragraph alleges only conclusions of law to which no response is
2    required. To the extent a response is required, denied.

3    141.   This paragraph alleges only conclusions of law to which no response is
4    required. To the extent a response is required, denied.

5    142.   This paragraph alleges only conclusions of law to which no response is
6    required. To the extent a response is required, denied.

7    143.   This paragraph alleges only conclusions of law to which no response is
8    required. To the extent a response is required, denied.

9    144.   This paragraph alleges only conclusions of law to which no response is
10   required. To the extent a response is required, denied.

11   145.   This paragraph alleges only conclusions of law to which no response is
12   required. To the extent a response is required, denied.

13   146.   This paragraph alleges only conclusions of law to which no response is
14   required. To the extent a response is required, denied.

15   147.   This paragraph alleges only conclusions of law to which no response is
16   required. To the extent a response is required, denied.

17   148.   This paragraph alleges only conclusions of law to which no response is
18   required. To the extent a response is required, denied.

19   149.   This paragraph alleges only conclusions of law to which no response is
20   required. To the extent a response is required, denied.

21   150.   This paragraph alleges only conclusions of law to which no response is
22   required. To the extent a response is required, denied.

23   151.   This paragraph alleges only conclusions of law to which no response is
24   required. To the extent a response is required, denied.

25   152.   This paragraph alleges only conclusions of law to which no response is
26   required. To the extent a response is required, denied.

27   153.   This paragraph alleges only conclusions of law to which no response is
28   required. To the extent a response is required, denied.

1   154.   This paragraph alleges only conclusions of law to which no response is
2   required. To the extent a response is required, denied.

3   155.   This paragraph alleges only conclusions of law to which no response is
4   required. To the extent a response is required, denied.

5   156.   This paragraph alleges only conclusions of law to which no response is
6   required. To the extent a response is required, denied.

7   157.   This paragraph alleges only conclusions of law to which no response is
8   required. To the extent a response is required, denied.

9   158.   This paragraph alleges only conclusions of law to which no response is
10  required. To the extent a response is required, denied.

11  159.   This paragraph alleges only conclusions of law to which no response is
12  required. To the extent a response is required, denied.

13  160.   This paragraph alleges only conclusions of law to which no response is
14  required. To the extent a response is required, denied.

15  161.   This paragraph alleges only conclusions of law to which no response is
16  required. To the extent a response is required, denied.

17  162.   This paragraph alleges only conclusions of law to which no response is
18  required. To the extent a response is required, denied.

19  163.   This paragraph alleges only conclusions of law to which no response is
20  required. To the extent a response is required, denied.

21  164.   This paragraph alleges only conclusions of law to which no response is
22  required. To the extent a response is required, denied.

23  ### COUNT I
    ### Sherman Antitrust Act (15 U.S.C. § 1)

24
25  165.   The responses in Paragraphs 1 through 164 are incorporated by reference
26  as if fully set forth here.

27  166.   This paragraph alleges only conclusions of law to which no response is
28  required. To the extent a response is required, denied.

1    167.   This paragraph alleges only conclusions of law to which no response is
2    required. To the extent a response is required, denied.

3    168.   This paragraph alleges only conclusions of law to which no response is
4    required. To the extent a response is required, denied.

5    169.   This paragraph alleges only conclusions of law to which no response is
6    required. To the extent a response is required, denied.

7    170.   This paragraph alleges only conclusions of law to which no response is
8    required. To the extent a response is required, denied.

9    171.   This paragraph alleges only conclusions of law to which no response is
10   required. To the extent a response is required, denied.

11                              **COUNT II**

12                            **Cartwright Act**

13   172.   The responses in paragraphs 1-171 are incorporated by reference as if
14   fully set forth here.

15   173.   This paragraph alleges only conclusions of law to which no response is
16   required. To the extent a response is required, denied.

17   174.   This paragraph alleges only conclusions of law to which no response is
18   required. To the extent a response is required, denied.

19   175.   This paragraph alleges only conclusions of law to which no response is
20   required. To the extent a response is required, denied.

21   176.   This paragraph alleges only conclusions of law to which no response is
22   required. To the extent a response is required, denied.

23   177.   This paragraph alleges only conclusions of law to which no response is
24   required. To the extent a response is required, denied.

