**WILSON TURNER KOSMO LLP**
ROBIN A. WOFFORD (137919)
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
KATHERINE M. MCCRAY (243500)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  rwofford@wilsonturnerkosmo.com
E-mail:  fkosmo@wilsonturnerkosmo.com
E-mail:  hkim@wilsonturnerkosmo.com
E-mail:  kmccray@wilsonturnerkosmo.com

Attorneys for Defendant
EXXONMOBIL REFINING & SUPPLY COMPANY

[Additional Counsel For Defendant ExxonMobil Refining & Supply Company On Next Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO MARKETING AND SUPPLY COMPANY; PHILLIPS 66; ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:15-cv-01749-L-AGS<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF PERSIAN GULF INC.'S RESPONSE TO JULY 26, 2018 ORDER TO SHOW CAUSE**<br><br>Complaint Filed: July 7, 2015<br><br>Judge:　　　　Hon. M. James Lorenz<br>Courtroom:　 5B<br><br>Magistrate:　  Hon. Andrew G. Schopler<br>Courtroom:　  5th Fl. (Ste. 5160)<br><br>Trial Date:　  Not Set |

1  **O'MELVENY & MYERS LLP**
   CHARLES C. LIFLAND (108950)
2  DAWN SESTITO (214011)
   400 South Hope Street
3  Los Angeles, California  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:  (213) 430-6407
   E-mail:  clifland@omm.com
5  E-mail:  dsestito@omm.com

6

7  **O'MELVENY & MYERS LLP**
   M. RANDALL OPPENHEIMER (77649)
8  1999 Avenue of the Stars, 7th Floor
   Los Angeles, CA 90067
9  Telephone:  (310)553-6700
   Facsimile:   (310) 246-6779 (fax)
10 E-mail:  roppenheimer@omm.com

11 Co-Counsel for Defendant
   EXXONMOBIL REFINING & SUPPLY COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-    Case No. 3:15-cv-01749-L-AGS

DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S RESPONSE
TO JULY 26, 2018 ORDER TO SHOW CAUSE

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that Defendants ExxonMobil Refining & Supply Co., Alon U.S.A. Energy, Inc., BP West Coast Products LLC, Chevron U.S.A. Inc., Equilon Enterprises LLC doing business as Shell Oil Products US, Phillips 66, Tesoro Refining &Marketing Company LLC, and Valero Marketing and Supply Company, by and through their attorneys of record, do not oppose Plaintiff Persian Gulf Inc.'s Response to the Court's July 26, 2018 Order to Show Cause regarding potential coordination between *Persian Gulf Inc. v. BP West Coast Products LLC, et al.*, Case No. 15-cv-01749-L-AGS and *Bartlett, et al. v. BP West Coast Products LLC, et al.*, Lead Case No. 18-cv-01374-L-AGS (Doc. No. 135).

Dated:  August 7, 2018         **WILSON TURNER KOSMO LLP**

By:    s/ *Hubert Kim*
       ROBIN A. WOFFORD
       FREDERICK W. KOSMO, JR.
       KATHERINE M. MCCRAY
       HUBERT KIM

**O'MELVENY & MYERS LLP**
M. RANDALL OPPENHEIMER
CHARLES C. LIFLAND
DAWN SESTITO

Attorneys for Defendant
EXXON MOBIL CORPORATION

Dated:  August 7, 2018         **BAKER & HOSTETLER, LLP**

By:    s/ *Carl W. Hittinger*
       CARL W. HITTINGER

Counsel for Defendant
ALON U.S.A. ENERGY, INC.

| | |
|---|---|
| Dated: August 7, 2018 | **SULLIVAN & CROMWELL LLP** |
| | By: s/ *Robert A. Sacks* <br> ROBERT A. SACKS |
| | Counsel for Defendant <br> BP WEST COAST PRODUCTS LLC |
| Dated: August 7, 2018 | **GIBSON DUNN & CRUTCHER LLP** |
| | By: s/ *Steve E. Sletten* <br> STEVE E. SLETTEN |
| | Counsel for Defendant <br> CHEVRON U.S.A. INC. |
| Dated: August 7, 2018 | **MORGAN LEWIS & BOCKIUS LLP** |
| | By: s/ *Kent M. Roger* <br> KENT M. ROGER |
| | Counsel for Defendant <br> EQUILON ENTERPRISES LLC doing business as SHELL OIL PRODUCTS US |
| Dated: August 7, 2018 | **NORTON ROSE FULBRIGHT** |
| | By: s/ *Joshua D. Lichtman* <br> JOSHUA D. LICHTMAN |
| | Counsel for Defendant <br> PHILLIPS 66 |

///

///

///

DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S RESPONSE TO JULY 26, 2018 ORDER TO SHOW CAUSE

Dated: August 7, 2018           **JONES DAY**

By:  s/ *David C. Kiernan*
     DAVID C. KIERNAN

     Counsel for Defendant
     TESORO REFINING & MARKETING
     COMPANY LLC

Dated: August 7, 2018           **CRONE HAWXHURST**

By:  s/ *Gerald E. Hawxhurst*
     GERALD E. HAWXHURST

     Counsel for Defendant
     VALERO MARKETING AND
     SUPPLY COMPANY

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Carl W. Hittinger, counsel for Alon U.S.A. Energy, Inc.; Robert A. Sacks, counsel for BP West Coast Products LLC; Steven E. Sletten, counsel for Chevron U.S.A. Inc.; Kent M. Roger, counsel for Equilon Enterprises LLC doing business as Shell Oil Products US; Joshua D. Lichtman, counsel for Phillips 66; David Kiernan, counsel for Tesoro Refining & Marketing Company LLC; and Gerald E. Hawxhurst, counsel for Valero Marketing and Supply Company, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signature to this document.

By:  s/ *Hubert Kim*
     Hubert Kim