1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

| | |
|---|---|
| PERSIAN GULF INC., | Case No.:  15-cv-01749-L-AGS |

12

                              Plaintiff,    **CLASS ACTION**

13
14

v.

BP WEST COAST PRODUCTS LLC, et al.,

                              Defendants.

**ORDER COORDINATING ACTIONS FOR PRE-TRIAL PROCEEDINGS**

15
16
17
18
19
20
21
22
23

RICHARD BARTLETT et al.,

                              Plaintiffs,

   v.

BP WEST COAST PRODUCTS LLC et al.,

                              Defendants.

Lead Case No. 18-cv-01374-L-AGS (consolidated with No. 18-cv-01377-L-AGS)

**CLASS ACTION**

**ORDER COORDINATING ACTIONS FOR PRE-TRIAL PROCEEDINGS**

24
25
26
27
28

Pending before the Court are class action complaints filed in cases no. 15cv1749, 18cv1374 and 18cv1877.  Case no. 15cv1749 is a putative class action on behalf of gasoline merchants in California, who purchased gasoline directly from Defendant gasoline refineries (the "Direct Purchaser Action").  Cases no. 18cv1374 and 18cv1377, which have been consolidated for all pre-trial proceedings, are

- 1 -

putative class actions filed by consumers against essentially the same Defendants (the "Consumer Actions"). The factual allegations and the named Defendants in these actions are nearly identical. All three actions include claims for violation of the Cartwright Act, Cal. Bus. & Prof. Code § 16700 *et seq.*, and the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*

On July 26, 2018, the Court issued an Order to Show Cause why the Direct Purchaser Action and the Consumer Actions should not be coordinated for pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a). Plaintiff in the Direct Purchaser Action timely filed a response of no objection to coordination, subject to limited qualifications, suggesting ways in which proceedings could be coordinated, and indicating agreement of all parties. Defendants filed a notice of non-opposition.

Accordingly, the Direct Purchaser Action and the Consumer Actions shall be coordinated for discovery and other pre-trial purposes to avoid unnecessary cost and delay. Coordinating the actions may entail discovery, case management and motion briefing, as appropriate. The parties shall forthwith contact the assigned Magistrate Judge to set a joint conference in furtherance of coordinating the actions.

**IT IS SO ORDERED.**

Dated:  August 8, 2018

Hon. M. James Lorenz
United States District Judge

- 2 -