O'MELVENY & MYERS LLP
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
CHARLES C. LIFLAND (S.B. #108950)
clifland@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

**WILSON TURNER KOSMO LLP**
ROBIN A. WOFFORD (137919)
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
KATHERINE M. MCCRAY (243500)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:   (619) 236-9600
Facsimile:     (619) 236-9669
E-mail:  rwofford@wilsonturnerkosmo.com
E-mail:  fkosmo@wilsonturnerkosmo.com
E-mail:  hkim@wilsonturnerkosmo.com
E-mail:  kmccray@wilsonturnerkosmo.com

Attorneys for Defendant
EXXONMOBIL REFINING & SUPPLY COMPANY AND EXXON MOBIL CORPORATION

[Additional Counsel On Signature Pages]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated, | Case No. 3:15-cv-01749-L-AGS |
| Plaintiff, | **CLASS ACTION** |
| v. | MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL CONSUMER WATCHDOG SUBPOENA |
| BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO MARKETING AND | Complaint Filed: June 21, 2018<br>Consolidated Compl. Filed: Aug. 8, 2018<br><br>Judge:       Hon. M. James Lorenz<br>Courtroom:  5B<br><br>Trial Date:  Not Set |

-1-               Case No. 3:15-cv-01749-L-AGS

| | |
|---|---|
| SUPPLY COMPANY; PHILLIPS 66; ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, Inclusive,<br><br>        Defendants. | |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>        Defendants. | Lead Case No. 3:18-cv-01374-L-AGS (Consolidated with Case No. 3:18-cv-01377-L-AGS)<br><br><u>CLASS ACTION</u> |

Defendants[1] move the Court to grant an extension for the time period allowed in Magistrate Judge Andrew G. Schopler's Civil Chambers Rules (the "Chambers Rules") to file any discovery motion related to the outstanding discovery requests to non-party Consumer Watchdog (the "Requests"). Defendants' have discussed this motion for an extension with Consumer Watchdog and Consumer Watchdog does not oppose this motion. See Exhibit A, Declaration of Robin A. Wofford In Support Of Motion To Extend.

Defendants served Consumer Watchdog with a subpoena seeking the production of documents. Consumer Watchdog served objections and responses to the subpoena on September 27, 2018. The parties agreed to meet and confer on October 11, 2018, and Defendants sent a letter to Consumer Watchdog addressing Consumer Watchdog's responses and objections on October 9, 2018. Consumer Watchdog replied to the letter with a letter and supplemental responses on October 16,

---

[1] Chevron U.S.A. Inc., Exxon Mobil Corporation, ExxonMobil Refining and Supply Co., and Phillips 66 ("Defendants").

2018.  In its letter, Consumer Watchdog stated that it would "supplement these responses with a privilege log pursuant to Fed. R. Civ. Pro. 45(e)(2)(A)."  See Ex. A.  The parties have also met and conferred telephonically during this process.  Despite best efforts, the parties have not resolved a number of disputes related to the Requests, including issues of privilege.  The parties believe that additional time is necessary to resolve and/or fully crystalize the discovery disputes and that it is premature to bring the disputes before the Court.  Therefore, in order to preserve judicial efficiency, the parties respectfully request the Court to extend the deadline to file discovery motions related to the Requests by a period of 30 days from the service of the privilege log by Consumer Watchdog to Defendants.[2]

Respectfully submitted,

Dated:  October 26, 2018

**WILSON TURNER KOSMO LLP**

By:    s/ *Robin A. Wofford*
ROBIN A. WOFFORD
FREDERICK W. KOSMO, JR.
KATHERINE M. MCCRAY
HUBERT KIM

Dated:  October 26, 2018

**O'MELVENY & MYERS LLP**

By:    s/ *Dawn Sestito*
M. RANDALL OPPENHEIMER
CHARLES C. LIFLAND
DAWN SESTITO

Attorneys for Defendant
EXXONMOBIL REFINING & SUPPLY CO. and EXXON MOBIL CORPORATION

/ / /

/ / /

/ / /

---

[2] The parties reserve the right to seek additional extensions from the Court.

-3-                   Case No. 3:15-cv-01749-L-AGS
MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL CONSUMER WATCHDOG SUBPOENA

| | | |
|---|---|---|
| Dated: October 26, 2018 | | **GIBSON DUNN & CRUTCHER LLP** |
| | By: | s/ *Theodore J. Boutrous, Jr.* <br> THEODORE J. BOUTROUS, JR. |
| | | Counsel for Defendant <br> CHEVRON U.S.A. INC. |
| Dated: October 26, 2018 | | **NORTON ROSE FULBRIGHT** |
| | By: | s/ *Joshua D. Lichtman* <br> JOSHUA D. LICHTMAN |
| | | Counsel for Defendant <br> PHILLIPS 66 |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Theodore J. Boutrous, Jr., counsel for Chevron U.S.A. Inc. and Joshua D. Lichtman, counsel for Phillips 66 and that I have obtained each of the foregoing person's authorization to affix his or her electronic signature to this document.

By: *s/ Robin A. Wofford*
Robin A. Wofford