| | |
|---|---|
| 1 | M. RANDALL OPPENHEIMER (S.B. #77649) |
| 2 | roppenheimer@omm.com<br>CHARLES C. LIFLAND (S.B. #108950) |
| 3 | clifland@omm.com<br>DAWN SESTITO (S.B. #214011) |
| 4 | dsestito@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | 400 South Hope Street<br>Los Angeles, California  90071-2899 |
| 6 | Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407 |
| 7 | |
| 8 | *Attorneys for Defendant*<br>EXXONMOBIL REFINING & SUPPLY |
| 9 | COMPANY |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC.; TESORO REFINING & MARKETING COMPANY LLC; EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US); EXXONMOBIL REFINING & SUPPLY COMPANY; VALERO MARKETING AND SUPPLY COMPANY; PHILLIPS 66;<br><br>ALON USA ENERGY, INC.; KERN OIL & REFINING CO. and DOES 1-25, Inclusive,<br><br>            Defendants. | Case No. 3:15-cv-01749-L-AGS<br><br>**CLASS ACTION**<br><br>NOTICE OF DEFENDANTS' MOTION TO COMPEL DOCUMENTS AND INFORMATION RESPONSIVE TO REQUEST FOR PRODUCTION NO. 7 AND INTERROGATORY NO. 6 FROM PLAINTIFF PERSIAN GULF, INC.<br><br>Complaint Filed: Sept. 22, 2016<br><br>Judge:         Hon. M. James Lorenz<br>Magistrate:  Hon. Andrew G. Schopler<br>Courtroom:   5B<br>Trial Date:    Not Set<br>Hearing:       January 9, 2019, 2:00PM |

1  PLEASE TAKE NOTICE that on January 9, 2018 at 2:00 PM in the above-
2  entitled court located at 221 West Broadway, Courtroom 5B, San Diego, CA 92101,
3  Defendants BP West Coast Products LLC, Chevron U.S.A., Inc., Tesoro Refining &
4  Marketing Company LLC, Equilon Enterprises LLC, ExxonMobil Refining & Supply
5  Company, Alon USA Energy, Inc., Valero Marketing & Supply Company, and
6  Phillips 66 respectfully move the Court for an order compelling the production of
7  documents and information responsive to Defendants' Request for Production No. 7
8  and Interrogatory No. 6 from Plaintiff Persian Gulf, Inc.
9  This motion is made on the grounds that the Plaintiff has failed to establish that
10 the requested documents and information are privileged, and being relevant to the
11 claims in this case should be produced.
12 This motion is made and based on this Notice of Motion, the Memorandum of
13 Points and Authorities filed herewith, the Declaration of Robin Wofford and exhibits
14 attached thereto, the Declaration of Dawn Sestito, the Proposed Order and on such
15 oral and documentary evidence as may be presented at the hearing of this motion.

1
2   Dated:    November 27. 2018        **O'MELVENY & MYERS LLP**
3
4                                      By:    s/ *Dawn Sestito*
                                              Dawn Sestito
5
                                              Attorney for Defendant
6                                             EXXONMOBIL REFINING & SUPPLY
                                              COMPANY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28