# EXHIBIT 1

Exhibit 1
Page 1

**From:** Shonda Landry <SLandry@rgrdlaw.com> **On Behalf Of** Xan Bernay
**Sent:** Monday, April 22, 2019 3:14 PM
**To:** 'mmatthias@bakerlaw.com' <mmatthias@bakerlaw.com>; 'chittinger@bakerlaw.com' <chittinger@bakerlaw.com>; 'jduffy@bakerlaw.com' <jduffy@bakerlaw.com>; 'therrold@bakerlaw.com' <therrold@bakerlaw.com>; 'rwofford@wilsonturnerkosmo.com' <rwofford@wilsonturnerkosmo.com>; 'fkosmo@wilsonturnerkosmo.com' <fkosmo@wilsonturnerkosmo.com>; 'hkim@wilsonturnerkosmo.com' <hkim@wilsonturnerkosmo.com>; 'kmccray@wilsonturnerkosmo.com' <kmccray@wilsonturnerkosmo.com>; 'clifland@omm.com' <clifland@omm.com>; 'dsestito@omm.com' <dsestito@omm.com>; 'roppenheimer@omm.com' <roppenheimer@omm.com>; 'sacksr@sullcrom.com' <sacksr@sullcrom.com>; 'mcgimseyd@sullcrom.com' <mcgimseyd@sullcrom.com>; 'murtaghm@sullcrom.com' <murtaghm@sullcrom.com>; 'trugmanj@sullcrom.com' <trugmanj@sullcrom.com>; 'DSwanson@gibsondunn.com' <DSwanson@gibsondunn.com>; 'jsrinivasan@gibsondunn.com' <jsrinivasan@gibsondunn.com>; 'ssletten@gibsondunn.com' <ssletten@gibsondunn.com>; 'kent.roger@morganlewis.com' <kent.roger@morganlewis.com>; 'colin.west@morganlewis.com' <colin.west@morganlewis.com>; 'brian.hom@morganlewis.com' <brian.hom@morganlewis.com>; 'minna.naranjo@morganlewis.com' <minna.naranjo@morganlewis.com>; 'rishi.satia@morganlewis.com' <rishi.satia@morganlewis.com>; 'margaret.thomasian@morganlewis.com' <margaret.thomasian@morganlewis.com>; 'layne.kruse@nortonrosefulbright.com' <layne.kruse@nortonrosefulbright.com>; 'joshua.lichtman@nortonrosefulbright.com' <joshua.lichtman@nortonrosefulbright.com>; 'christina.daniele@nortonrosefulbright.com' <christina.daniele@nortonrosefulbright.com>; 'ramittelstaedt@jonesday.com' <ramittelstaedt@jonesday.com>; 'dkiernan@jonesday.com' <dkiernan@jonesday.com>; 'rgergesshields@jonesday.com' <rgergesshields@jonesday.com>; 'epenson@jonesday.com' <epenson@jonesday.com>; 'coconnor@jonesday.com' <coconnor@jonesday.com>; 'jerry@hawxhurstllp.com' <jerry@hawxhurstllp.com>; 'alex@hawxhurstllp.com' <alex@hawxhurstllp.com>; 'kyle@hawxhurstllp.com' <kyle@hawxhurstllp.com>; 'melody@hawxhurstllp.com' <melody@hawxhurstllp.com>
**Cc:** Xan Bernay <XanB@rgrdlaw.com>; David Mitchell <DavidM@rgrdlaw.com>; Carmen Medici <cmedici@rgrdlaw.com>; Armen Zohrabian <AZohrabian@rgrdlaw.com>; Lonnie Browne <LBrowne@rgrdlaw.com>; Steve Pepich <SteveP@rgrdlaw.com>; Brian J Robbins <brobbins@robbinsarroyo.com>; George Aguilar <gaguilar@robbinsarroyo.com>; 'smckay@robbinsarroyo.com' <smckay@robbinsarroyo.com>; Ricardo Salazar <rsalazar@robbinsarroyo.com>; Jacob Ogbozo <JOgbozo@robbinsarroyo.com>; Jenny Dixon <jdixon@robbinsarroyo.com>; Eric Carrino <ecarrino@robbinsarroyo.com>; Brian Robbins <notice@robbinsarroyo.com>; Steven McKany <smckany@robbinsarroyo.com>
**Subject:** Persian Gulf Inc. v. BP West Coast Products LLC, No. 3:15-cv-01749-L-AGS

Please see attached correspondence from Xan Bernay dated today.

Thank you.


Shonda L. Landry
Legal Secretary

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
Tel 619 231 1058 | Fax 619 231 7423



**Robbins Geller Rudman & Dowd LLP**

| At anta | Ch cago | Me v e | Ph ade ph a | San F anc sco |
| Boca Raton | Manhattan | Nashv e | San D ego | Wash ngton, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

April 22, 2019

VIA ELECTRONIC MAIL

Counsel of Record

Re: *Persian Gulf Inc. v. BP West Coast Products LLC*,
No. 3:15-cv-01749-L-AGS

Dear Counsel:

    I write pursuant to the Stipulated Protective Order in this Action to provide the advance notice required to allow Plaintiff Persian Gulf Inc.'s consultant, Cody Rosenfield, to receive materials designated "CONFIDENTIAL - FOR COUNSEL ONLY."

