Michael R. Matthias (SBN 57728)
mmatthias@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310-820-8800
Facsimile: 310-820-8859

Carl W. Hittinger (*pro hac vice*)
chittinger@bakerlaw.com
Jeffry W. Duffy (*pro hac vice*)
jduffy@bakerlaw.com
Tyson Y. Herrold (*pro hac vice*)
therrold@bakerlaw.com
Jeanne-Michele Mariani (*pro hac vice*)
jmariani@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215-568-3100
Facsimile: 215-568-3439

Attorneys for Defendant
Alon USA Energy, Inc.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC.,<br><br>Plaintiff<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants | Case No.: 3:15-cv-01749-L-AGS<br><br>Lead Case No.: 18-cv-01374-L-AGS (Consolidated with Case No. 3:18-cv-01377-L-AGS)<br><br>**NOTICE OF ALON USA ENERGY INC.'S MOTION AND MOTION TO COMPEL PLAINTIFFS TO ANSWER ALON'S DECEMBER 19, 2018 INTERROGATORIES** |
| RICHARD BARTLETT, et al.,<br><br>Plaintiffs<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants | Date: August 1, 2019<br><br>Time: 4:00 PM<br><br>Courtroom: 5C |

NOTICE OF ALON USA ENERGY INC.'S MOTION AND MOTION TO COMPEL PLAINTIFFS TO RESPOND TO ALON'S INTERROGATORIES; CASE NO.: 3:15-CV-01749-L-AGS;
CASE NO.: 18-CV-01374-L-AGS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 1, 2019 at 4:00 p.m., in the above-entitled court located at 221 West Broadway, San Diego, CA 92101, Courtroom 5C, Defendant Alon USA Energy Inc., respectfully moves the Court for an order compelling Plaintiffs Persian Gulf Inc., Richard Bartlett, Kristine Snyder, Joshua Ebright, Paul Lee, and David Rinaldi to answer Alon's interrogatories 2, 3, 4, 5, 7, and 8. This motion is made and based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the exhibits attached thereto, and on such oral and documentary evidence as may be presented at the hearing of this motion.

Dated:      June 14, 2019                    **BAKER & HOSTETLER LLP**

By:    */s/ Carl W. Hittinger*
         CARL W. HITTINGER
         JEFFRY W. DUFFY
         TYSON Y. HERROLD
         JEANNE-MICHELE MARIANI
         MICHAEL R. MATTHIAS

         Attorneys for Defendant
         ALON USA ENERGY, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

NOTICE OF ALON USA ENERGY INC.'S MOTION AND MOTION TO COMPEL PLAINTIFFS TO RESPOND TO ALON'S INTERROGATORIES; CASE NO.: 3:15-CV-01749-L-AGS; CASE NO.: 3:18-CV-01374-L-AGS

## **MEET AND CONFER CERTIFICATE**

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Alon USA Energy Inc., met and conferred with Plaintiffs in a good faith attempt to resolve the issues in this motion before requesting court action.

By: */s/ Carl W. Hittinger*
CARL W. HITTINGER

*Attorney for Defendant*
ALON USA ENERGY, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2019, I electronically transmitted the document identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive electronic filings:

**NOTICE OF ALON USA ENERGY INC.'S MOTION AND MOTION TO COMPEL PLAINTIFFS TO ANSWER ALON'S DECEMBER 19, 2018 INTERROGATORIES**

By: */s/ Carl W. Hittinger*
CARL W. HITTINGER

*Attorney for Defendant*
ALON USA ENERGY, INC.

- 4 -