IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. | Case No.: 3:15-cv-01749-L-AGS <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING WITHDRAWAL OF CHRISTINA N. DANIELE** |
| RICHARD BARTLETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. | Lead Case No. 18-cv-01374-L-AGS (consolidated with No. 18-cv-01377-L-AGS) <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING WITHDRAWAL OF CHRISTINA N. DANIELE** |

Pursuant to Civil Local Rule 83.3.f, the Motion of Defendant Phillips 66 seeking withdrawal of Christina N. Daniele as counsel of record is granted as follows:

1. Christina N. Daniele is withdrawn as counsel of record for Defendant Phillips 66 in this action.

/ / / / /

2. Joshua D. Lichtman and Layne E. Kruse remain counsel of record for Defendant Phillips 66.

3. The Clerk shall update the docket to reflect withdrawal of Christina N. Daniele.

**IT IS SO ORDERED.**

Dated: July 3, 2019

_____
Hon. M. James Lorenz
United States District Judge