DOCUMENT PREPARED ON RECYCLED PAPER

JOSHUA D. LICHTMAN (SBN 176143)
MICHELLE L. MELLO (SBN 288081)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
joshua.lichtman@nortonrosefulbright.com
michelle.mello@nortonrosefulbright.com

LAYNE E. KRUSE (*Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:   (713) 651-5246
layne.kruse@nortonrosefulbright.com

Attorneys for Defendant
PHILLIPS 66

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　Defendants. | Case No.:  3:15-cv-01749-L-AGS<br><br>**CLASS ACTION**<br><br>**DEFENDANT PHILLIPS 66'S MOTION TO EXTEND DEADLINE FOR MOTION TO COMPEL** |
| RICHARD BARTLETT, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　Defendants. | Lead Case No. 18-cv-01374-L-AGS (consolidated with No. 18-cv-01377-L-AGS)<br><br>Judge:　Hon. M. James Lorenz<br>Courtroom: 5B<br><br>Magistrate: Hon. Andrew G. Schopler<br>Courtroom: 5th Floor, Suite 5160<br><br>**CLASS ACTION** |

37318483.1

- 1 -

DEFENDANT PHILLIPS 66'S MOTION TO EXTEND DEADLINE FOR MOTION TO COMPEL

1  Defendant Phillips 66 ("Phillips 66"), through its undersigned counsel, respectfully moves the Court for an order extending the time period for Phillips 66 to file a discovery motion related to Defendants' Joint Requests for Production to Plaintiff Persian Gulf ("Persian Gulf"), Set Two ("2nd RFPs"). Phillips 66 has met and conferred with Persian Gulf regarding this request, and Persian Gulf does not oppose the motion. (*See* Declaration of Joshua D. Lichtman in Support of Defendant Phillips 66's Motion to Extend Deadline for Motion to Compel ("Lichtman Decl.") ¶¶ 4-6.)

On May 10, 2019, Defendants served the 2nd RFPs on Persian Gulf, and Persian Gulf served Objections and Responses thereto on June 11, 2019. (*Id.* ¶¶ 2-3.) Several days later, on June 19, 2019, Persian Gulf served a production of documents in response to the 2nd RFPs, which is when this dispute arose. (*Id.* ¶ 3.) Phillips 66 and Persian Gulf met and conferred regarding Persian Gulf's production and Objections and Responses on June 20, 2019 and July 11, 2019. (*Id.* ¶ 4.) While the parties have narrowed the issues in dispute, they have not yet resolved all disputes. (*Id.*)

Counsel for both parties believe that it would be more efficient to allow the parties additional time to attempt to resolve the remaining issues before seeking Court intervention with respect to Persian Gulf's production and objections to the 2nd RFPs. Accordingly, the parties respectfully submit that, in the interest of judicial economy and conservation of the Court's and parties' resources, the deadline to file discovery motions related to the 2nd RFPs shall be extended by thirty (30) days from July 19, 2019, to August 18, 2019.

| | | |
|---|---|---|
| 1 | Dated: July 16, 2019 | JOSHUA D. LICHTMAN<br>MICHELLE L. MELLO |
| 2 | | |
| 3 | | LAYNE E. KRUSE<br>**NORTON ROSE FULBRIGHT US LLP** |
| 6 | | By  /s/ Joshua D. Lichtman<br>    JOSHUA D. LICHTMAN<br>    Attorneys for Defendant<br>    PHILLIPS 66 |

# **CERTIFICATE OF SERVICE**

I, Joshua D. Lichtman, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

I hereby certify that on July 16, 2019, I electronically transmitted the document identified below to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter registered to receive electronic filings: ***DEFENDANT PHILLIPS 66'S MOTION TO EXTEND DEADLINE FOR MOTION TO COMPEL***

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2019, at Los Angeles, California.

                    /s/ Joshua D. Lichtman
                        Joshua D. Lichtman