# EXHIBIT A
# [REDACTED]

**EXHIBIT A**
**Timeline Regarding Alon USA Energy, Inc.'s Bakersfield Refinery**

| Date | Description | Source | Exhibit |
|---|---|---|---|
| December 16, 2011 | "Alon USA Inc. said a hydrocracker at its Bakersfield refinery in California is shut for maintenance that is expected to last two weeks . . . ." | Aaron Clark, *Alon Bakersfield Refinery Shuts Hydrocracker for Maintenance*, Bloomberg News (Dec. 16, 2011). | Ex. 6.[1] |
| January 17, 2012 | Alon's Bakersfield refinery remains offline, past the initial two-week announcement. "The plant outage has now been extended twice, once before because of maintenance work at Alon's Paramount refinery in Southern California, said Huhn." | Lynn Doan, *Alon Bakersfield May Idle Units Until June, Union Secretary Says*, Bloomberg News (Jan. 17, 2012). | Ex. 7. |
| January 26, 2012 | Uncertainty about Alon's operations continue to impact gasoline prices: "California-blend gasoline in Los Angeles climbed after Alon USA Energy Inc. was said to shut the Paramount refinery for work that may last a month." | Lynn Doan, *Los Angeles Gasoline Rises After Alon's Paramount Said to Shut*, Bloomberg News (Jan. 26, 2012). | Ex. 8. |
| February 18, 2012 | BP's Cherry Point Refinery experiences large fire, idling production. | Erwin Seba & Katherine Luck, *BP idles large Washington state refinery after fire*, Reuters (Feb. 18, 2012). | Ex. 9. |
| February 28, 2012 | Alon announces Supply and Offtake Agreement with J. Aron (Goldman Sachs). The long term deal for Alon to purchase crude oil from J. Aron, and to sell finished refined product to the company, signaled Alon's continued commitment to refining fuel. | Supply and Offtake Agreement dated February 28, 2012 between J. Aron & Company and Paramount Petroleum Corporation. | Ex. 10. |
| March 8, 2012 | The timeline for restarting the refinery continues to change: "Alon USA Energy Inc. will start refineries in California in the second quarter after a shutdown in December on weak margins, according to a company statement distributed by PR Newswire." | Lynn Doan, *Alon Says California Refineries will Start in Second Quarter*, Bloomberg News (Mar. 8, 2012). | Ex. 11. |

---

[1]   References to "Ex." are to the exhibit attached to the Declaration of Alexandra S. Bernay in support of Plaintiffs' opposition to Alon's Motion ("Bernay Decl."), filed concurrently herewith.

| Date | Description | Source | Exhibit |
|---|---|---|---|
| March 9, 2012 | Bakersfield.com reports Alon refinery will resume operations "next month." | John Cox, *Refinery set to restart in April*, The Bakersfield Californian (Mar. 9, 2012). | Ex. 12. |
| March 9, 2012 | Alon's CEO Eisman states on earnings call they are "gearing up to purchase the crude and restart the facilities." | PG 0002640 at 2646. | Ex. 13. |
| April 12, 2012 | Alon announces it will restart California refining complex in second quarter of 2012. | *Oil Market Report*, International Energy Agency (Apr. 12, 2012). | Ex. 14. |
| May 4, 2012 | Alon's CEO Eisman states on an earnings calls that Alon has "restarted Paramount expect to start Bakersfield in May . . . . We're shipping diesel and gasoil up to Bakersfield and using the processing facilities up there to produce…[CARB] diesel and . . . [CARB] gasoline."  He further states "we expect that the operation [will] run year-round." | PG 0002654 at 2658. | Ex. 15. |
| May 9, 2012 | Tesoro internal documents ████████ ████████████ ███████ | TRMC-01070244. | Ex. 16. |
| May 10, 2012 | Emissions data indicates units at the Alon Bakersfield refinery come ONLINE. | McCullough Decl., ¶12.[2] | n/a |
| May 14, 2012 | Emissions data indicates units at the Alon Bakersfield refinery go back OFFLINE. | McCullough Decl., ¶12. | n/a |
| May 18, 2012 | Emissions data indicates units at the Alon Bakersfield refinery go back ONLINE. | McCullough Decl., ¶12. | n/a |
| June 5, 2012 | Robert McCullough releases report on suspicious refinery outages, including multiple refineries that closed and then restarted during this period. | PG 00039343. | Ex. 18. |
| June 7, 2012 | Senator Cantwell writes the Federal Trade Commission asking for an investigation, citing the refinery | June 7, 2012 letter to the Federal Trade Commission | Exs. 19-20. |

