```
 1 | ROBBINS GELLER RUDMAN & DOWD LLP
   | PATRICK J. COUGHLIN (111070)
 2 | STEVEN W. PEPICH (116086)
   | DAVID W. MITCHELL (199706)
 3 | ALEXANDRA S. BERNAY (211068)
   | CARMEN A. MEDICI (248417)
 4 | LONNIE A. BROWNE (293171)
   | 655 West Broadway, Suite 1900
 5 | San Diego, CA  92101
   | Telephone:  619/231-1058
 6 | 619/231-7423 (fax)
   | patc@rgrdlaw.com
 7 | stevep@rgrdlaw.com
   | davidm@rgrdlaw.com
 8 | xanb@rgrdlaw.com
   | cmedici@rgrdlaw.com
 9 | lbrowne@rgrdlaw.com

10 | Attorneys for Plaintiff Persian Gulf Inc.
   | [Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | Case No. 3:15-cv-01749-L-AGS<br><br><u>CLASS ACTION</u> |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | Lead Case No. 18-cv-01374-L-AGS (consolidated with No. 18-cv-01377-L-AGS)<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' RESPONSE TO DEFENDANT
ALON USA ENERGY, INC.'S NOTICE OF INTENT TO RESPOND

4837-5127-5690.v1

1    Defendant Alon USA Energy, Inc. ("Alon") is forum shopping.  After seeing Plaintiffs Persian Gulf Inc., Joshua Ebright, Paul Lee, and David Rinaldi's ("Plaintiffs") response to Alon's baseless sanctions motion (ECF No. 294, "opposition"), now pending before Judge Lorenz, Alon immediately asked Plaintiffs to agree that the Magistrate Judge, rather than the District Court Judge hear the sanctions motion. Plaintiffs declined.  Hence, Alon's filing earlier today was again an attempt to bring the Magistrate Judge into play.  ECF No. 299.  This is wrong.

First, Defendant Alon's "notice" of an intent to respond to a non-opposition is as misguided as its baseless motion for sanctions.  The mere idea of responding to a non-opposition is facially absurd.  Second, the "notice" appears to be directed to the Magistrate Judge because it concerns a motion that is before the Magistrate Judge, yet its contradictory references to "the Court" and "Your Honor" make its intended audience unclear.  For example, its request that the November 21, 2019 hearing "not be removed from the Court's calendar" would plainly apply to the Magistrate Judge, yet in the very next sentence Alon states "that the Court should consider referring that Motion for Sanctions to Your Honor" which implies that "the Court" is the District Court.  ECF No. 299 at 1.  Either way, it is not the role of the parties to determine when a District Court should refer a matter to a Magistrate Judge, nor is it the role of the parties to tell a Magistrate Judge to tell the District Court to refer a matter.

And third, Alon's motion for sanctions is largely based on arguments concerning what, if any, impact a single date had on the District Court's order denying defendants' motion to dismiss the amended complaint (Alon's remaining argument is one that directly contradicts its own answer to the amended complaint).  Respectfully, there is no reason to believe the District Court needs any assistance making this determination.   After all, the District Court did not ask for a report and recommendation regarding defendants' motion to dismiss the amended complaint, so it is more than capable of deciding Alon's sanctions motion on its own.

Finally, Alon raises the possibility of an "evidentiary hearing and limited discovery of Plaintiffs." *Id.* at 1. This is wholly unwarranted. Had Alon thought such a hearing and discovery were needed, surely it would have included such a request in either its sanctions motion or its motion for a discovery stay. It did not. Alon will have the right to reply to the current sanctions motion.

For the reasons set forth above, Plaintiffs respectfully request the Court cancel the November 21, 2019 hearing for Alon's motion for a discovery stay as there is no pending dispute; decline Alon's improper request to consider transferring the pending sanctions motion away from the District Court; and deny the new and nonsensical request for an evidentiary hearing and discovery of Plaintiffs.

DATED: October 22, 2019                     Respectfully submitted,

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            PATRICK J. COUGHLIN
                                            STEVEN W. PEPICH
                                            DAVID W. MITCHELL
                                            ALEXANDRA S. BERNAY
                                            CARMEN A. MEDICI
                                            LONNIE A. BROWNE


                                                  s/ Alexandra S. Bernay
                                            ─────────────────────────────
                                                ALEXANDRA S. BERNAY

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            ARMEN ZOHRABIAN
                                            Post Montgomery Center
                                            One Montgomery Street, Suite 1800
                                            San Francisco, CA  94104
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

                                            Attorneys for Plaintiff Persian Gulf Inc.

DATED: October 22, 2019

ROBBINS ARROYO LLP
GEORGE C. AGUILAR
JENNY L. DIXON

           s/ George C. Aguilar
GEORGE C. AGUILAR

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Joshua Ebright, Paul Lee, and David Rinaldi

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

Dated: October 22, 2019

           s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

- 3 -

3:15-cv-01749-L-AGS

4837-5127-5690.v1