Michael R. Matthias SBN 057728
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310-820-8800
Facsimile:    310-820-8859
E-mail:        mmatthias@bakerlaw.com

Carl W. Hittinger (*PHV*; PA 30250)
Jeffry W. Duffy (*PHV*; PA 81670)
Tyson Y. Herrold (*PHV*; PA 314262)
Jeanne-Michele Mariani (*PHV*; PA 327000)
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:   215-568-3100
Facsimile:    215-568-3439
Email:         chittinger@bakerlaw.com
                  jduffy@bakerlaw.com
                  therrold@bakerlaw.com
                  jmariani@bakerlaw.com

*Attorneys for Defendant*
*Alon USA Energy, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERSIAN GULF INC., <br><br> Plaintiff <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants | No.: 3:15-cv-01749-L-AGS <br><br> No.: 3:18-cv-01374-L-AGS (consolidated with No.: 3:18-cv-01377-L-AGS) <br><br> **CLASS ACTION** <br><br> **NOTICE OF ALON USA ENERGY, INC. CONCERNING ENTRY OF APPEARANCE OF JASON A. FORGE** |
| RICHARD BARTLETT, et al., <br><br> Plaintiffs <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants | |

On October 24, 2019, Jason A. Forge, who is an attorney with Robbins Geller Rudman & Dowd LLP, filed a Special Appearance, pursuant to Local Rule 83.3(f)(4), on behalf of Plaintiff Persian Gulf Inc., "for the limited purpose of litigating Defendant Alon USA Energy, Inc.'s Motion for Sanctions Under Rule 11 and 28 U.S.C. §1927." (Persian Gulf Docket, 3:15-cv-01749-L-AGS, Dkt. 303; Bartlett Docket, 3:18-cv-01374-L-AGS, Dkt. 183.) Previously, during a hearing on Alon's Motion to Compel Plaintiffs to Answer Interrogatories, Magistrate Judge Schopler notified counsel "in an abundance of caution" that Mr. Forge works at Robbins Geller, that he is a "friend," and that he did not think that his relationship with Mr. Forge would have any effect on his rulings in this case or "sway [him] in any way shape or form," but invited the parties to file motions for recusal by August 16, 2019 "if anyone thinks that there's some reason that [he] should recuse from this case based on [that] relationship[]." (Tr. of 07/30/2019 Hearing at 5-6.) Magistrate Judge Schopler noted at the time, however: "I don't believe [Mr. Forge is] actually counsel of record for any party in these proceedings at this time." (*Id.* at 6.)

None of the parties filed motions for recusal after that hearing. Now that Mr. Forge has entered an appearance, Alon wishes to notify the Court based on those changed circumstances that Alon does not seek recusal of Magistrate Judge Schopler on any issues in these cases based on Mr. Forge's entry of appearance or his participation in Alon's Motion for Sanctions if that Motion is referred by Judge Lorenz, pursuant to 28 U.S.C. §636(b)(1) and Local Rule 72.1(c).

Dated: October 30, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Carl W. Hittinger*
Carl W. Hittinger
Jeffry W. Duffy
Tyson Y. Herrold
Jeanne-Michele Mariani
Michael R. Matthias
Attorneys for Defendant
ALON USA ENERGY, INC.