UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-01749-DMS-AGS<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND CERTAIN CASE DEADLINES (ECF NO. 395)** |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>    Defendants. | Lead Case No. 18-cv-01374-DMS-AGS (consolidated with No. 18-cv-01377-DMS-AGS)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND CERTAIN CASE DEADLINES (ECF NO. 260)** |

The parties' joint motion to amend the scheduling order is granted. The following provisions will apply:

1. A limited extension of fact discovery to permit the remaining depositions previously noticed to occur before the close of fact discovery on March 27, 2020 (the "Noticed Depositions," comprised of 14 party depositions and 2 third party depositions of Gordon D. Schremp of the California Energy Commission and Jamie Court of Consumer Watchdog) is appropriate, and, in light

1. of the COVID-19 national emergency, that such depositions should not be rescheduled to occur prior to **April 13, 2020**;

2. The parties must reschedule each of the Noticed Depositions for a new date by **May 4, 2020**. Defendants must make their best efforts to provide, where feasible, more than one potential date for each deponent, and in no event will there be more than three depositions scheduled per day. Plaintiffs must schedule the depositions so as to complete them by **May 4, 2020**;

3. Plaintiffs' motion for class certification and Plaintiffs' expert reports had previously been scheduled for two weeks following the close of fact discovery. Accordingly, Plaintiffs' motion for class certification and expert reports shall be due **May 18, 2020**, with the Defendants' expert reports due **July 17, 2020**;

4. The time by which any party may move to compel is extended until **April 10, 2020**, but solely for discovery requests for which the deadline to move to compel has not already passed as of the date of this Order;

5. There are currently two hearings scheduled for April 8, 2020. The parties agree that both hearings should be taken off calendar. With respect to the briefing and hearing schedule on Plaintiffs' Motion for Findings of Fact and Conclusions of Law (ECF No. 376), Chevron U.S.A. Inc.'s opposition to this motion shall be continued to **May 25, 2020**. Plaintiffs' reply shall be due **June 1, 2020**, with a hearing to follow on **June 8, 2020,** at **4:00 p.m.**;

6. The parties will continue to confer in good faith as to whether any additional adjustments beyond those set forth ¶¶2-5 hereof are needed. If any adjustments are necessary, the parties agree to consult the Court on an expedited basis;

7. Plaintiffs' substantive responses to written discovery, including the requests listed in Attachment A to the parties' joint motion, shall be due by **April 17, 2020**, with the exception of responses to discovery that were the subject of Equilon Enterprises LLC's motion to compel and Tesoro Refining & Marketing LLC's

motion to compel, both of which shall be due by **April 3, 2020**, as a courtesy extended to Plaintiffs by Equilon and Tesoro in light of the current circumstances. The scope of these responses will be limited to information in the possession of Plaintiffs as of March 17, 2020. Plaintiffs' responses shall be supplemented by any discovery received after March 17, 2020, within 30 days of the receipt of that discovery as stated by the Court at the March 17, 2020 hearing and will be made pursuant to and consistent with the Federal Rules of Civil Procedure and the Court's rulings and orders. Defendants shall serve any additional documents or responses to written discovery by **April 17, 2020**;

8. Further supplementation of discovery responses or production of documents by any party shall be made as required by the Federal Rules of Civil Procedure 26(e)(1)(A); and

9. Sub-paragraph (4), above, shall not limit the time for further motion(s) to compel concerning the sufficiency of Plaintiffs' responses described in sub-paragraph (7) in accordance with the Court's Chambers Rule C.2, as modified by its February 11, 2019 order (ECF No. 91).

10. In consideration of Judge Sabraw's calendar, the following dates are modified:

| Event | Current Date | New Date |
|---|---|---|
| Rule 26(a)(3) Pre-Trial Disclosures | January 22, 2021 | **January 29, 2021** |
| Compliance with Local Rule 16.1(f)(4) | January 29, 2021 | **February 12, 2021** |
| Plaintiffs' counsel to provide opposing counsel with draft proposed final pretrial order for review and approval | February 19, 2021 | **February 26, 2021** |
| Final Pretrial Conference Order filed | March 30, 2021 | **April 9, 2021** |

| Final Pretrial Conference | April 12, 2021, at 11:00 a.m. | **April 16, 2021, at 10:30 a.m.** |
|---|---|---|
| Trial | N/A | **May 21, 2021, at 9:00 a.m.** |

It is ORDERED that the AMENDED SCHEDULING ORDER is AMENDED as detailed above.

Dated: March 26, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge