Michael R. Matthias (SBN 57728)
mmatthias@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310-820-8800
Facsimile: 310-820-8859

Carl W. Hittinger (*pro hac vice*; PA 30250)
chittinger@bakerlaw.com
Jeffry W. Duffy (*pro hac vice*; PA 81670)
jduffy@bakerlaw.com
Tyson Y. Herrold (*pro hac vice*; PA 314262)
therrold@bakerlaw.com
Alyse F. Stach (*pro hac vice*; NY 4883278)
astach@bakerlaw.com
Jeanne-Michele Mariani (*pro hac vice*; PA 327000)
jmariani@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215-568-3100
Facsimile: 215-568-3439

*Attorneys for Defendant*
*Alon USA Energy, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., <br><br>Plaintiff <br><br>v. <br><br>BP WEST COAST PRODUCTS LLC, et al., <br><br>Defendants | No. 3:15-cv-01749-DMS-AGS <br><br>No. 3:18-cv-01374-DMS-AGS (consolidated with No. 3:18-cv-01377-DMS-AGS) <br><br>**CLASS ACTION** <br><br>**ALON USA ENERGY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS UNDER RULE 11 AND 28 U.S.C. § 1927** |
| RICHARD BARTLETT, et al., <br><br>Plaintiffs <br><br>v. <br><br>BP WEST COAST PRODUCTS LLC, et al., <br><br>Defendants | Date: To Be Determined <br><br>Time: To Be Determined <br><br>Courtroom: 13A |

Alon respectfully submits this memorandum of points and authorities in support of its Motion for Leave to File a Supplemental Brief in Support of Its Motion for Sanctions. As this Court knows, in Plaintiffs' opposition to Alon's Sanctions Motion, Plaintiffs raised for the first time new emissions data that they say supports a new allegation that Alon's Bakersfield refinery reported emissions from early 2012 which were "suspicious." That allegation does not appear in the complaints filed in these matters, yet Plaintiffs claim this new evidence defeats Alon's Sanctions Motion. After Plaintiffs raised this new evidence, Alon filed a motion to preclude Plaintiffs from using that evidence ("Alon's Preclusion Motion" (ECF 336)) on the ground that Plaintiffs violated Magistrate Judge Schopler's July 30, 2019 order to identify all bases for Plaintiffs' allegations against Alon. At the hearing held on that motion on February 4, 2020, Plaintiffs made new admissions about the alleged emissions data that have direct bearing on Alon's Sanctions Motion. Specifically, Plaintiffs admitted that they never received or reviewed the underlying emissions data and thus never independently checked the accuracy of the new allegation that they claim defeats Alon's Sanctions Motion. In addition, statements and rulings made by Judge Schopler in connection with Alon's Preclusion Motion are relevant to the instant motion and are brought to the Court's attention in the Supplemental Brief. *See Millennium Laboratories, Inc. v. Darwin Select Insurance Co.*, No. 12-CV-2742, 2014 WL 12102168 (S.D. Cal. May 13, 2014) (Huff, J.) (granting motion for leave to file a supplemental brief advising the court of plaintiff's new statements about its allegations made in a filing in an underlying action); *Smart v. Sony Corporation of America*, No. 08-CV-2276, 2010 WL 11508565 (S.D. Cal. August 6, 2010) (Whelan, J.) (granting motion for leave to file a supplemental brief bringing statements defendants made in response to another Rule 11 motion to the court's attention).

Accordingly, Alon respectfully requests leave to file the attached supplemental brief and accompanying declaration to place Plaintiffs' recent and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

relevant admissions and Judge Schopler's statements and rulings made in the context of Alon's Preclusion Motion before the Court for its consideration in ruling on Alon's pending Sanctions Motion. A proposed form of order will be emailed to Chambers separately.

Dated: April 2, 2020      **BAKER & HOSTETLER LLP**

By: /s/ *Carl W. Hittinger*
CARL W. HITTINGER
JEFFRY W. DUFFY
TYSON Y. HERROLD
ALYSE F. STACH
JEANNE-MICHELE MARIANI
MICHAEL R. MATTHIAS

*Attorneys for Defendant*
*ALON USA ENERGY, INC.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

ALON USA ENERGY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS UNDER RULE 11 AND 28 U.S.C. § 1927
NO. 3:15-CV-01749-DMS-AGS; NO. 3:18-CV-01374-DMS-AGS

3