ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
STEVEN W. PEPICH (116086)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
LONNIE A. BROWNE (293171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
stevep@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
lbrowne@rgrdlaw.com

Attorneys for Plaintiff Persian Gulf Inc.
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>BP WEST COAST PRODUCTS LLC, et al.,<br>Defendants. | Case No. 3:15-cv-01749-DMS-AGS<br><br><u>CLASS ACTION</u> |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>vs.<br>BP WEST COAST PRODUCTS LLC, et al.,<br>Defendants. | Lead Case No. 18-cv-01374-DMS-AGS (consolidated with No. 18-cv-01377-DMS-AGS)<br><br><u>CLASS ACTION</u> |

SECOND JOINT MOTION AND STIPULATION TO EXTEND CERTAIN CASE DEADLINES DUE TO CORONAVIRUS PANDEMIC

In light of the current public health crisis relating to the coronavirus pandemic and associated travel and congregation restrictions, pursuant to Rule 7.2 of the Local Rules of the U.S. District Court for the Southern District of California, and subject to Court approval, plaintiffs Persian Gulf Inc., David Rinaldi, Joshua Ebright, and Paul Lee (collectively, "Plaintiffs") and defendants BP West Coast Products LLC, Chevron U.S.A. Inc. ("CUSA"), Tesoro Refining & Marketing Company LLC, Equilon Enterprises LLC (d/b/a Shell Oil Products US), Exxon Mobil Corporation and ExxonMobil Refining & Supply Co., Valero Marketing and Supply Company, Phillips 66 and Alon USA Energy, Inc. (collectively, "Defendants"), through their undersigned counsel, stipulate and jointly agree as follows:

1. On March 26, 2020, the Court entered an order granting the parties' first joint motion to amend the scheduling order in light of the COVID-19 national emergency, and ordering, among other things, that the previously noticed depositions ("Noticed Depositions") be rescheduled to occur between April 13, 2020 and May 4, 2020. *Persian Gulf* ECF No. 396; *Bartlett* ECF No 261.[1] That order also required the parties to continue to confer in good faith as to whether additional adjustments to the case schedule would be needed. The parties have been closely monitoring travel restrictions and government orders relating to the COVID-19 national emergency, and believe that they will not be able to conduct depositions in this matter until at least June 15, 2020. Accordingly, the parties believe that a further limited extension of fact discovery is necessary to allow the Noticed Depositions to occur between June 15, 2020 (the "Restart Date") and July 10, 2020[2];

[1] The previously "Noticed Depositions" consist of 14 party depositions and 2 third party depositions of Gordon D. Schremp of the California Energy Commission and Jamie Court of Consumer Watchdog.

[2] The Restart Date may be altered, by agreement of the parties, based on the current conditions affecting health and safety, including travel restrictions, limitations regarding groups and office closures.

2. The parties will work to reschedule each of the Noticed Depositions for a new date within three weeks of the Restart Date. In order to facilitate this, the parties agree that Defendants shall make their best efforts to provide, where feasible, more than one potential date for each deponent, and in no event will there be more than three depositions scheduled per day. Plaintiffs will make their best efforts to schedule the depositions so as to complete them within three weeks of the Restart Date[3];

3. With respect to the briefing and hearing schedule on Plaintiffs' Motion for Findings of Fact and Conclusions of Law (*Persian Gulf* ECF No. 376), the parties agree that CUSA's opposition to this motion shall be continued to a time agreed upon by the parties following the deposition of CUSA witness Rick Pluimer. Plaintiffs' reply shall be due one week after CUSA's opposition, with a hearing to follow at the Court's convenience. The parties are aware that the Court set a specific schedule for this matter, but respectfully request that the Court continue further briefing on this motion to sometime after Mr. Pluimer's deposition because his testimony is centrally relevant to this motion;

4. The parties will continue to confer in good faith as to whether any additional adjustments beyond those set forth in ¶¶1-2 hereof are needed. If no agreement can be reached, the parties agree to consult the Court on an expedited basis;

5. Plaintiffs' remaining substantive responses to written discovery, including the requests listed in Attachment A to the parties' joint motion filed on March 24, 2020 (*Persian Gulf* ECF No. 395; *Bartlett* ECF No. 260), shall be due by May 1, 2020. The scope of these responses will be limited to information in the possession of Plaintiffs as of March 17, 2020. Plaintiffs' responses shall be

