# BakerHostetler

Baker&Hostetler LLP

2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891

T  215.568.3100
F  215.568.3439
www.bakerlaw.com

Carl W. Hittinger
direct dial: 215.564.2898
chittinger@bakerlaw.com

April 24, 2020

**VIA ECF FILING**

The Honorable Dana M. Sabraw
James M. Carter and Judith N. Keep
 United States Courthouse
333 West Broadway
San Diego, CA 92101

*Re:   Persian Gulf, Inc. v. BP West Coast Products, LLC, et al., No. 3:15-cv-01749-L-AGS*
*Bartlett et al. v. BP West Coast Products, LLC, et al., No. 3:18-cv-01374-L-AGS*

Dear Judge Sabraw:

We represent Alon USA Energy, Inc. ("Alon") in the above-captioned matters.  We write to respectfully request oral argument in connection with Alon's Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927 filed on October 4, 2019 (ECF 282 on the Persian Gulf docket).

Alon's Sanctions Motion was originally pending before Judge Lorenz, who did not hold oral argument on the motion, notwithstanding the nominal hearing date of November 4, 2019 indicated on the moving papers.  Since then, Your Honor has been assigned to this case and the briefing has been completed.  On April 2, 2020 Alon filed a supplemental brief in support of its Sanctions Motion (ECF 397).  Plaintiffs responded to Alon's supplemental brief on April 17, 2020 (ECF 403).

In light of the recent briefing, Alon renews its request for oral argument by telephonic conference on its Sanctions Motion and will make itself available for such argument at the Court's convenience.

Counsel for Plaintiffs have opposed our request for oral argument for the reasons set forth in the attached email.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

The Honorable Dana M. Sabraw
April 24, 2020
Page 2


Respectfully,


Carl W. Hittinger

Enclosure
cc: All counsel of record (via ECF filing)

| From: | Jason Forge |
|---|---|
| To: | Xan Bernay; Hittinger, Carl W.; George Aguilar |
| Cc: | Duffy, Jeffry; Stach, Alyse F. |
| Subject: | RE: Persian Gulf Antitrust Cases |
| Date: | Thursday, April 23, 2020 3:51:45 PM |

[External Email: Use caution when clicking on links or opening attachments.]

Carl,

As much as I like to argue, this motion was taken off calendar months ago, we've buried the Court with papers, and if for some reason the Court wants to hear even more, Judge Sabraw is more than capable of letting us know.

To the extent you proceed with a unilateral request, please include our foregoing position on the issue.

Jason

Jason A. Forge | Robbins Geller Rudman & Dowd
O 619 744 2645 | M 858 692 1117

---

**From:** Xan Bernay <XanB@rgrdlaw.com>
**Sent:** Thursday, April 23, 2020 11:55 AM
**To:** 'Hittinger, Carl W.' <chittinger@bakerlaw.com>; George Aguilar <gaguilar@robbinsarroyo.com>; Jason Forge <JForge@rgrdlaw.com>
**Cc:** Duffy, Jeffry <jduffy@bakerlaw.com>; Stach, Alyse F. <astach@bakerlaw.com>
**Subject:** RE: Persian Gulf Antitrust Cases

Carl – I am including Jason on your request.

---

**From:** Hittinger, Carl W. <chittinger@bakerlaw.com>
**Sent:** Thursday, April 23, 2020 11:53 AM
**To:** Xan Bernay <XanB@rgrdlaw.com>; George Aguilar <gaguilar@robbinsarroyo.com>
**Cc:** Duffy, Jeffry <jduffy@bakerlaw.com>; Stach, Alyse F. <astach@bakerlaw.com>
**Subject:** Persian Gulf Antitrust Cases

Xan and George: Now that the briefing has been completed on Alon's motion for sanctions, we would like to request that Judge Sabraw entertain scheduling oral argument by

telephone on the motion. We are reaching out to see if plaintiffs would agree to our making a joint request to do so by letter filed with the Court. If you would like to discuss in a call with us, please let us know.  Thanks,  Carl

**Carl W. Hittinger**
Partner



Cira Centre
2929 Arch Street | 12th Floor
Philadelphia, PA 19104-2891
T +1.215.564.2898
M +1.215.840.7293

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
T +1. 202.861.1774

chittinger@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.