ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
STEVEN W. PEPICH (116086)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
LONNIE A. BROWNE (293171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
stevep@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
lbrowne@rgrdlaw.com

Attorneys for Plaintiff Persian Gulf Inc.
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-01749-DMS-AGS<br><br>CLASS ACTION |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　Defendants. | Lead Case No. 18-cv-01374-DMS-AGS (consolidated with No. 18-cv-01377-DMS-AGS)<br><br>CLASS ACTION |

NOTICE OF RELATED CASES

4850-2672-9404.v1

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(e), the above-captioned consolidated cases are related to certain actions recently filed in the U.S. District Courts for the Northern District of California ("Northern District"), the Southern District of California ("Southern District"), the Central District of California ("Central District"), and the Superior Court for the State of California, County of San Francisco ("San Francisco Superior Court").  Those actions are:

| Case Name | Civil No./Court | Date Filed |
|---|---|---|
| *The People of the State of Cal. v. Vitol Inc., et al.* | Cal. Super. Ct. San Francisco Cty.[1] | May 4, 2020 |
| *Pacific Wine Distributors, Inc. v. Vitol Inc., et al* | No. 3:20-CV-03131 (N.D. Cal.) | May 6, 2020 |
| *Fricke-Parks Press, Inc. et al v. SK Energy Americas, Inc., et al.* | No. 3:20-CV-03148 (N.D. Cal.) | May 7, 2020 |
| *Hudson, et al. v. Vitol, Inc., et al.* | No. 5:20-CV-03217 (N.D. Cal.) | May 11, 2020 |
| *Long v. SK Energy Americas, Inc., et al.*[2] | No. 2:20-CV-4266 (C.D. Cal.) | May 11, 2020 |
| *Johnston v. Vitol Inc., et al.* | No. 4:20-CV-03238 (N.D. Cal.) | May 12, 2020 |
| *Carpe Carma, LLC v. SK Energy Americas, Inc., et al.* | No. 2:20-CV-4312 (C.D. Cal.) | May 12, 2020 |

---

[1] According to our searches as of the morning of May 19, 2020, a case number has not yet been assigned for this case, but a copy of the complaint can be found on the California Attorney General's website here: https://www.oag.ca.gov/system/files/attachments/press-docs/Scanned%20copy%20of%20redacted%20complaint%20as%20filed.pdf.

[2] *Long v. SK Energy Americas, Inc., et al.*, was voluntary dismissed May 14, 2020.

| Case Name | Civil No./Court | Date Filed |
|---|---|---|
| *Bogard Construction, Inc. v. Vitol Inc., et al.* | No. 3:20-CV-03267 (N.D. Cal.) | May 13, 2020 |
| *Cleveland v. SK Energy Americas, Inc., et al.* | No. 3:20-CV-00893 (S.D. Cal.) | May 13, 2020 |

Under Local Rule 40.1(f), whenever counsel has reason to believe that a pending action is related to another pending action on file in this or any other federal or state court, "counsel must promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies." Local Rule 40.1(g) defines a "Related Action" as follows:

> An action or proceeding is related to another action or proceeding where both of them:
>
> 1. Involve some of the same parties and are based on the same or similar claims, or
>
> 2. Involve the same property, transaction, patent, trademark, or event, or
>
> 3. Involve substantially the same facts and the same questions of law.

Here, the actions filed in the Northern, Southern and Central District meet this criteria.[3]

---

[3] Plaintiffs do not suggest the Attorney General's action filed in San Francisco Superior Court should be heard in federal court, nor is it suggested that the case be transferred, but merely note that the government's state court action is related to the actions in federal court.

- 2 -    3:15-cv-01749-DMS-AGS

4850-2672-9404.v1


The actions involve the same or similar claims regarding many of the same facts and questions of law. The actions bring claims on behalf of the same class of purchasers as the *Bartlett v. BP West Coast Products LLC*, No. 3:18-cv-01374-DMS-AGS (S.D. Cal.) action. Plaintiffs in the *Persian Gulf Inc. v. BP West Coast Products LLC*, No. 3:15-cv-01749-DMS-AGS (S.D. Cal.) and *Bartlett* actions have been litigating their claims since 2015, alleging a wide-ranging conspiracy in California's gas market, which include claims related to trading of gasoline following an explosion at Exxon's Torrance refinery. A tremendous amount of work has already been done in the *Persian Gulf* and *Bartlett* actions developing the record on issues common to the newly-filed cases and a schedule culminating in a May 21, 2021 trial date is set. The newly-filed cases, which mimic the filing in state court of an action by California's Attorney General against certain gasoline trading entities, details the same conspiracy, but appear not to include all the same defendants, although the facts in the filed complaints appear to necessitate inclusion of at least some of the defendants named in the *Persian Gulf* and *Bartlett* actions.

Considerations of judicial economy and the swift administration of justice weigh strongly in favor of relating these cases. Given that these cases involve challenges to the same or similar activities, rely on the same or similar evidence and require analysis under the same statutes and legal authorities, there would be a substantial duplication of labor if these cases were heard by different judges. Given this substantial overlap, the possibility of inconsistent rulings by multiple courts on the same issues is profound. Simply put, it would be a waste of resources and would likely unduly delay and detract from the efficient determination of the action to have these cases heard by different judges than Judge Sabraw and Magistrate Judge


Schopler who preside over the significantly more procedurally advanced *Persian Gulf* and *Bartlett* cases and are most familiar with the issues raised in the litigation.

DATED: May 19, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN W. PEPICH
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
LONNIE A. BROWNE

       s/ Alexandra S. Bernay
    ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARMEN ZOHRABIAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

HARTLEY LLP
JASON S. HARTLEY
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619/400-5822
619/400-5832 (fax)

Attorneys for Plaintiff Persian Gulf Inc.

DATED: May 19, 2020

ROBBINS LLP
GEORGE C. AGUILAR
MICHAEL J. NICOUD

       s/ George C. Aguilar
    GEORGE C. AGUILAR

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

1  
2   Attorneys for Plaintiffs Richard Bartlett, Kristine Snyder, Joshua Ebright, Paul Lee and David Rinaldi  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

4850-2672-9404.v1