Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

*Counsel for Plaintiffs in Fricke-Parks Press, Inc. v. SK Energy, et al.*, Case No. 3:20-cv-03148 (N.D. Cal.)

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BP WEST COAST PRODUCTS LLC, *et al.* <br><br> Defendants. | Case No. 3:15-cv-01749-DMS-AGS <br><br> **INTERESTED PARTY RESPONSE TO NOTICE OF RELATED CASES** |
| RICHARD BARTLETT, *et al., Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. | Case No. 18-cv-01374-DMS-AGS |

Interested Parties Fricke-Parks Press, Justin Lardinois, and Vincent Cendejas respectfully submit this response to the Notice of Related Cases pursuant to Local Rule 40.1(f) filed on May 19, 2020 by plaintiffs Persian Gulf Inc. and Richard Bartlett. ECF No. 414. Fricke-Parks Press, Justin Lardinois, and Vincent Cendejas are plaintiffs in *Fricke-Parks Press, Inc., et al. v. SK Energy, et al.*, Case No. 3:20-cv-03148 (N.D. Cal.), one of the nine actions identified in the Notice as related to *Persian Gulf Inc. v. BP West Coast Products LLC, et al.*, Case No. 3:15-cv-01749-DMS-AGS and *Bartlett, et al. v. BP West Coast Products LCC, et al.*, Case. No. 18-cv-01374-DMS-AGS. ECF 414.

Eight of the nine actions identified in the Notice of Related Case are pending outside of this District, and none of the nine is related to the *Persian Gulf* or *Bartlett* actions. The *Persian Gulf* and *Bartlett* cases do not share any defendants with the other cases identified in the Notice, and allege entirely different antitrust theories based on different events and conduct. The nine cases identified in the Notice (the "spot market manipulation cases")—including a case recently filed by California's Attorney General on behalf of the People of the State of California in San Francisco Superior Court, and several other proposed class actions pending in the Northern District of California, as well as one each in the Central District and this District—allege that two commodities trading companies conspired to artificially inflate the benchmark spot prices of gasoline in California through illegal trading activities after an explosion at a refinery in Torrance, California in 2015.[1]

The *Persian Gulf* and *Barlett* actions, by contrast, allege that seven refineries agreed beginning in 2012 to artificially decrease the supply of gasoline as a means of inflating prices.[2] The price increases in the spot market manipulation cases are alleged to

---

[1] *See* Class Action Complaint, *Fricke-Parks Press, Inc. v. SK Energy, et al.*, Case No. 3:20-cv-03148 (N.D. Cal.), ECF 1 at ¶¶ 4, 64-69.

[2] *See* First Amended Complaint, *Persian Gulf Inc. v. BP West Coast Products LLC, et al.*, Case No. 3:15-cv-01749-DMS-AGS, ECF 76 at ¶¶ 3, 15, 29-44, 55-66.

1

INTERESTED PARTY RESPONSE TO NOTICE OF RELATED CASES
Case Nos. 3:15-cv-01749-DMS & 18-cv-01374-DMS

have occurred from 2015-2016 or later (after the explosion at a refinery in Torrance, California), whereas the unlawful conduct and resulting price increases alleged in the *Persian Gulf* and *Barlett* actions are alleged to have occurred in 2012 and during 2014 through 2016.[3] The only overlap among the allegations in the two sets of cases is that they involve the high price of gas in California.

      Notwithstanding the differences among the two sets of actions, plaintiffs Persian Gulf and Bartlett suggest that all of the cases should be transferred to and overseen by this Court. The Southern District of California's Local Rules do not provide a mechanism for a party to seek the inter-District transfer of actions to this Court, however, and Persian Gulf and Bartlett have not filed a motion for transfer under 28 U.S.C. section 1404. All but three of the spot market manipulation cases are pending in the Northern District of California and are awaiting assignment and/or transfer to the judge in the lowest-numbered action in that district. And the lone spot market case pending in this District before Judge William Hayes is the subject of a pending motion to transfer to the Northern District of California under 28 U.S.C. section 1404. *Cleveland v. SK Energy Americas, Inc., et al.*, Case No. 3:20-CV-00893 (S.D. Cal.)-WQH-LL, ECF 3. In addition, the judge presiding over the spot market manipulation case pending in the Central District of California recently issued an order to show cause why that action should not be transferred to the Northern District of California. *Carpe Carma, LLC v. SK Energy Americas, Inc., et al.*, Case No. 2:20-CV-4312 (C.D. Cal.), ECF 9.[4]

      The issue of where the spot market manipulation cases should proceed will be resolved through the pending section 1404 motion (and pending order to show cause), and there is no need at this time for this Court to make any determinations as to

---

[3] *See* Class Action Complaint, *Fricke-Parks Press*, at ¶¶ 71-76; First Amended Complaint, *Persian Gulf*, at ¶¶ 16, 139.

[4] The third case pending outside of the Northern District of California was brought by the State of California, and plaintiffs Persian Gulf and Bartlett do not seek transfer of that action to this district. *See* ECF 414, n.3.

relatedness under the Local Rules, which would not effectuate the transfer of any cases to this Court in any event.

DATED:  May 20, 2020

Respectfully submitted,

*/s/ Scott M. Grzenczyk*

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

*Counsel for Plaintiffs in Fricke-Parks Press, Inc. v. SK Energy, et al.*, Case No. 3:20-cv-03148 (N.D. Cal.)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2020.

      */s/   Scott M. Grzneczyk*

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
scottg@girardsharp.com