|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PERSIAN GULF, INC., <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS, INC., et al., <br><br> Defendants. | Case No.: 15-cv-1749-DMS-AGS <br><br> **ORDER SETTING VIDEO CONFERENCE** |
|---|---|
| Richard BARTLETT, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS, INC., et al., <br><br> Defendants. | Case No.: 18-cv-1374-DMS-AGS (consolidated with No. 18-cv-01377-DMS-AGS) <br><br> **ORDER SETTING VIDEO CONFERENCE** |

On **May 28, 2020**, at **4:00 p.m.**, the Court will hold a motion hearing. At the parties' request, the Court will conduct the hearing over the Zoom teleconference program. The Court will e-mail counsel of record an invitation and link allowing them to join the Zoom call. All participants are expected to devote their full attention to the hearing as though they were attending in person.

1

By **May 27, 2020**, the parties must email chambers with a list of participants for each side, as well as backup phone numbers in the event there are technical problems with Zoom. Participants must connect to the conference five minutes before the scheduled start time. Participants are encouraged to familiarize themselves with the Zoom program before the status conference and to contact chambers at efile_Schopler@casd.uscourts.gov if they have any questions.

Dated:  May 26, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge