Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
wstreet@blockesq.com

Gregory S. Asciolla (*pro hac vice application
forthcoming*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com

[Additional Counsel on Signature Page]

*Counsel for Plaintiffs BB&B Business Group
and Larry George Rightmyer II*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF, INC.<br><br>               Plaintiff,<br><br>    vs.<br><br>BP WEST COAST PRODUCTS LLC, *et al*.<br><br>               Defendants. | Case No. 3:15-cv-01749-DMS-AGS<br><br><br>**INTERESTED PARTY RESPONSE TO NOTICE OF RELATED CASES** |
| RICHARD BARTLETT, *et al.,<br>Individually and on Behalf of All Others<br>Similarly Situated*,<br><br>             Plaintiffs,<br><br>    vs.<br><br>BP WEST COAST PRODUCTS LLC, | Case No. 18-cv—1374-DMS-AGS |

et al.,

                    Defendants.

1        Interested Parties BB&B Business Group ("BB&B") and Larry George

2    Rightmyer II respectfully submit this response to the Notice of Related Cases

3    pursuant to Local Rule 40.1(f), filed on May 19, 2020 by plaintiffs Persian Gulf

4    Inc. and Richard Bartlett, ECF No. 414, (the "Notice") and in further support of the

5    Interested Party Response to Notice of Related Cases filed on May 20, 2020 by

6    Fricke-Parks Press, Justin Lardinois, and Vincent Cendejas, ECF No. 416, (the

7    "Fricke-Parks Press" response).

8        BB&B and Mr. Rightmyer are plaintiffs in *BB&B Business Group, et al., v.*

9    *Vitol Inc., et al.*, Case No. 3:20-cv-03535 (N.D. Cal) (the "*BB&B* action"), a case

10   that contains substantially identical allegations to those in *Fricke-Parks Press, Inc.,*

11   *et al. v. SK Energy, et al.*, Case No. 3:20-cv-03148 (N.D. Cal.), one of the nine

12   actions identified in the Notice as related to the above-captioned cases. ECF 414.

13   (The *BB&B* action plus the nine identified cases are collectively referred to as the

14   "Spot Price Manipulation cases.")[1]

15       The Spot Price Manipulation cases involve different defendants and allege

16   different facts and different legal theories than those in the above-captioned cases.

17   Each of the other cases alleges a conspiracy between two commodities trading

18   companies (and their employees) to illegally inflate the benchmark spot prices of

19   gasoline in California. They further allege that the conspirators accomplished their

20   scheme by engaging in illegal trades, before and after the 2015 explosion at the

21   Torrance refinery.

22       The above-captioned cases, on the other hand, do not concern commodities

23   traders or spot price manipulation and have nothing to say about the conspiracy

24   alleged in the Spot Price Manipulation cases. Instead, those two actions revolve

25

26   [1] The *BB&B* Action is the subject of a pending Administrative Motion to Consider
     Whether Cases Should Be Related to the other Spot Price Manipulation cases

27   pending in the Northern District of California. *See* Case No. 3:20-cv-03131-JSC,

28   ECF No. 21 (N.D. Cal.).

around allegations that seven refineries in California conspired to reduce output in an effort to unlawfully inflate prices. And just as the above-captioned cases do not involve the commodity traders' conspiracy at the core of the Spot Price Manipulation cases, the Spot Price Manipulation cases do not involve the refinery conspiracy at the core of the above-captioned cases. Moreover, the time frames in the two groups of cases are different: the Spot Price Manipulation cases allege conduct beginning in 2014 at the earliest while the above-captioned cases allege conduct beginning in 2012. It would appear that the sole overlap in the above-captioned cases and the Spot Price Manipulation cases is the allegation that gasoline purchasers in California paid unlawfully inflated prices.

In addition to these substantive reasons against relating the cases, a relatedness determination would be premature given that Persian Gulf and Bartlett have not met any procedural requirements for transfer at this time.[2]

For the above-stated reasons, as well as those stated in the Fricke-Parks Press Response, BB&B and Mr. Rightmyer respectfully request that the Court reject Persian Gulf and Bartlett's attempt to relate the nine unrelated cases.

DATED:  June 2, 2020                    Respectfully submitted,


                                        /s/ *Whitney E. Street*
                                        Whitney E. Street (CA Bar No. 223870)
                                        **BLOCK & LEVITON LLP**
                                        100 Pine Street, Suite 1250
                                        San Francisco, CA 94111
                                        Tel.: (415) 968-1852
                                        Fax: (617) 507-6020
                                        wstreet@blockesq.com

---

[2] Notably, only one of the nine identified cases is before a Court in the Southern District of California, and there is already a pending motion to transfer that case to the Northern District of California under 28 U.S.C. section 1404. *Cleveland v. SK Energy Americas, Inc., et al.*, Case No. 3:20-CV-00893-WQH-LL (S.D. Cal.), ECF 3.

Gregory S. Asciolla (*pro hac vice application forthcoming*)
Karin E. Garvey (*pro hac vice application forthcoming*)
Domenico Minerva (*pro hac vice application forthcoming*)
Robin A. van der Meulen (*pro hac vice application forthcoming*)
Ethan H. Kaminsky (*pro hac vice application forthcoming*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
kgarvey@labaton.com
dminerva@labaton.com
rvandermeulen@labaton.com
ekaminsky@labaton.com

*Counsel for Plaintiffs BB&B Business Group and Larry George Rightmyer II*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2020.

  /s/ *Whitney Street*
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
wstreet@blockesq.com