| | |
|---|---|
| 1 | THEODORE J. BOUTROUS JR., SBN 132099 |
|   | tboutrous@gibsondunn.com |
| 2 | DANIEL G. SWANSON, SBN 116556 |
|   | dswanson@gibsondunn.com |
| 3 | STEVEN E. SLETTEN, SBN 107571 |
|   | ssletten@gibsondunn.com |
| 4 | SAMUEL LIVERSIDGE, SBN 180578 |
|   | sliversidge@gibsondunn.com |
| 5 | JAY P. SRINIVASAN, SBN 181471 |
|   | jsrinivasan@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | 333 South Grand Avenue |
|   | Los Angeles, CA  90071-3197 |
|   | Telephone:  213.229.7000 |
| 8 | Facsimile:   213.229.7520 |
| 9 | CYNTHIA RICHMAN (*pro hac vice*) |
|   | crichman@gibsondunn.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Avenue, N.W. |
| 11 | Washington, DC  20036-5306 |
|   | Telephone:  202.955-8500 |
| 12 | |
| 13 | Attorneys for Defendant |
|   | CHEVRON U.S.A. INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br>    v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br>             Defendants. | CASE NO. 3:15-cv-01749-DMS-AGS <br><br> **CLASS ACTION** <br><br> **DEFENDANT CHEVRON U.S.A. INC.'S MOTION TO FILE EXHIBITS UNDER SEAL IN CONNECTION WITH CHEVRON U.S.A. INC.'S MOTION TO COMPEL DISCOVERY RESPONSES FROM ALL PLAINTIFFS** <br><br> **Hearing:** <br> Date:     September 10, 2020 <br> Time:    4:00 p.m. <br> Place:   Courtroom 5C <br> Judge:  Hon. Andrew G. Schopler |
| RICHARD BARTLETT, et al., <br><br>             Plaintiff, <br><br>    v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br>             Defendants. | Lead Case No. 3:18-cv-01374-DMS-AGS <br> *(Consolidated with* <br> *Case No. 3:18-cv-01377-DMS-AGS)* <br><br> **CLASS ACTION** |

Gibson, Dunn & Crutcher LLP

CASE NO. 3:15-CV-01749-DMS-AGS

Defendant Chevron U.S.A. Inc. ("CUSA") hereby requests permission to file under seal Exhibits A, B, C, and D to the Declaration of Stephen C. Whittaker ("Whittaker Decl.") in Support of Chevron U.S.A. Inc.'s Motion to Compel Discovery Responses From All Plaintiffs pursuant to Local Rule 79.2 and the Protective Order (ECF No. 184) entered on February 4, 2019.

Under the Protective Order, the parties may designate certain documents as "Confidential" or "Confidential – For Counsel Only" and restrict their dissemination and disclosure. *See* ECF No. 184 ¶ 4. Any information or material that has been designated as "Confidential" or "Confidential – For Counsel Only" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.* ¶¶ 7-9.

CUSA seeks to file under seal discovery responses that Plaintiffs have designated "Confidential – For Counsel Only" pursuant to the Protective Order and that refer to materials produced by CUSA or other Defendants that have been designated "Confidential" or "Confidential – For Counsel Only" pursuant to the Protective Order. CUSA therefore requests permission to file under seal Exhibits A, B, C, and D to the Whittaker Declaration. *See id.* ¶ 14.

Dated: July 28, 2020

        THEODORE J. BOUTROUS JR.
        DANIEL G. SWANSON
        STEVEN E. SLETTEN
        SAMUEL LIVERSIDGE
        JAY P. SRINIVASAN
        CYNTHIA RICHMAN
        GIBSON, DUNN & CRUTCHER LLP

By: */s/ Samuel Liversidge*
        Samuel Liversidge

Attorneys for Defendant
CHEVRON U.S.A. INC.