# EXHIBIT 4

**From:** Xan Bernay
**Sent:** Tuesday, January 14, 2020 11:00 AM
**To:** 'Srinivasan, Jay P.' <JSrinivasan@gibsondunn.com>
**Cc:** Lonnie Browne <LBrowne@rgrdlaw.com>
**Subject:** Persian Gulf v BP

Jay –

I write to briefly follow up on our call yesterday. First, we have confirmed Mr. O'Neal's deposition for January 30. An amended notice will issue. We also discussed setting Ms. Roveda's deposition. You said you would try to finalize this. We discussed having the deposition on January 28, but also discussed that this date was not yet firm. Please let us know as soon as possible the status of her deposition.

Regarding chat logs – as you know, we requested chat logs, tapes and other instant message type materials. See RFP set 3, Request 9. You said that while some documents were produced that contain snippets of chat logs, after speaking with your client you understand that such logs are no longer available and may not be able to be retrieved. We requested more details regarding this issue and you committed to providing them soon. To be clear, we will need to understand more fully the deletion process and the burden, if any, of attempting to recover these messages. We agreed to hold off on a motion to compel, while this fact-finding effort takes place.

Regarding trader tapes – you stated that you would speak to your client regarding whether Chevron ever had such records and would get back to us regarding this issue.

Finally, although we did not discuss this issue on our call, can you let us know when a litigation hold was put in place and whether Mr. Pluimer was covered by such a hold.

Please let me know if you disagree with anything I noted above.

Best

Xan

Exhibit 4
page 50