M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
CHARLES C. LIFLAND (S.B. #108950)
clifland@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California  90071-2899
Tel: (213) 430-6000 Fax: (213) 430-6407

ROBIN A. WOFFORD (S.B. # 137919)
rwofford@wilsonturnerkosmo.com
FREDERICK W. KOSMO, JR. (S.B. # 138036)
fkosmo@wilsonturnerkosmo.com
HUBERT KIM (S.B. # 204957)
hkim@wilsonturnerkosmo.com
KATHERINE M. MCCRAY (S.B. # 243500)
kmccray@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
402 W. Broadway, Suite 1600
San Diego, California  92101-3532
Tel: (619) 236-9600 Fax: (619) 236-9699

*Attorneys for Defendants*
EXXONMOBIL REFINING & SUPPLY
COMPANY and EXXON MOBIL
CORPORATION

[*Additional counsel listed on signature page.*]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERSIAN GULF INC., | Case No. 3:15-cv-01749-TWR-AGS |
| Plaintiff, | Lead Case No. 3:18-cv-01374-TWR-AGS (consolidated with case no. 3:18-cv-01377-TWR-AGS) |
| v. | |
| BP WEST COAST PRODUCTS LLC, et al., | **CLASS ACTION** |
| Defendants. | **JOINT MOTION AND STIPULATION TO AMEND SEALING PROCEDURES** |
| RICHARD BARTLETT, et al., | |
| Plaintiffs, | Judge: Hon. Todd W. Robinson |
| v. | Courtroom:  5C |
| | Trial Date:  None set |
| BP WEST COAST PRODUCTS LLC, et al., | |
| Defendants. | |

-1-

1    Pursuant to Rule 7.2 of the Local Rules of the U.S. District Court for the Southern

2    District of California, and subject to Court approval, Defendants Chevron U.S.A. Inc.,

3    Exxon Mobil Corp., ExxonMobil Refining & Supply Co., Phillips 66, BP West Coast

4    Products LLC, Tesoro Refining & Marketing Company LLC, Equilon Enterprises LLC

5    (d/b/a Shell Oil Products US), Valero Marketing and Supply Company, and Alon USA

6    Energy, Inc. ("Defendants"), and Plaintiffs Persian Gulf Inc., David Rinaldi, Joshua

7    Ebright, and Paul Lee (collectively, "Plaintiffs"), through their undersigned counsel,

8    stipulate and jointly agree as follows:

9    1.    The Court's March 16, 2021 Order Granting Joint Motion and Stipulation

10   RE Protocols for Motions for Summary Judgment and *Daubert* Motions ("Briefing

11   Order") sets a briefing scheduling for the parties' motions for summary judgment and

12   *Daubert* motions.  *See* Case No. 3:15-cv-01749, Dkt. 589; Case No. 3:18-cv-01374,

13   Dkt. 436.  The Briefing Order establishes that opening briefs are due April 2, 2021,

14   opposition briefs are due May 28, 2021, and reply briefs are due July 2, 2021.

15   2.    The parties anticipate that the briefs and evidence filed in accordance with

16   the Briefing Order will be voluminous—i.e., over 200 pages of briefing and dozens of

17   declarations and exhibits. The parties also anticipate that the briefs and evidence will

18   contain voluminous amounts of confidential information that the parties believe should

19   be protected from public disclosure and for which they have compelling reasons to seal.

20   *See Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016).  It is

21   expected that Plaintiffs' filings will contain large amounts of information Defendants

22   marked as confidential and Defendants' filings will contain large amounts of

23   information Plaintiffs marked as confidential.

24   3.    Pursuant to Rule III.C.4 of Court's Standing Order for Civil Cases, "[i]f

25   the moving party seeks to file documents under seal based on another party's

26   designation of the documents as 'confidential,' the moving party must meet and confer

27   with the designating party as to which document that party contends must be filed under

28   seal before filing the motion."

-2-

4. The parties agree that, given the volume of briefing and exhibits associated with the dates set forth in the Briefing Order, including the Friday, April 2, 2021 deadline to file opening briefs, conducting a thorough and comprehensive meet and confer as required under Rule III.C.4 is impracticable. The parties further agree that if the meet and confer process takes place after the parties are able to review the final versions of their respective briefs and exhibits, the process will be more productive and efficient and will avoid over-sealing of documents. This would also allow the parties to file a joint motion to seal to address sealing issues for all *Daubert* and summary judgment motions in one omnibus motion, which would promote judicial economy.

5. The parties further agree that in the interest of judicial economy and preservation of the parties' resources, the sealing procedures be amended for the Briefing Order, only.

