# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Other Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>                              Defendants.<br><br>RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.<br><br>                              Defendants. | Case No.: 15-CV-1749 TWR (AGS)<br><br>Lead Case No. 18-CV-1374 TWR (AGS) (consolidated with Case No. 18-CV-1377 TWR (AGS))<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO AMEND SEALING PROCEDURES**<br><br>(No. 15-CV-1749 ECF No. 611; No. 18-CV-1374 ECF No. 453) |

    Presently before the Court is the Joint Motion and Stipulation to Amend Sealing Procedures ("Joint Motion," No. 15-CV-1749 ECF No. 611 & No. 18-CV-1374 ECF No. 453), filed by all parties. The parties wish to amend the sealing procedures for all briefs

and evidence filed pursuant to the March 16, 2021 Order Granting Joint Motion and Stipulation Re Protocols for Motions for Summary Judgment and *Daubert* Motions ("Briefing Order," No. 15-CV-01749 ECF No. 589 & No. 18-CV-01374 ECF No. 436). Pursuant to Local Rule 7.2 and for good cause shown, the Court **GRANTS** the Joint Motion.

It is hereby ordered as follows. For all motions set forth in the Briefing Order, Plaintiffs and Defendants shall file their respective motions to seal as a single joint motion to seal under the following procedures:

1. For all deadlines set forth in the Briefing Order, the parties shall file all briefs and evidence under seal on the CM/ECF docket;
2. The parties shall immediately serve copies of all under-seal filings;
3. <u>No later than July 16, 2021</u>, the parties shall:
   a. Meet and confer pursuant to Rule III.C.4 of Court's Standing Order for Civil Cases regarding materials to be filed under seal for all filings pursuant to the Briefing Order;
   b. File a single joint motion to seal those portions of the briefs and exhibits that the parties request to be sealed; and
   c. File redacted versions of all briefs and exhibits pursuant to the contemporaneously filed joint motion to seal.

The Court will then rule on the parties' respective motions to seal in due course.

**IT IS SO ORDERED.**

Dated: April 2, 2021

Honorable Todd W. Robinson
United States District Court