1  | M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
2  | CHARLES C. LIFLAND (S.B. #108950)
clifland@omm.com
3  | DAWN SESTITO (S.B. #214011)
dsestito@omm.com
4  | **O'MELVENY & MYERS LLP**
400 South Hope Street
5  | Los Angeles, California 90071-2899
Tel: (213) 430-6000 Fax: (213) 430-6407
6  |
7  | ROBIN A. WOFFORD (S.B. # 137919)
rwofford@wilsonturnerkosmo.com
8  | FREDERICK W. KOSMO, JR. (S.B. # 138036)
fkosmo@wilsonturnerkosmo.com
9  | HUBERT KIM (S.B. # 204957)
hkim@wilsonturnerkosmo.com
10 | KATHERINE M. MCCRAY (S.B. # 243500)
kmccray@wilsonturnerkosmo.com
11 | **WILSON TURNER KOSMO LLP**
402 West Broadway, Suite 1600
12 | San Diego, California 92101-3532
Tel: (619) 236-9600 Fax: (619) 236-9699
13 | *Attorneys for Defendants*
EXXONMOBIL REFINING & SUPPLY
14 | COMPANY and EXXON MOBIL
CORPORATION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., | Case No. 3:15-cv-01749-TWR-AGS |
| Plaintiff, | Lead Case No. 3:18-cv-01374-TWR-AGS (consolidated with case no. 3:18-cv-01377-TWR-AGS) |
| v. | |
| BP WEST COAST PRODUCTS LLC, et al., | **CLASS ACTION** |
| Defendants. | **DECLARATION OF DAWN SESTITO IN SUPPORT OF JOINT MOTION TO FILE DOCUMENTS UNDER SEAL** |
| RICHARD BARTLETT, et al., | |
| Plaintiffs, | Judge: Hon. Todd W. Robinson |
| v. | Courtroom: 3A |
| BP WEST COAST PRODUCTS LLC, et al., | |
| Defendants. | |

-1-

I, Dawn Sestito, hereby declare as follows:

1.     I am an attorney admitted to practice in the courts of the State of California and this District Court.  I am a partner with O'Melveny & Myers LLP and counsel for Defendants ExxonMobil Refining & Supply Company and Exxon Mobil Corporation ("ExxonMobil") in this action.  I make this declaration in support of the accompanying Joint Motion to File Documents Under Seal ("Joint Mot.").  I have personal knowledge of the facts set forth herein, and if sworn, I could and would competently testify to them.

2.     Defendants request the Court to seal certain material in briefs and evidence filed pursuant to the March 16, 2021 Order Granting Joint Motion and Stipulation RE Protocols for Motions for Summary Judgement and *Daubert* Motions.  *See* No. 15-cv-01749, Dkt. No. 589; No. 18-cv-01374, Dkt. No. 436.

3.     Defendants' sealing request is made pursuant to the April 5, 2021 Order Granting Joint Motion and Stipulation to Amend Sealing Procedures.  *See* No. 15-cv-01749, Dkt. No. 638; No. 18-cv-01374, Dkt. No. 479.

4.     As reflected in the below chart, the purpose of this Declaration is to (a) specifically identify and describe the documents or portions of documents that one or more Defendants request the Court to seal, and (b) identify the specific paragraphs from the fact declarations in support of Defendants' Joint Motion for Summary Judgment, filed on April 2, 2021, including the Declaration of Don Smith in Support of Defendants' Joint Motion to File Documents Under Seal ("Smith Decl."), that establish the compelling reasons for protecting those documents or portions of documents from public disclosure.

5.     Certain material that one or more Defendants request to be sealed is contained in documents marked as "Confidential - For Counsel Only" under the Protective order in this case, and therefore Defendants' fact declarants are unable to review those documents.  The substance of that material in the "Confidential - For Counsel Only" documents aligns with the type of material that certain fact declarants

-2-

establish as confidential and proprietary to their employer, therefore satisfying the compelling-reasons standard.