25                             **COUNT III**

26                          **Unfair Competition**

27   178.   The responses in paragraphs 1-177 are incorporated by reference as if
28   fully set forth here.

-41-

1    179.   This paragraph alleges only conclusions of law to which no response is

2  required. To the extent a response is required, denied.

3    180.   This paragraph alleges only conclusions of law to which no response is

4  required. To the extent a response is required, denied.

5    181.   This paragraph alleges only conclusions of law to which no response is

6  required. To the extent a response is required, denied.

7    182.   This paragraph alleges only conclusions of law to which no response is

8  required. To the extent a response is required, denied.

9    183.   This paragraph alleges only conclusions of law to which no response is

10  required. To the extent a response is required, denied.

11                          **FIRST AFFIRMATIVE DEFENSE**

12       The Plaintiff's claims are barred by the expiration of the applicable statute of

13  limitations.

14                        **SECOND AFFIRMATIVE DEFENSE**

15       The Plaintiff's claims are barred by the doctrine of state action immunity.

16                          **THIRD AFFIRMATIVE DEFENSE**

17       The Plaintiff's claims are limited to the extent that it failed to mitigate its allege

18  damages.

19                         **FOURTH AFFIRMATIVE DEFENSE**

20       The Plaintiff's claims are limited to the extent that some of the proposed

21  putative class members have agreed to mandatory binding arbitration which bars any

22  representative, collective, or class claims or actions.

23                           **FIFTH AFFIRMATIVE DEFENSE**

24       The claims of some members of the proposed putative class are barred in whole

25  or in part because said claims have been released by the putative class member in

26  question.

27

28

1

## SIXTH AFFIRMATIVE DEFENSE

2

The injuries, damages, and losses alleged in the Amended Complaint, none

3

being admitted, may have resulted, at least in part, from independent, unforeseeable,

4

superseding, and/or intervening causes, including but not limited to independent

5

conduct by governmental entities, including regulatory agencies, or other third parties.

6

## SEVENTH AFFIRMATIVE DEFENSE

7

The injuries, damages, and losses alleged in the Amended Complaint, none

8

being admitted, may have resulted, at least in part, from unavoidable accidents.

9

## EIGHTH AFFIRMATIVE DEFENSE

10

To the extent Alon is liable to the Plaintiff, which is denied, the Plaintiff's

11

claims are barred in whole or in part to the extent another judgment for damages is

12

entered against Alon for the same conduct alleged in this Amended Complaint

13

because multiple recoveries would violate the United States Constitution, including

14

the Due Process Clauses of the Fifth and Fourteenth Amendments.

15

## NINTH AFFIRMATIVE DEFENSE

16

To the extent Alon is liable to the Plaintiff, which is denied, Alon is entitled to a

17

set-off in the amount of damages, if any, awarded to other persons based on the same

18

alleged conduct by Alon.

19

## TENTH AFFIRMATIVE DEFENSE

20

The Plaintiff's claims are limited to the extent the conduct in question involved

21

protected government petitioning under the Noerr-Pennington doctrine.

22

## ELEVENTH AFFIRMATIVE DEFENSE

23

In addition to the other affirmative defense, Alon adopts all of the affirmative

24

defenses pled by any other Defendant in this matter.

25

///

26

///

27

28

-43-

1    In light of the foregoing, Alon denies the Plaintiff's prayer for relief and

2  respectfully requests a judgment in Alon's favor.

3

4  Dated:  July 17, 2018                **BAKER & HOSTETLER LLP**

5

6                                       By:    */s/Carl W. Hittinger*

7                                              Carl W. Hittinger
                                               Jeffry W. Duffy

8                                              Tyson Y. Herrold
                                               Michael R. Matthias

9                                              Attorneys for Defendant
                                               ALON USA ENERGY, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2018, I electronically transmitted the document identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive electronic filings:

**DEFENDANT ALON USA ENERGY, INC.'S
ANSWER TO AMENDED COMPLAINT AND
AFFIRMATIVE DEFENSES**

July 17, 2018                                 **BAKER & HOSTETLER LLP**

By:     */s/ Carl W. Hittinger*
          CARL W. HITTINGER

          *Attorney for Defendant*
          ALON USA ENERGY, INC.