    Mr. Rosenfield has signed Exhibit A as required by 8(d) of the Protective Order and we here provide his CV.

Very truly yours,

ALEXANDRA S. BERNAY

ASB:sll
Enclosure

# Cody Rosenfield

2019 Curriculum Vitae
codyrosenfield@gmail.com
WeWork, Cody Rosenfield
177 E Colorado Blvd Suite 200,
Pasadena, CA 91105, United States

## EDUCATION
**The George Washington University**, Columbian College of Arts and Sciences, Washington, DC, Bachelor of Science, Political Science; May 2014**.**

## PROFESSIONAL SUMMARY
Cody is an energy and environmental advocate and expert, focusing on market operations. He has worked with environmental organizations, consumer groups, and others while being featured on most major California TV & Radio news stations. His work has been quoted in prominent newspapers, and trade journals.

## CONSUMER WATCHDOG
Los Angeles, California
*Consumer Advocate, 2014 – 2017*

### General Responsibilities
- Wrote over 50 press releases on issues regarding energy consumption & price manipulation.
- Organized and participated in over 30 press conferences.
- Wrote dozens of blogs for Consumer Watchdog and affiliate Capitol Watchdog.
- Worked on a variety of issues including Health Insurance Regulation (Prop 45), Medical Malpractice legal caps (Prop 46), drug prices, and data privacy.

### Oil & Gasoline Investigation
- Worked on a California gasoline price investigation in 2015/16.
- Analyzed oil industry operations to find anticompetitive practices, which were provided to the public, and California Department of Justice.

### Reports on California Gasoline Market
- *Against the Tide: How Missing Tankers Pumped Up Gas Prices and Refiner Profits,* February 8, 2016
- *Golden State Gouge: The Summer of Record Refining Profits*, August 5, 2015
- *Refining Profits: How Californians Get Fleeced at the Pump,* May 5, 2015
- *Price Spiked: How Oil Refiners Gouge Californians on Their Gasoline and What it Cost,* March 2015
- *Pump Jacking California's Climate Protection: The Threat of Oil Industry Influence & Market Manipulation,* December 15, 2014

### Investigations & Reported Stories

- **Oil Tanker Tracking.** Sole author of a report analyzing oil tanker operations relating to California gasoline prices. The report was featured on the front page of the San Francisco Chronicle & the top story on the Los Angeles Times website on February 8, 2016.
- **Pricing Tactics.** Provided evidence to the California Attorney General revealing pricing disparities in wholesale gasoline markets on June 30, 2015.
- **Scrambling Helicopters**. Organized news helicopters to film oil tankers as they were filled with gasoline leaving California.

**Media & Advocacy**
- Featured in 5-part series on Energy & the Environment in California. The episode I am featured in can be viewed here: https://spotlightcalifornia.com/at-the-pump/ (I enter at 2:20) .
- Interviewed or appeared on the following TV stations regarding oil issues: KTLA, KABC, KCAL/CBS, and NBC Los Angeles.
- Quoted in the following papers or radio stations: San Francisco Chronicle, Los Angeles Times, KQED, KPBS, Mercury News, Los Angeles Daily News, and more.

# COALITION FOR CLEAN AIR
Los Angeles, California
*Policy Associate, January 2018 – March 2019*

**Port & Freight Regulatory Advocacy**
- Led the Coalition for Clean Air's port and freight advocacy.
- South Coast Air Quality Management District's Warehouse Indirect Source Rule.
    - Worked with environmental advocates and businesses to advocate for a strong Indirect Source Rule for warehouses.
    - Coordinated closely with SCAQMD staff to develop ambitious concepts for the rule, and provide feedback.
- Member of the SCAQMD's Technical Working Group for Seaports.
    - Worked with stakeholders in the Working Group to create the San Pedro Bay Port emissions inventory, and to forecast future emissions.
- Organized and advocated before the California Air Resources Board regarding the upcoming Vessel-at-Berth regulation, which will require large ships to use Alternative Maritime Power while at Berth at most ports in California.
    - Authored a letter of support and organized a coalition of prominent non-profit organizations to sign-on.
- Participated in the AB 617 public meeting process.
    - Attended and spoke at the community meetings in the first year communities designated by AB 617, including San Bernardino/Muscoy, Long Beach, and Boyle Heights/East Los Angeles.
    - Worked with SCAQMD staff during AB 617 planning process.
- Served on the LA Metro Sustainability Council as the Air Quality representative.
- Organized and advocated with the California Cleaner Freight Coalition (CCFC).

- o Worked with a diverse array of non-profits & unions that are members of the CCFC to coordinate advocacy toward cleaner freight operations in California.
- Analyzed data on port operations, ship movements, compliance with regulations and legal settlements.

## OIL & GASOLINE PRICE MANIPULATION RESEARCH
Los Angeles, California, *2017 - Present*

### Grants from Essential Information
- Essential Information provided grants to continue research into anti-trust issues in oil markets.
- Grants included authoring of articles, research, and other funding.

### Torrance Refinery Action Alliance (TRAA)
- Provided analysis & assistance to TRAA for their purpose of pushing safety regulations at Southern California refineries.