---

[2]   "McCullough Decl." references are to the Declaration of Robert F. McCullough, filed concurrently herewith.

| Date | Description | Source | Exhibit |
|---|---|---|---|
| | outages from the McCullough Report. | from Maria Cantwell, U.S. Senator; and<br><br>Press Release, U.S. Senator Maria Cantwell, Cantwell Calls on FTC to Investigate Washington State Gas Price Spike (June 7, 2012). | |
| June 12, 2012 | McCullough Report on Alon and other refiner's operations receives widespread media attention. | Joseph Rose, Oregon, Washington gas prices continue to fall as report raises suspicions of market rigging, The Oregonian (June 12, 2012);<br><br>McClatchy Newspapers, *Senator seeks probe in high West Coast gas prices*, The Sacramento Bee (June 7, 2012);<br><br>Scott Graf and Kate Elston, *Washington Senator Wants Answers On High Gas Prices*, Boise State Public Radio (June 11, 2012);<br><br>Anita Kissee, *Think the fix is in on gas prices? New report may back you up*, KATU News (June 13, 2012);<br><br>Robin Doussard, *What's really behind high gas prices?*, Oregon Business (June 13, 2012); and<br><br>Kevin G. Hall, *Senator questions why refineries cut production*, McClatchy Washington Bureau (June 7, 2012). | Exs. 21-26. |
| June 27, 2012 | "Alon Starts Units at Bakersfield Refinery, District Agency Says." | Lynn Doan, *Alon Starts Units at Bakersfield Refinery, District Agency Says*, Bloomberg News (June 27, 2012). | Ex. 17. |
| August 9, 2012 | Alon earnings call in which CEO Eisman states "both facilities are operating well today." | PG 0002671 at 2678. | Ex. 27. |
| November 7, 2012 | Bloomberg reports on Alon's plans to shut down and reconfigure refinery in late 2013: "Alon USA Energy Inc. is shutting its 66,000 | David Marino, *Alon Shutting Refinery to Reconfigure for Light Oil,* | Ex. 28. |

| Date | Description | Source | Exhibit |
|------|-------------|--------|---------|
| | barrel-a-day Bakersfield refinery in California to reconfigure . . . expects to begin receiving oil from the midcontinent by late next year." | Bloomberg News (Nov. 7, 2012). | |
| November 7, 2012 | Alon CEO Eisman states on an earnings call that they plan on shutting down their refineries after the asphalt season, commenting that "Bakersfield in this mode could be somewhere between 50 and 70,000-barrel-per-day refinery with a hydrocracker." Eisman states they are looking at fourth quarter 2013 for California to be up and running again. | PG 0002687 at 2692. | Ex. 29. |
| November 15, 2012 | Reuters reports on McCullough's November 2012 analysis of gas price manipulation, and the legislative response. | *California lawmakers weigh moves to ensure gasoline supply*, Reuters (Nov. 15, 2012). | Ex. 30. |
| March 7, 2013 | Alon CEO Eisman comments on an investor call regarding ongoing storage operations at their California facilities. | PG 0002704 at 2706. | Ex. 31. |
| April 22, 2013 | Internal Shell documents ███████ ████████████████ | SOPUS_PGI_00438730. | Ex. 32. |
| April 22, 2013 | Valero documents ████████ ████████████████ | VMSC_003088 at 04APR worksheet. | Ex. 33. |
| May 9, 2013 | Alon CEO Eisman states on an earnings call about the California refineries: "We'd put startup sometime in the third quarter, sometime in the third quarter of 2014. But I think, generally, that's the time you can look at some sort of disruption that greatly improved the margins out on the West Coast." | ALON0003399 at 3409. | Ex. 34. |
| August 7, 2013 | Alon CEO Eisman discusses ongoing West Coast operations on an earnings call: "we recently completed an agreement with the West Coast refiners to provide them rail and loading services, out of our Willbridge, Oregon terminal. . . . We are also close to developing a similar agreement at another West Coast facility . . . . Finally, we are moving | PG 0002729 at 2732. | Ex. 35. |