---

3 The parties agree that all Noticed Depositions shall go forward unless the noticing party withdraws the subpoena, regardless of the time limitations imposed. As to the two third-party witnesses, while the parties intend for their depositions to go forward, it is possible they may not occur on the same schedule set forth above due, for example, to Mr. Court having filed a motion for protective order in the U.S. District Court for the Central District of California on April 6, 2020, as to which no hearing date has yet been set.

supplemented by any discovery received after March 17, 2020 by May 1, 2020 or within 30 days of the receipt of that discovery, whichever is later, and will be made pursuant to and consistent with the Federal Rules of Civil Procedure and the Court's rulings and orders. Defendants shall serve any additional documents or responses to written discovery by May 1, 2020;

6. Further supplementation of discovery responses or production of documents by any party shall be made as required by the Federal Rules of Civil Procedure 26(e)(1)(A); and

7. After further meeting and conferring, the parties have also agreed that in order to promote judicial economy and preserve both the Court's and parties' valuable resources, the Court should establish a schedule for contemplated pre-certification dispositive motions for summary judgment, consistent with Judge Sabraw's Civil Pretrial & Trial Procedures (¶4(B)(2)), to address summary judgment motions prior to consideration of class certification. To allow for dispositive summary judgment motions to be completed before class certification, the parties now agree that all expert reports regarding the merits, including the calculation for and amount of damages sought by each named plaintiff and their proposed classes, will be filed pursuant to the three amended dates in the table below, and that all expert reports relating solely to class certification will be submitted after the Court rules on the dispositive summary judgment motions. Accordingly, the parties propose that the current schedule be further modified as follows:

| **Deadline/Event** | **Current Date** | **Amended Date** |
| --- | --- | --- |
| Plaintiffs' substantive responses to written discovery.[4] | April 17, 2020 | May 1, 2020 |

[4] As provided in the Court's March 26, 2020, Order (*Persian Gulf* ; ECF 396; *Bartlett* ECF No. 261), the scope of such responses "will be limited to information in the possession of Plaintiffs as of March 17, 2020," and "Plaintiffs' responses shall be supplemented by any discovery received after March 17, 2020, within 30 days of the receipt of that discovery as stated by the Court at the March 17, 2020 hearing and will

| Deadline/Event | Current Date | Amended Date |
|---|---|---|
| Deadline for Defendants to serve additional documents or responses to written discovery | April 17, 2020 | May 1, 2020 |
| Restart date for completion of previously-noticed depositions | April 13, 2020 | June 15, 2020 |
| Completion of previously-noticed depositions | May 4, 2020 | July 10, 2020 |
| Plaintiffs' Motion for Class Certification and Designation of class certification experts and Rule 26(a)(2)(A), (B) and (C) disclosures, with depositions of the designated experts to occur promptly | May 18, 2020 | TBD |
| Plaintiffs' Designation of merits experts and Rule 26(a)(2)(A), (B) and (C) disclosures, with depositions of the designated experts to occur promptly | May 18, 2020 | July 24, 2020 |
| Defendants' Designation of merits experts and Rule 26(a)(2)(A), (B), (C) and (D)(ii) disclosures, with depositions of the designated experts to occur promptly | July 17, 2020 | September 21, 2020 |
| Plaintiffs' merits expert disclosures under Rule 26(a)(2)(D)(ii), with depositions of Plaintiffs' rebuttal experts to occur promptly[5] | July 2, 2020 | October 30, 2020 |

be made pursuant to and consistent with the Federal Rules of Civil Procedure and the Court's rulings and orders."

[5] Rebuttal expert depositions shall be limited to that which is contained in any rebuttal report.

| Deadline/Event | Current Date | Amended Date |
|---|---|---|
| Merits Expert Discovery Cut-Off | August 7, 2020 | December 4, 2020 |
| Submission of Confidential Settlement Briefs | August 26, 2020 | December 9, 2020 |
| Mandatory Settlement Conference | September 2, 2020 at 9:00 a.m. | December 16, 2020 at 9:00 a.m. |
| Last Day to File Dispositive Motions | October 2, 2020 | December 18, 2020 |
| Status Conference Regarding Class Certification Motions and Pretrial Schedule | N/A | Two weeks after ruling on Summary Judgment, subject to Court availability |
| Defendants' Opposition to class certification and designation of class certification experts and Rule 26(a)(2)(A), (B), (C) and (D)(ii) disclosures, with depositions of the designated experts to occur promptly | N/A | TBD |
| Rule 26(a)(3) Pre-Trial Disclosures | January 29, 2021 | TBD |
| Compliance with Local Rule 16.1(f)(4) | February 12, 2021 | TBD |
| Plaintiffs' counsel to provide opposing counsel with draft proposed final pretrial order for review and approval | February 26, 2021 | TBD |
| Final Pretrial Conference Order filed | April 9, 2021 | TBD |
| Final Pretrial Conference | April 16, 2021 at 10:30 a.m. | TBD |
| Trial | May 21, 2021 at 9:00 a.m. | TBD |

In consideration of the above, the parties respectfully request the Court enter the proposed order submitted herewith.