6. Accordingly, for good cause shown, Defendants and Plaintiffs agree and hereby request that the Court grant the parties leave to file their respective motions to seal as a single joint motion to seal under the following modified procedures:

    a. For all deadlines set forth in the Briefing Order, the parties shall file all briefs and evidence UNDER SEAL on the CM/ECF docket;

    b. The parties shall immediately serve copies of all under seal filings;

    c. No later than July 16, 2021, which is two weeks after the reply briefs are due and ten days before the scheduled hearing under the Briefing Order, the parties shall: (a) meet and confer pursuant to Rule III.C.4 for all briefs and exhibits filed pursuant to the Briefing Order; (b) file a joint motion to seal all briefs and exhibits that they intend to seal ; and (c) file redacted versions of all briefs and exhibits that the parties wish to seal pursuant to the contemporaneously filed joint motion to seal.

///
///

-3-

7.      Alternatively, Defendants and Plaintiffs agree and hereby request that the Court grant the parties leave to file their respective motions to seal under the following modified procedures:

        a.      For all deadlines set forth in the Briefing Order, the parties shall file all briefs and evidence UNDER SEAL on the CM/ECF docket;

        b.      The parties shall immediately serve copies of all under seal filings;

        c.      No later than two weeks after a document is filed under seal the parties shall: (a) meet and confer pursuant to Rule III.C.4 for all briefs and exhibits filed pursuant to the Briefing Order; (b) file motions to seal all briefs and exhibits that they intend to seal; and (c) file redacted versions of all briefs and exhibits that the parties wish to seal pursuant to the contemporaneously filed motions to seal.

8.      Should the Court grant either of the above-requested stipulations, the parties respectfully request permission to file a pro forma motion to seal in conjunction with each filing deadline under the Briefing Order so that the parties have adequate CM/ECF credentials to electronically "lodge" documents on the docket.

///
///
///
///
///
///
///
///
///
///
///

-4-

1

Respectfully submitted,

2    DATED:  March 31, 2021          **O'MELVENY & MYERS LLP**

3

4                                    By:    s/*Dawn Sestito*
                                            DAWN SESTITO

5

6                                    **WILSON TURNER KOSMO LLP**

7                                    By:    s/*Robin A. Wofford*
                                            ROBIN A. WOFFORD

8

9    *Attorneys for Defendants* EXXON MOBIL
     REFINING & SUPPLY COMPANY and

10   EXXON MOBIL CORPORATION

11

12   DATED:  March 31, 2021          **GIBSON, DUNN & CRUTCHER LLP**

13                                   By:    s/*Samuel G. Liversidge*
                                            SAMUEL G. LIVERSIDGE

14

15   *Attorneys for Defendant* CHEVRON U.S.A.
     INC.

16

17   DATED:  March 31, 2021          **JONES DAY**

18

19                                   By:    s/*David C. Kiernan*
                                            DAVID C. KIERNAN

20

21   *Attorneys for Defendant* TESORO REFINING
     & MARKETING COMPANY LLC

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

-5-

DATED:  March 31, 2021          **MORGAN LEWIS & BOCKIUS LLP**

By:     s/*Kent M. Roger*_____
         KENT M. ROGER

*Counsel for Defendant* EQUILON
ENTERPRISES LLC doing
business as SHELL OIL PRODUCTS
US

DATED:  March 31, 2021          **HAWXHURST HARRIS LLP**

By:     s/*Gerald E. Hawxurst*_____
         GERALD E. HAWXHURST

*Attorneys for Defendant* VALERO
MARKETING AND SUPPLY
COMPANY

DATED:  March 31, 2021          **BAKER & HOSTETLER, LLP**

By:     s/*Carl W. Hittinger*_____
         CARL W. HITTINGER

*Attorneys for Defendant* ALON U.S.A.
ENERGY, INC.

DATED:  March 31, 2021          **SULLIVAN & CROMWELL LLP**

By:     s/*Robert A. Sacks*_____
         ROBERT A. SACKS

*Attorneys for Defendant* BP WEST COAST
PRODUCTS LLC

DATED:  March 31, 2021          **NORTON ROSE FULBRIGHT**

By:     s/*Joshua D. Lichtman*_____
         JOSHUA D. LICHTMAN

*Attorneys for Defendant* PHILLIPS 66

-6-

1   DATED:  March 31, 2021      **ROBBINS GELLER RUDMAN &**

2                                              **DOWD LLP**

3                                      By:     s/*Alexandra S. Bernay*

4                                             ALEXANDRA S. BERNAY

5                                      *Attorneys for Plaintiff* PERSIAN GULF INC.

6

7   DATED:  March 31, 2021      **ROBBINS LLP**

8

9                                        By:     s/*George C. Aguilar*

10                                           GEORGE C. AGUILAR

11                                      *Attorneys for Plaintiffs* DAVID RINALDI, JOSHUA EBRIGHT, and PAUL LEE

12                        **SIGNATURE CERTIFICATION**

13          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

14  and Procedures Manual, I hereby certify that the content of this document is acceptable

15  to the above signatories, and that I have obtained each of the foregoing person's

16  authorization to affix his or her electronic signatures to this document.

17

18

19  DATED:  March 31, 2021      **WILSON TURNER KOSMO LLP**

20

21                                        s/ *Robin A. Wofford*

22                                           ROBIN A. WOFFORD

23

24

25

26

27

28

-7-