6.    The citations in the below chart corresponded with the following briefs and evidence, all of which contain information that one or more Defendants request the Court to seal:

    a.  <u>Defendants' Opening Papers (filed April 2, 2021)</u>:

        i.  Citations to "Joint Memorandum in Support of Joint Motion for Summary Judgment" refer to the Joint Memorandum of Defendants Chevron U.S.A. Inc., Phillips 66, Equilon Enterprises LLC (d/b/a Shell Oil Products US), and Valero Marking and Supply Company in Support of Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 629 in Case No. 15-cv-01749, and as Dkt. No. 471 in Case No. 18-cv-01374.

       ii.  Citations to "J.A. __" refer to the Joint Appendix in Support of Joint Memorandum of Defendants Chevron U.S.A. Inc., Phillips 66, Equilon Enterprises LLC (d/b/a Shell Oil Products US), and Valero Marketing and Supply Company in Support of Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 629 in Case No. 15-cv-01749, and as Dkt. No. 471 in Case No. 18-cv-01374.

      iii.  Citations to "Liversidge SJ Ex. __" refer to the exhibits cited in and attached to the Declaration of Samuel Liversidge in Support of the Joint Notice of Motion and Motion for Summary Judgement of Defendants Chevron U.S.A. Inc., Phillips 66, Equilon Enterprises LLC (d/b/a Shell Oil Products US), and Valero Marketing and Supply Company, which were filed under seal as Dkt. No. 629 in Case No. 15-cv-01749, and as Dkt. No. 471 in Case No. 18-cv-01374.

-3-

iv. Citations to "Exxon Joinder Br." refer to Defendant ExxonMobil's Notice of Joinder and Supplemental Brief in Support of Defendants' Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 631 in Case No. 15-cv-01749, and as Dkt. No. 474 in Case No. 18-cv-01374.

v. Citations to "BP's Notice of Joinder and Memorandum in Support of Joint Motion" refer to Defendant BP West Coast Products LLC's Notice of Joinder and Supplemental Memorandum in Support of Defendants' Joint Motion of Summary Judgment, which was filed under seal as Dkt. No. 634 in Case No. 15-cv-01749, and as Dkt. No. 477 in Case No. 18-cv-01374.

vi. Citations to "Sacks Decl. Ex. __" refer to the exhibits cited in and attached to the Declaration of Robert A. Sacks in Support of Defendant BP West Coast Products LLC's Notice of Joinder and Supplemental Memorandum in Support of Defendants' Joint Motion of Summary Judgment, which were filed under seal as Dkt. No. 634 in Case No. 15-cv-01749, and as Dkt. No. 477 in Case No. 18-cv-01374.

vii. Citations to "T.A. __" refer to Tesoro Refining & Marketing Company LLC's Appendix in Support of its Motion for Summary Judgment and Defendants' Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 621 in Case No. 15-cv-01749, and as Dkt. No. 461 in Case No. 18-cv-01374.

b. Plaintiffs' Opening Papers (filed April 2, 2021):

i. Citations to "Plaintiffs' Liability *Daubert* Br." refer to the Memorandum of Points and Authorities in Support of Plaintiffs' Joint Motion to Exclude the Expert Testimony and Opinion of Andrew Lipow, Dr. Janusz A. Ordover and Dr. Richard J. Bergin,

-4-

1   which was filed under seal as Dkt. No. 624 in Case No. 15-cv-
2   01749, and as Dkt. No. 466 in Case No. 18-cv-01374.

3      ii.  Citations to "Bernay Liability Ex. __" refer to the exhibits cited in
4   and attached to the Declaration of Alexandra S. Bernay in Support
5   of Plaintiffs' Joint Motion to Exclude the Expert Testimony and
6   Opinion of Andrew Lipow, Dr. Janusz A. Ordover and Dr. Richard
7   J. Bergin, which was filed under seal as Dkt. No. 624 in Case No.
8   15-cv-01749, and as Dkt. No. 466 in Case No. 18-cv-01374.

9     c.  <u>Defendants' Opposition Papers (filed May 28, 2021)</u>:

10      i.  Citations to "Defendants' Opp. to Liability *Daubert*" refer to
11   Defendants' Joint Memorandum in Opposition to Plaintiffs' Joint
12   Motion to Exclude Expert Testimony of Andrew Lipow, Dr. Janusz
13   A. Ordover and Dr. Richard J. Bergin, which was filed under seal as
14   Dkt. No. 690 in Case No. 15-cv-01749, and as Dkt. No. 524 in Case
15   No. 18-cv-01374.

16      ii.  Citations to "Lichtman Opp. Ex. __" refer to the exhibits cited in
17   and attached to the Declaration of Joshua D. Lichtman in Support of
18   Defendants' Joint Opposition to Plaintiffs' Motion to Exclude
19   Expert testimony of Andrew Lipow, Dr. Janusz A. Ordover, and Dr.
20   Richard J. Bergin, which was filed under seal as Dkt. No. 690 in
21   Case No. 15-cv-01749, and as Dkt. No. 524 in Case No. 18-cv-
22   01374.

23     d.  <u>Plaintiffs' Opposition Papers (filed May 28, 2021)</u>:

24      i.  Citations to "Plaintiffs' SJ Opp." refer to Plaintiffs' Memorandum
25   of Points and Authorities in Opposition to Joint Motion for
26   Summary Judgment of Defendants Chevron U.S.A Inc., Phillips 66,
27   Equilon Enterprises LLC (D/B/A Shell Oil Products US), and
28   Valero Marketing and Supply Co., which was filed under seal as

-5-

1    Dkt. No. 699 in Case No. 15-cv-01749, and as Dkt. No. 533 in Case

2    No. 18-cv-01374.

3    ii. Citations to "Bernay SJ Opp. Ex. __" refer to the exhibits cited in

4    and attached to the Declaration of Alexandra S. Bernay in Support

5    of Plaintiffs' Memorandum of Points and Authorities in Opposition

6    to Joint Motion for Summary Judgment of Defendants Chevron

7    U.S.A. Inc., Phillips 66, Equilon Enterprises LLC (D/B/A Shell Oil

8    Products US), and Valero Marketing and Supply Co., which was

9    filed under seal as Dkt. No. 699 in Case No. 15-cv-01749, and as

10   Dkt. No. 533 in Case No. 18-cv-01374.

11   iii. Citations to "Plaintiffs' Objection Appx." refer to Appendix 1 –

12   Plaintiffs' Evidentiary Objections, which was filed under seal as

13   Dkt. No. 699 in Case No. 15-cv-01749, and as Dkt. No. 533 in Case

14   No. 18-cv-01374.

15   iv. Citations to "Plaintiffs' Opp. to BP's Joinder" refers to Plaintiffs'

16   Memorandum of Points and Authorities in Opposition to Defendant

17   BP West Coast Products LLC's Supplemental Memorandum in

18   Support of Defendants' Joint Motion for Summary Judgment, which

19   was filed under seal as Dkt. No. 695 in Case No. 15-cv-01749, and

20   as Dkt. No. 529 in Case No. 18-cv-01374.

21   v. Citations to "Nicoud BP Opp. Ex. __" refer to the exhibits cited in

22   and attached to the Declaration of Michael Nicoud in Support of

23   Plaintiffs' Memorandum of Points and Authorities in Opposition to

24   Defendant BP West Coast Products LLC's Supplemental

25   Memorandum in Support of Defendants' Joint Motion for Summary

26   Judgment, which was filed under seal as Dkt. No. 695 in Case No.

27   15-cv-01749, and as Dkt. No. 529 in Case No. 18-cv-01374.

28

-6-

vi.  Citations to "Nicoud Exxon Opp. Ex. __" refer to the exhibits cited in and attached to the Declaration of Michael Nicoud in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant ExxonMobil's Supplemental Brief in Support of Defendant' Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 696 in Case No. 15-cv-01749, and as Dkt. No. 530 in Case No. 18-cv-01374.

vii.  Citations to "Nicoud Tesoro Opp. Ex. __" refer to the exhibits cited in and attached to the Declaration of Michael Nicoud in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Tesoro Refining & Marketing Company LLC's Motion for Summary Judgment, which was filed under seal as Dkt. No. 697 in Case No. 15-cv-01749, and as Dkt. No. 531 in Case No. 18-cv-01374.

viii.  Citations to "Coughlin Alon Opp. Ex. __" refer to the exhibits cited in and attached to the Declaration of Patrick J. Coughlin in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Alon USA Energy, Inc.'s Motion for Summary Judgment, which was filed under seal as Dkt. No. 689 in Case No. 15-cv-01749, and as Dkt. No. 523 in Case No. 18-cv-01374.

e.  <u>Defendants' Reply Papers (filed July 2, 2021)</u>:

i.  Citations to "Exxon Reply" refer to Defendant ExxonMobil's Notice of Joinder and Supplemental Reply in Support of Defendants' Joint Motion for Summary Judgment, which was filed under seal as Dkt. No. 721 in Case No. 15-cv-01749, and as Dkt. No. 556 in Case No. 18-cv-01374.

ii.  Citations to "BP Reply" refer to Defendant BP West Coast Products LLC's Notice of Joinder and Supplemental Reply in Support of

-7-

Defendants' Joint Motion of Summary Judgment, which was filed under seal as Dkt. No. 717 in Case No. 15-cv-01749, and as Dkt. No. 552 in Case No. 18-cv-01374.

iii. Citations to "Leneck Decl. Ex. __" refer to the exhibits cited in and attached to the Declaration of Danielle R. Leneck in Support of Defendant Tesoro Refining & Marketing Company LLC's Reply Memorandum to its Motion for Summary Judgment, which was filed under seal as Dkt. No. 713 in Case No. 15-cv-01749, and as Dkt. No. 547 in Case No. 18-cv-01374

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| ExxonMobil's Confidential Material | | | |
| Liversidge SJ Ex. 34 (Hart Depo. Excerpt) | Deposition transcript page 321, line 4 | Proprietary Financial Information (*see* Joint Mot. at 8–9) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Liversidge SJ Ex. 35 (Hart Depo Ex. 322) | Entire document, which is titled "Torrance Refinery - March 2016 Performance Report" | Proprietary Financial Information (*see* Joint Mot. at 8–9) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| J.A. 319–72 (Dickson Decl.) | Declaration paragraphs: 6 (refinery operations); 11, second sentence (inventory management); 12, second sentence (refinery operations); 14, second sentence (refinery operations); 16 portions of first and second sentence (refinery operations); 17 (refinery operations); 18–20 (refinery operations and planning); 21 (refinery | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |

-8-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | operations); 25, fifth sentence (customer relationship); 27–30 (pricing formulas and customer relationship); 70, first sentence, last two words (customer relationship); and 70, second sentence (pricing strategy) | | |
| J.A. 372 (EM_PG Ex. 6) | Chart of proprietary financial information | Proprietary Financial Information (*see* Joint Mot. at 8–9) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| J.A. 399 (EM_PG Ex. 10) | Five customer names on EM_PG000060276 | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| J.A. 407 (EM_PG Ex. 12) | Four customer names and description of customer relationship on EM_PG000192597 | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| J.A. 411 (EM_PG Ex. 13) | Four customer names on EM_PG000195537 | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Exxon Joinder Br. | Page 7, fn. 6, second sentence.  Description of contractual term with non-defendant third-party | Proprietary Contract Term (*see* Joint Mot. at 5–6) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Liversidge SJ Ex. 13 (McCullough's Depo Tr. from 2/26/21) | Page 206, lines 15–25 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Bernay Liability Ex. 3 (Ordover report) | Page 154, fourth bullet point (customer relationships); page 154, fn. 45, parenthetical (customer relationships); page 155, third row of chart with ExxonMobil data (refinery and supply operations); page 212, fns. 389 and 391 (client names); page 219, fn. 426 listed supplier name (supply operations); page 227, fn. 456, six references to supplier name (supply operations); page 255, fn. 601, five refences to customers (client names) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' SJ Opp. | Page 50, line 17 (client name) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Bernay SJ Opp. Ex. 63 | Client names on EM_PG000023087 | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Nicoud Exxon Opp. Ex. 9 | Page 32, ¶ 19 (text and chart with pricing information) | Proprietary Business Information and | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |

-10-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | | Proprietary Pricing Information (*see* Joint Mot. at 6–8) | |
| Nicoud Tesoro Opp. Ex. 4 | Page 11, ¶ 45, fn. 21, entire chart (customer names and pricing information) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Coughlin Alon Opp. Ex. 23 | Page 120, first line of first bullet point; (customer information and supply operations); page 121, third bullet point, third and fourth lines (customer information and supply operations) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Exxon Reply | Page 5, lines 4–5 (pricing information) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Shell's Confidential Material | | | |
| J.A. 100–46 (Harris Decl.) | Declaration paragraphs 6 (pricing strategy), 8-13 (output production), 15 (refinery operations and planning), 17-19 (inventory management), and 23 (customer relationships/names) | Proprietary Pricing Information and Proprietary Business Records (*see* Joint Mot. at 6–8) | Smith Decl. ¶¶ 2-4 |
| J.A. 111–38 (Ex. Shell 1 to the Harris Decl.) | Entire document, which is titled "NA Pricing & Demand Management" | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |

-11-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| J.A. 140–42 (Ex. Shell 2 to the Harris Decl.) | Entire document, bates stamped SOPUS_PGI_00007943-945 | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| J.A. 147–55 (Smith SJ Decl.) | Declaration paragraphs 3, 5, 6, 10, 12, 13 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| J.A. 156–89 (Marino Decl.) | Declaration paragraphs 4 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| J.A. 190–94 (Kavalinas Decl.) | Declaration paragraph 4 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| J.A. 195–230 (Rodrick Decl.) | Declaration paragraph 4 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| Liversidge SJ Ex. 13 (McCullough's Depo Tr. from 2/26/21) | Page 207, lines 4–10 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| Bernay SJ Opp. Ex. 87 | Entire document, bates stamped SOPUS_PGI_000006746 | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| Bernay SJ Opp. Ex. 88 | Entire document, bates stamped SOPUS_PGI_00223178-182 | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Smith Decl. ¶¶ 2-4 |
| Phillip 66's Confidential Material | | | |
| J.A. 412–63 (Weinberg-Lynn Decl.) | Declaration paragraph 15 at page 7, lines 11-12 (storage capacity and inventory plans) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(c); J.A. 413 (Weinberg-Lynn Decl.) ¶ 1 |
| J.A. 464 –91 (Bodziak Decl.) | Declaration paragraph 10 at page 5, line 2 (one customer name) | Proprietary Business Records and Proprietary Pricing Information | J.A. 507 (Sharum Decl.) ¶ 34(a); J.A. 465 (Bodziak Decl.) ¶ 1 |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | | (*see* Joint Mot. at 6–8) | |
| J.A. 476–77 (PSX-7) | One customer name and monthly delivery amounts on PSXPGI00023805 | Proprietary Contract Terms, Proprietary Business Records, and Proprietary Pricing Information (*see* Joint Mot. at 5–8) | J.A. 507 (Sharum Decl.) ¶ 34(a); J.A. 465 (Bodziak Decl.) ¶ 1 |
| J.A. 610–48 (PSX-23) and 650–88 (PSX-24) | Entire documents, which are both titled "Branded Reseller Agreement" | Proprietary Contract Terms, Proprietary Business Records, and Proprietary Pricing Information (*see* Joint Mot. at 5–8) | J.A. 507 (Sharum Decl.) ¶ 34(b); J.A. 595 (Hodgson Decl.) ¶ 1 |
| J.A. 594–688 (Hodgson Decl.) | Declaration paragraphs 8, 12-15, 19-21, 23-24, and 27-28 (pricing strategies and price-setting processes and procedures); 22 (sales); and 26 (sales) | Proprietary Business Records, Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(f); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Liversidge SJ Ex. 13 (McCullough's Depo Tr. from 2/26/21) | Page 204, line 24 through page 206, line 1 (pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(f); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Bernay SJ Opp. Ex. 13 | Entire document, bates stamped PSXPGI00460392-403 | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(e) |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay SJ Opp. Ex. 15 | Entire document, bates stamped PSXPGI00460327-330 | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(e) |
| Bernay SJ Opp. Ex. 51 | Entire document, bates stamped PSXPGI00460654-665 | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(e) |
| Bernay SJ Opp. Ex. 70 | Entire document, bates stamped PSXPGI00144115-179 | Proprietary Business Information and Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(c) |
| Bernay SJ Opp. Ex. 105 | Entire document, bates stamped PSXPGI00460153 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(a) |
| Bernay SJ Opp. Ex. 121 | Portions of document titled, "Product Exchange Agreement" at PSXPGI00460615 (differential pricing terms information) | Proprietary Contract Terms and Pricing Information (*see* Joint Mot. at 5–7) | J.A. 508 (Sharum Decl.) ¶ 34(a)-(b) |
| Bernay SJ Opp. Ex. 122 | Portions of document titled, "Product Exchange Agreement" at PSXPGI00460629 (differential pricing terms information) | Proprietary Contract Terms and Pricing Information (*see* Joint Mot. at 5–7) | J.A. 508 (Sharum Decl.) ¶ 34(a)-(b) |
| Bernay SJ Opp. Ex. 123 | Portions of document titled, "Product Exchange Agreement" at PSXPGI00460643-645 (differential pricing terms information) | Proprietary Contract Terms and Pricing Information (*see* Joint Mot. at 5–7) | J.A. 508 (Sharum Decl.) ¶ 34(a)-(b) |

-14-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay SJ Opp. Ex. 125 | Portions of document titled, "Product Exchange Agreement" at PSXPGI01132959-960 (differential pricing terms information) | Proprietary Contract Terms and Pricing Information (*see* Joint Mot. at 5–7) | J.A. 508 (Sharum Decl.) ¶ 34(a)-(b) |
| Bernay SJ Opp. Ex. 128 | Portions of exchange agreement involving ConocoPhillips Company and ExxonMobil Oil Corporation at EM_PG000222595-598 (differential pricing terms information) | Proprietary Contract Terms and Pricing Information (*see* Joint Mot. at 5–7) | J.A. 508 (Sharum Decl.) ¶ 34(a)-(b) |
| Bernay SJ Opp. Ex. 151 | Entire document, bates stamped PSXPGI00087271-292 | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(c) |
| Bernay SJ Opp. Ex. 168 | Entire document, bates stamped PSXPGI00080448 | Proprietary Business Information and Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(a) and (c) |
| Bernay SJ Opp. Ex. 173 | Entire document, bates stamped PSXPGI00460242-269 | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(e) |
| Plaintiffs' SJ Opp. | Page 19, lines 24-27 (quote from Ex. 51, document, which is titled, "Communications Work Guidelines") | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 508 (Sharum Decl.) ¶ 34(d)-(e) |

-15-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Chevron's Confidential Material | | | |
| J.A. 7–33 (Yates Decl.) | Entire declaration of Chris Yates | Proprietary Business Records and Proprietary Financial Information (*see* Joint Mot. at 7–9) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| J.A. 30–32 (Ex. CUSA-3) | Entire document with bates number CUSA_PG-BAR-000170409 | Proprietary Business Records and Proprietary Financial Information (*see* Joint Mot. at 7–9) | J.A. 8, 18 (Yates Decl.) ¶¶ 2-3, 41 |
| J.A. 34–81 (Roveda Decl.) | Declaration paragraphs 10 (internal export production numbers), 11 (refinery production numbers) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| J.A. 43–44 (Ex. CUSA-4) | Entire document with bates number CUSA_PG-BAR-000061402 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 37 (Roveda Decl.) ¶ 7 |
| J.A. 46–51 (Ex. CUSA-5) | Entire document with bates number CUSA_PG-BAR-000071555 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 38 (Roveda Decl.) ¶ 10 |
| J.A. 53–54 (Ex. CUSA-6) | Entire document with bates number CUSA_PG-BAR-000063911 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 38 (Roveda Decl.) ¶ 10 |
| J.A. 56–67 (Ex. CUSA-7) | Entire document with bates number CUSA_PG-BAR-000124105 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 39 (Roveda Decl.) ¶ 11 |
| J.A. 69–81 (Ex. CUSA-8) | Entire document with bates number CUSA_PG-BAR-000730670 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 39 (Roveda Decl.) ¶ 11 |

-16-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay SJ Opp. Ex. 16 | Redacted portions of document with bates number CUSA_PG-BAR-001074251 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 20 | Redacted portions of document with bates number CUSA_PG-BAR-000902404 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 40 | Entire document with bates number CUSA_PG-BAR-000008448 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 69 | Redacted portions of document with bates number CUSA_PG-BAR-001106334 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 71 | Entire document with bates number CUSA_PG-BAR-000244774 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 85 | Entire document with bates number CUSA_PG-BAR-000261488 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 100 | Entire document with bates number CUSA_PG-BAR-000074774 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 117 | Entire document with bates number CUSA_PG-BAR-000702905 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 120 | Entire document with bates number CUSA_PG-BAR-001077348 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 139 | Redacted portions of document with bates | Proprietary Business Records | J.A. 8 (Yates Decl.) ¶¶ 2-3 |

-17-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | number SOPUS_PGI_00546445 | (*see* Joint Mot. at 7–8) | |
| Bernay SJ Opp. Ex. 178 | Entire document with bates number CUSA_PG-BAR-000955153 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 185 | Redacted portion of document with bates number CUSA_PG-BAR-000008309 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 187 | Redacted portion of document with bates number CUSA_PG-BAR-000079927 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Bernay SJ Opp. Ex. 196 | Entire document with bates number CUSA_PG-BAR-000068726 | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' SJ Opp. | Page 32, lines 15-18 (quote from J.A. 30) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| BP's Confidential Material | | | |
| Joint Memorandum in Support of Joint Motion for Summary Judgment | Page 3, lines 9-10 (import volume), page 31, lines 10-11 (import volume), page 42, lines 24-25 (refinery production volume) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| BP's Notice of Joinder and Memorandum in Support of Joint Motion | Page 4, lines 14-18 (pricing formulas and strategy), page 9, lines 3-4, 8 (refinery operations and planning) | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 830 (Archambault Decl.) ¶ 2 |

-18-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Sacks Decl. Ex. B | Entire document | Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 6–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| J.A. 828–56 (Archambault Decl.) | Declaration paragraph 14 (ongoing agreement), paragraph 20 (refinery production), paragraph 21 (customer supply, ongoing agreement), paragraph 29 (ongoing agreement), paragraph 35 (import volume), paragraph 38 (refinery production and import volume), paragraphs 39-40 (import volume and strategy), paragraph 51 (cost of refinery repairs), paragraphs 58-61 (pricing), paragraphs 66-68 (ongoing agreement) | Proprietary Contract Terms, Proprietary Business Information, and Proprietary Pricing Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| J.A. 858–72 (Ex. BPWCP-1 to Archambault Decl.) | Entire document | Proprietary Contract Terms and Proprietary Business and Financial Information (*see* Joint Mot. at 5–9) | J.A. 830 (Archambault Decl.) ¶ 2 |
| J.A. 900–13 (Henderlite Decl.) | Declaration paragraphs 30-32 (import volume and strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |

-19-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Liability *Daubert* Br. | Page 20, lines 12-15 (ongoing agreement, customer supply) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Bernay Liability Ex. 3 (Ordover report) | Page 155, Figure 3, (customer supply), page 219, footnote 423 (import volume), page 233, footnote 480 (import volume), pages 238-239, paragraph 223 (import volume and strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Bernay Liability Ex. 5 (Bergin report) | Paragraph 15 (production and import strategy), paragraph 16 (ongoing agreement), paragraph 23 (shipping costs), page 389, figure 6 (shipping costs), paragraph 24 (production planning), paragraph 28 (refinery storage capacity), page 391, footnote 33 (refinery storage capacity), page 392, figure 7 (refinery storage capacity and cost), paragraph 29 (shipping costs), page 393, figure 8 (shipping costs), page 395, heading "C" (refinery planning, import strategy), paragraph 34 (refinery planning, import | Proprietary Contract Terms, Proprietary Business Information, and Proprietary Financial Information (*see* Joint Mot. at 5–9) | J.A. 830 (Archambault Decl.) ¶ 2 |

-20-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
|  | strategy), paragraph 35 (shipping and manufacturing costs), page 396, figure 9 (manufacturing costs), paragraph 37 (shipping and manufacturing costs), paragraph 38 (refinery planning, import strategy), page 398, figure 10 (shipping and manufacturing costs),paragraph 42 (ongoing agreement, customer supply), paragraphs 43-44 (ongoing agreement, customer supply), page 399, footnote 58 (ongoing agreement), paragraph 46 (ongoing agreement, import strategy) |  |  |
| Bernay Liability Ex. 6 | Page 421, line 1 (ongoing agreement), page 427, lines 9-11 (ongoing agreement) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Plaintiffs' SJ Opp. | Page 35, lines 5-6 (supply strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Plaintiffs' Objection Appx. | Page 6, paragraph 30 (import strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |

-21-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay SJ Opp. Ex. 94 | Pages 638-639 (production planning, supply strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Bernay SJ Opp. Ex. 125 | Pages 850-851 (customer supply, pricing) | Proprietary Contract Terms (*see* Joint Mot. at 5–6) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Plaintiffs' Opp. to BP's Joinder | Page 5, lines 23-24 (production planning, import strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Nicoud BP Opp. Ex. 1 | Page 3, paragraph 177 (ongoing agreement, customer supply), page 4, paragraph 179 (ongoing agreement, production planning), page 5, paragraph 184 (shipping costs) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Nicoud BP Opp. Ex. 2 | Entire document | Proprietary Contract Terms and Proprietary Business and Financial Information (*see* Joint Mot. at 5–9) | J.A. 830 (Archambault Decl.) ¶ 2 |
| Defendants' Opp. to Liability *Daubert* | Page 23, lines 25-26 (customer supply, ongoing agreement), page 24, footnote 12 (ongoing agreement, customer supply) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |
| BP Reply | Page 4, line 5 (ongoing agreement, production planning, import strategy) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–8) | J.A. 830 (Archambault Decl.) ¶ 2 |

-22-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Valero's Confidential Material | | | |
| J.A. 689–820 (Brooks Decl.) | Portions of Declaration paragraphs 10 (contract terms and pricing formulas and strategy), 12 (contract terms and pricing strategy), 66 (internal business operations and proprietary business strategy), 77 (internal business operations and proprietary business strategy), 92-93 (internal business operations, proprietary business strategy and contract terms) and 95 (pricing formulas) and all of Declaration paragraph 94 (pricing formulas and strategy, internal business operations and proprietary business strategy) | Proprietary Contract Terms, Proprietary Business Information and Proprietary Pricing Information (*see* Joint Mot. at 5–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| J.A. 776–81 (VMSC Exhibit 7) | Portions of interoffice memorandum titled "March 2015 Product Supply & Trading Activity Report" at VMSC_729427 to VMSC_729431 (contract terms, internal business operations, proprietary business strategy, trade dealings, and profit, loss and margin information) | Proprietary Contract Terms, Proprietary Business Information, Proprietary Pricing Information and Proprietary Financial Information (*see* Joint Mot. at 5–9) | J.A. 731 (Brooks Decl.) ¶ 109 |

-23-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| J.A. 783–84 (VMSC Exhibit 8) | Portions of internal email conversation with subject line "Apr 16th – 'Thursday Report'.pdf" at VMSC_292096 to VMSC_292097 (internal business operations, proprietary business strategy, and profit, loss and margin information) | Proprietary Business Information and Proprietary Financial Information (*see* Joint Mot. at 7–9) | J.A. 731 (Brooks Decl.) ¶ 109 |
| J.A. 786–87 (VMSC Exhibit 9) | Portion of internal email conversation with subject line "Benicia Gasoline Length" at VMSC_694335 (internal business operations) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| J.A. 789–94 (VMSC Exhibit 10) | Portions of interoffice memorandum titled "Commercial Optimization Activity Report" at VMSC_704516 to VMSC_704518 and VMSC_704520 to VMSC_704521 (internal business operations, proprietary business strategy, and profit, loss and margin information) | Proprietary Business Information and Proprietary Financial Information (*see* Joint Mot. at 7–9) | J.A. 731 (Brooks Decl.) ¶ 109 |
| J.A. 801 to 803 (VMSC Exhibit 13) | Entire Document (proprietary business strategy and proprietary training materials) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 14 | Entire Document (proprietary business | Proprietary Business | J.A. 731 (Brooks Decl.) ¶ 109 |

-24-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | strategy and proprietary training materials) [This document was marked "Confidential" in the metadata, but inadvertently not stamped "Confidential" on the produced image] | Information (*see* Joint Mot. at 7–8) | |
| Bernay SJ Opp. Ex. 21 | Portions of internal email conversation with subject line "SFPM-Summary" at VMSC_273121 to VMSC_273122 (proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 86 | Portions of Report regarding Summary of Benicia Gasoline Positions at VMSC_003193 (internal business operations and proprietary business strategy) | Proprietary Business Information and Proprietary Financial Information (*see* Joint Mot. at 7–9) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 90 | Portions of internal email conversation with subject line "Benicia Gasoline Length" at VMSC_358436 to VMSC_358437 (internal business operations and proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 127 | Portions of Exchange Agreement at VMSC_426530 (proprietary business strategy) | Proprietary Contract Terms and Proprietary Business | J.A. 731 (Brooks Decl.) ¶ 109 |

-25-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| | | Information (*see* Joint Mot. at 5–8) | |
| Bernay SJ Opp. Ex. 145 | Portion of email chain with subject line "BP/Valero Convenience Exchange Balances" VMSC_140926 (internal business operations and proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 154 | Portions of internal email conversation with subject line "LA Gasoline position 12/21 (Lifo and January 2013 included)" VMSC_855603 to VMSC_855604 (internal business operations and proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Bernay SJ Opp. Ex. 161 | Portions of internal email conversation with subject line "LA Gasoline position 12/21 (Lifo and January 2013 included)" VMSC_849628 to VMSC_849629 (internal business operations and proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Coughlin Alon Opp. Ex. 26 | Portions of Internal Report at VMSC_003379 (internal business operations and proprietary business strategy) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |

-26-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay Liability Ex. 3 (Ordover report) | Page 21, second bullet point (customer relationships and proprietary business strategy); page 22, sixth row of chart with Valero data (refinery and supply operations) | Proprietary Business Information (*see* Joint Mot. at 7–8) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Tesoro's Confidential Material | | | |
| T.A. 1-10 ¶¶ 1-30 [Eckard Declaration] | Declaration ¶¶ 19 (last three sentences) and 22 (first and second sentences) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | T.A. 9 ¶ 30 [Eckard Decl.] |
| T.A. 310-312 [Kiernan Decl. Ex. B] | Entire Document which is an email dated May 8, 2015 re ESE Export Initiatives | Proprietary Business Records and Information (*see* Joint Mot. at 7–8) | J.A. 38-40 ¶ 10-11; Counsel for Chevron informed counsel for Tesoro on March 31, 2021 that the project being discussed in this document is proprietary to Chevron. |
| T.A. 361-366 [Kiernan Decl. Ex. J] | Entire Document (excerpts from the February 20, 2020 deposition of Stephanie Roveda) | Proprietary Business Records and Information (*see* Joint Mot. at 7–8) | J.A. 38-40 ¶ 10-11; Counsel for Chevron informed counsel for Tesoro on March 31, 2021 that the project being discussed in this document is proprietary to Chevron. |
| Leneck Decl. Ex. B | Entire Document (Tesoro's 5th Supp. R&Os to Pltfs' Rogs) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | T.A. 9 ¶ 30 [Eckard Decl.] |

-27-

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Bernay SJ Opp. Ex. 119 | Entire Document (Chevron/Tesoro exchange balances) TRMC-04202259 (internal business operations and proprietary business strategy) | Proprietary Business Records and Information (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3; Counsel for Chevron informed counsel for Tesoro on July 14, 2021 that the data and information in the document is confidential business information to Chevron. |

7.     The parties met and conferred about this motion on multiple occasions since July 2, 2021, including multiple phone calls during the week of July 12, 2021.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 16th day of July, 2021, at Los Angeles, California.

s/  Dawn Sestito
DAWN SESTITO