| Date | Description | Source | Exhibit |
|------|-------------|--------|---------|
| | forward to restart the product rack at Paramount and re-enter the wholesale market there." | | |
| August 7, 2013 | Bloomberg reports: "Co. expects to receive permits and build infrastructure to ship light oil by rail to California facility by the end of 2013, CEO Paul Eisman said in 2Q Earnings call . . . and has contracts to deliver oil from it to other Co. West Coast refineries." | Dan Murtaugh, *Alon Bakersfield Rail Unloading Capacity Will Be 140,000 B/D*, Bloomberg First Word (Aug. 7, 2013). | Ex. 36. |
| November 8, 2013 | Alon's Earnings Call discusses producing California gasoline: "As at Big Spring, we are developing opportunities to make moderate investments focused on improving the gross margin at the facility. We can improve [additional] recovery, improve LPG price realization, and increase gasoline values by producing CARBOB gasoline to projects to generate excellent returns. . . . As we assess our development alternatives for refining at Bakersfield, we are also very optimistic about opportunities to develop a significant logistics business in California." | PG 0002742 at 2745. | Ex. 37. |
| March 7, 2014 | Alon CEO Eisman states on earnings call: "In California, we made significant progress in 2013 towards moving the operations back to profitability.  We are continuing to cut costs and develop alternative uses for our West Coast assets. . . .  We are using that facility [Long Beach] today to supply or to provide services to third parties. Our capacity to unload in that facility is about 12,000 barrels per day . . . .  And then we've got to make a decision about what we do with respect to the Bakersfield refinery." | PG 0002758 at 2761, 2763, 2766. | Ex. 38. |
| March 14, 2014 | Alon 10-K for the year 2013 states: "Our California refineries have the capability to produce CARBOB gasoline, CARB diesel, jet fuel, asphalt and other petroleum products." | Alon 2014 10-K at 7. | Ex. 39. |

| Date | Description | Source | Exhibit |
|------|-------------|--------|---------|
| May 2, 2014 | Alon CEO Eisman states on Earnings call: "In California, we expect to go out very soon for public comment on our permit application to construct a crude oil rail unloading facility and potentially restart our Bakersfield refinery." | PG 0002775 at 2778. | Ex. 40. |
| June 2014 | ███████████████████████ | TRMC-03287583 at 7598. | Ex. 41. |
| July 2014 | Regulators at the California Energy Commission continue to list Alon as capable of producing California gasoline. | *California Oil Refineries*, The California Energy Commission, Energy Almanac at 2, https://web.archive.org/web/20140718181339/; http://energyalmanac.ca.gov/petroleum/refineries.html (last visited Oct. 19, 2019) (web archive dated July 18, 2014). | Ex. 42. |
| September 9, 2014 | ███████████████████████ | CUSA_PG-BAR-000030628 at 0628. | Ex. 43. |
| October 31, 2014 | Alon CEO Eisman states on an Earnings Call: "[W]e are developing processing alternatives for the Bakersfield refinery.  During discussions with the county regarding the permit, we made it clear that our preferred outcome was the eventual restart of the refinery. . . .  We certainly would like to see the profitable restart of the Bakersfield refinery, but there is much work to do before we are ready to make that decision." | ALON0003509 at 3513. | Ex. 44. |
| October 31, 2014 | ███████████████████████ | TRMC-00069859 at 9859. | Ex. 45. |
| January 20, 2015 | Alon continues to work with other defendants regarding California operations. ███████████ | SOPUS_PGI_00442258. | Ex. 46. |

| Date | Description | Source | Exhibit |
|---|---|---|---|
| | ███████████ | | |
| January 28, 2015 | Bloomberg reports delay in California Rail Project into 2016. | Dan Murtaugh, *Alon CEO Eisman Sees California Rail Project Delayed Until 2016*, Bloomberg First Word (Jan. 28, 2015). | Ex. 47. |
| February 11, 2015 | Valero documents ████████ | VMSC_003089. | Ex. 48. |
| February 23, 2015 | ████████████████████████████ | TRMC-00198827 at 8828. | Ex. 49. |
| March 6, 2015 | Bloomberg reports: "Alon USA Energy received permit to revamp refinery to process light crudes . . . . Refinery may restart within one yr of start up of rail terminal." | Christine Harvey, *Alon Received Permit to Process Crude in Bakersfield*, Bloomberg First Word (Mar. 6, 2015). | Ex. 50. |
| March 6, 2015 | Alon's CEO Eisman states on an earnings call that they received a permit for a train unloading facility at Bakersfield and to "revamp the refinery to process light crude oils." Eisman further states they "continue to evaluate the economics of restarting the Bakersfield refinery." Eisman further states they are running 7,000 barrels a day through the terminal. Eisman defers when he is asked to narrow the timeline as to when Bakersfield will restart. | PG 0002814 at 2816-17, 2825. | Ex. 51. |
| March 31, 2015 | ExxonMobil internal documents ████████████ | EM_PG000001832 at 1833. | Ex. 52. |
| April 10, 2015 | ████████████████ | CUSA_PG-BAR-000013661 at 3663. | Ex. 53. |

| Date | Description | Source | Exhibit |
|------|-------------|--------|---------|
|  | ███████████████ |  |  |
| May 2015 | Regulators at the California Energy Commission continue to list Alon as capable of producing California gasoline. | *California Oil Refineries,* The California Energy Commission, Energy Almanac at 2, https://web.archive.org/web/20150505000840/http://www.energyalmanac.ca.gov/petroleum/refineries.html (last visited Oct. 19, 2019) (web archive dated May 5, 2015). | Ex. 54. |
| August 4, 2015 | In an Alon earnings call, the company is still insisting the Bakersfield "asset has value" and that they will not make any decision on the refinery until they complete the engineering, stating they need "the terminal to make the refinery work." | PG 0002838 at 2846. | Ex. 55. |
| November 3, 2015 | In an Alon earnings call, CEO Eisman answers questions about Bakersfield stating he doesn't think their position has changed.  They are continuing the engineering and then will "slow down on the project and decide . . . if we want to restart that at some point." | PG 0002848 at 2855. | Ex. 56. |
| December 4, 2015 | Shell documents ███████ ████████████ | SOPUS_PGI_00058938 at 8939. | Ex. 57. |
| December 16, 2015 | Bloomberg reports: "Alon USA's construction of a crude-by-rail terminal in Bakersfield, California, and a potential restart of refineries in the state would unlock more value from existing assets and possibly boost the company's performance." | *California Asset Strategy May Determine Alon USA's Performance,* Bloomberg Intelligence (Dec. 16, 2015). | Ex. 58. |
| December 17, 2015 | Alon's operations in the gasoline market continue. ████████████ | SOPUS_PGI_00474231 at 4231. | Ex. 59. |

| Date | Description | Source | Exhibit |
|---|---|---|---|
| | ███████████ | | |
| January 2016 | Regulators at the California Energy Commission continue to list Alon as capable of producing California gasoline. | *California Oil Refineries*, The California Energy Commission, Energy Almanac at 2, https://web.archive.org/web/20160103035231/; http://energyalmanac.ca.gov/petroleum/refineries.html (last visited Oct. 19, 2019) (web archive dated Jan. 3, 2016). | Ex. 2. |
| March 7, 2016 | Defendants, including Alon, file motion to dismiss case with no mention of issues related to Bakersfield. | ECF No. 47. | n/a |
| March 30, 2016 | Tesoro internal ████████████████ | TRMC-00087915 at 7929. | Ex. 60. |
| April 19, 2016 | OPIS Refinery Maintenance Report: "The company has deferred for now the possible restart of its shuttered 68,000-b/d refinery in Bakersfield, Calif. . . ." | PG 0037490 at 7494. | Ex. 61. |
| May 31, 2016 | ████████████████ | ALON0003670. | Ex. 62. |
| September 22, 2016 | Plaintiff files its First Amended Complaint. | ECF No. 76. | n/a |
| October 28, 2016 | Alon discusses ongoing fuel operations in California on a 2016 earnings call: "In California, we reported operating income for our renewable fuels project of approximately $6 million for the third quarter." | ALON0003618 at 3621. | Ex. 63. |
| February 24, 2017 | Alon discusses ongoing fuel operations in California on a 2017 Earnings Call: "In California, we reported operating income for our renewable fuels facility of $9 million for the fourth quarter. This | ALON0003647 at 3650. | Ex. 64. |

| Date | Description | Source | Exhibit |
|---|---|---|---|
| | marked our most profitable quarter since operations began in February." | | |
| February 26, 2016 | Alon 10-K for the year 2016 reveals involvement in fuel operations: "The California refineries utilize product pipelines, truck racks and terminals to distribute refined products." The 10-K also demonstrates that Alon's refineries are directly connected to other Defendant refineries: "The California refineries have a feedstock pipeline and terminal system that is capable of supplying untreated vacuum gas oil and other unfinished products to other Los Angeles Basin refineries and third-party terminals." | Alon 2016 10-K at 5. | Ex. 1. |
| September 2017 | ████████████ | ALON0003670. | Ex. 62. |
| June 19, 2018 | Court denies Defendants' motion to dismiss the First Amended Complaint. | ECF No. 86. | n/a |
| June 21, 2018 | Consumer case filed (*Rinaldi v. BP West Coast Products LLC*, No. 3:18-cv-01377-L-AGS (S.D. Cal.)) against Alon and other Defendants. | *See Rinaldi v. BP West Coast Products LLC*, No. 3:18-cv-01377-L-AGS, ECF No. 1, Complaint (S.D. Cal. June 21, 2018). | n/a |