DATED: April 10, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN W. PEPICH
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
LONNIE A. BROWNE

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARMEN ZOHRABIAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

HARTLEY LLP
JASON S. HARTLEY
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619/400-5822
619/400-5832 (fax)

Attorneys for Plaintiff Persian Gulf Inc.

DATED: April 10, 2020

ROBBINS LLP
GEORGE C. AGUILAR
MICHAEL J. NICOUD

s/ George C. Aguilar
GEORGE C. AGUILAR

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Richard Bartlett, Kristine Snyder, Joshua Ebright, Paul Lee and David Rinaldi

DATED: April 10, 2020

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
DIANE L. MCGIMSEY
ROBERT M.W. SMITH
JACKSON S. TRUGMAN

s/ Robert A. Sacks

ROBERT A. SACKS

1888 Century Park East
Los Angeles, CA 90067
Telephone: 310/712-6600
310/712-8800 (fax)

Attorneys for Defendant BP West Coast Products LLC

DATED: April 10, 2020

GIBSON, DUNN & CRUTCHER
THEODORE J. BOUTROUS JR.
DANIEL G. SWANSON
STEVEN E. SLETTEN
SAMUEL LIVERSIDGE
JAY P. SRINIVASAN

s/ Jay P. Srinivasan
JAY P. SRINIVASAN

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/229-7505
213/229-6505(fax)

Attorneys for Defendant Chevron U.S.A., Inc.

DATED: April 10, 2020

JONES DAY LLP
ROBERT A. MITTELSTAEDT
DAVID C. KIERNAN

s/ Robert A. Mittelstaedt
ROBERT A. MITTELSTAEDT

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/626-3939
415/875-5700 (fax)

Attorneys for Defendant Tesoro Refining & Marketing Company LLC

DATED: April 10, 2020

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER
COLIN C. WEST
MINNA LO NARANJO
RISHI P. SATIA

s/ Kent M. Roger
KENT M. ROGER

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415/442-1000
415/442-1001 (fax)

Attorneys for Defendant Equilon Enterprises LLC (d/b/a Shell Oil Products US)

DATED: April 10, 2020

WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD
FREDERICK W. KOSMO, JR.
KATHERINE M. MCCRAY
HUBERT KIM

s/ Robin A. Wofford
ROBIN A. WOFFORD

550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: 619/236-9600
619/236-9669 (fax)

O'MELVENY & MYERS LLP
CHARLES C. LIFLAND
DAWN SESTITO
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213/430-6000
213/430-6407 (fax)

O'MELVENY & MYERS LLP
M. RANDALL OPPENHEIMER
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310/553-6700
310/246-6779 (fax)

Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Refining & Supply Co.

DATED: April 10, 2020

HAWXHURST HARRIS LLP
GERALD E. HAWXHURST
KYLE FOLTYN-SMITH

s/ Gerald E. Hawxhurst
GERALD E. HAWXHURST

11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025
Telephone: 310/893-5150
310/893-5195 (fax)

Attorneys for Defendant Valero Marketing and Supply Company

DATED: April 10, 2020

NORTON ROSE FULBRIGHT
JOSHUA D. LICHTMAN
CHRISTINA N. DANIELE

s/ Joshua D. Lichtman
JOSHUA D. LICHTMAN

555 South Flower Street
Los Angeles, CA 90071
Telephone: 213/892-9226
213/892-9494 (fax)

Attorneys for Defendant Phillips 66

DATED: April 10, 2020

BAKER & HOSTETLER LLP
CARL W. HITTINGER
JEFFRY W. DUFFY
TYSON Y. HERROLD

s/ Carl W. Hittinger
CARL W. HITTINGER

2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104
Telephone: 215/564-2898
215/568-3439 (fax)

Attorneys for Defendant Alon U.S.A. Energy, Inc.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

Dated: DATED: April 10, 2020

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY