1   ROBBINS LLP
    GEORGE C. AGUILAR (126535)
2   gaguilar@robbinsllp.com
    MICHAEL J. NICOUD (272705)
3   mnicoud@robbinsllp.com
    JACOB W. OGBOZO (292177)
4   jogbozo@robbinsllp.com
    5040 Shoreham Place
5   San Diego, CA 92122
    Telephone: (619) 525-3990
6   Facsimile: (619) 525-3991

7   Attorneys for Plaintiffs Joshua
8   Ebright, Paul Lee, and David Rinaldi

9

10              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
11

12  | PERSIAN GULF INC., Individually | Case No. 3:15-cv-01749-TWR-AGS |
    | and on Behalf of All Others Similarly | |
13  | Situated, | **CLASS ACTION** |
14  | | |
    |                    Plaintiffs, | **DECLARATION OF GEORGE C.** |
15  | | **AGUILAR IN SUPPORT OF THE** |
    |          v. | **PARTIES' JOINT MOTION TO FILE** |
16  | | **DOCUMENTS UNDER SEAL** |
17  | BP WEST COAST PRODUCTS LLC, | |
    | et al., | Judge:          Hon. Todd W. Robinson |
18  | | Courtroom:     3A |
    |                    Defendants. | |
19  |————————————————| |
    | RICHARD BARTLETT, et al., on | Lead Case No. 3:18-cv-01374-TWR-AGS |
20  | Behalf of Themselves and All Others | (Consolidated with Case No. 3:18-cv- |
    | Similarly Situated, | 01377-TWR-AGS) |
21  | | |
22  |                    Plaintiffs, | **CLASS ACTION** |
23  |          v. | |
24  | BP WEST COAST PRODUCTS LLC, | |
    | et al., | |
25  | | |
26  |                    Defendants. | |

27

28

I, GEORGE C. AGUILAR, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner with the law firm Robbins LLP, counsel of record for plaintiffs Joshua Ebright, Paul Lee, and David Rinaldi.  I make this declaration in support of the parties' Joint Motion to File Documents Under Seal ("Joint Motion" or "Jnt. Mot.").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  I further make this declaration on behalf of all plaintiffs and their counsel—Persian Gulf, Inc., Ebright, Lee, and Rinaldi (collectively "Plaintiffs")—in the above-entitled coordinated proceedings.

2.      Plaintiffs request the Court seal certain material in briefs and evidence filed pursuant to the March 16, 2021 Order Granting Joint Motion and Stipulation RE Protocols for Motions for Summary Judgment and *Daubert* Motions.  *See* No. 15-cv-01749, Dkt. No. 589; No. 18-cv-01374, Dkt. No. 436.

3.      Plaintiffs' request is made pursuant to the April 5, 2021 Order Granting Joint Motion and Stipulation to Amend Sealing Procedures.  *See* No. 15-cv-01749, Dkt. No. 638; No. 18-cv-01374, Dkt. No. 479.

4.      As reflected in the below chart (listed in chronological order of filing), the purpose of this Declaration is to specifically identify and describe the documents or portions of documents that Plaintiffs request the Court to seal.

5.      Certain material that Plaintiffs request to be sealed is contained in documents marked as "Confidential - For Counsel Only" under the Protective Order in this case (*see* No. 15-cv-01749, Dkt. No. 184; No. 18-cv-01374, Dkt. No. 95) and the substance of that material aligns with the type of material that certain fact declarants, as established by this Joint Motion and the accompanying Declaration of Dawn Sestito in Support of Joint Motion to File Documents Under Seal, declare and state as confidential and proprietary to their employer, therefore satisfying the compelling-reasons standard.

6.      Further, Plaintiffs request that the Court seal certain documents and information marked as "Confidential" and "Confidential - For Counsel Only" under the

Protective Order in this case produced by subpoenaed third parties who maintain that such materials are proprietary and sensitive business and financial information.

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Defendants' Joint Memorandum in Opposition to Plaintiffs' Joint Motion to Exclude Expert Testimony of Andrew Lipow, Dr. Janusz A. Ordover and Dr. Richard J. Bergin (Case No. 15-cv-01749, Dkt. No. 690; Case No. 18-cv-01374, Dkt. No. 524) | | | |
| Memorandum of Points and Authorities | Page 6, lines 17-23; 26-28<br><br>Page 7, lines 3-17<br><br>Page 21, fn 11 lines 21-24<br><br>Page 22, lines 22-27<br><br>Page 23, lines 3-6, 25-27<br><br>Page 24, lines 7-9, 11-12, 14-20, fn. 12, lines 24-28 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Defendants' Joint Memorandum in Opposition to Plaintiffs' Joint Motion to Exclude the Expert Testimony and Opinion of Dr. Janusz A. Ordover as to the Issue of Damages (Case No. 15-cv-01749, Dkt. No. 693; Case No. 18-cv-01374, Dkt. No. 526) | | | |
| Memorandum of Points and Authorities | Page 8, line 7 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Opposition to Motion to Exclude Expert Opinion Testimony of Paul Hanouna and Michael Williams (Case No. 15-cv-01749, Dkt. No. 698; Case No. 18-cv-01374, Dkt. No. 532) | | | |
| Memorandum of Points and Authorities | Page 4, lines 27-28<br><br>Page 5, lines 1-8<br><br>Page 6, lines 3-8, 28<br><br>Page 7, lines 1-2<br><br>Page 27, lines 21-23<br><br>Page 29, lines 14-28<br><br>Page 30, lines 1-6<br><br>Page 32, lines 4-21 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Opposition to Joint Motion for Summary Judgment of Defendants Chevron, Phillips 66, Shell, and Valero (Case No. 15-cv-01749, Dkt. No. 699; Case No. 18-cv-01374, Dkt. No. 533) | | | |
| Memorandum of Points and Authorities | Page 14, lines 13-14, 16-17, n. 15 22-28 (continuing on to page 15, lines 27-28) | Relies on and refers to materials from third parties that were produced under subpoena pursuant to Protective Order and marked Confidential or Confidential – For Counsel Only | Aguilar Decl., ¶6, above |
| Declaration Of Alexandra S. Bernay in Support of Plaintiffs' Memorandum of Points and Authorities | Exhibit 23 – entirely under seal Exhibit 24 – entirely under seal Exhibit 25 – entirely under seal Exhibit 26 – entirely under seal Exhibit 27 – entirely under seal Exhibit 28 – entirely under seal Exhibit 32 – entirely under seal Exhibit 33 – entirely under seal | Material produced by third parties under subpoena marked Confidential and/or Confidential – For Counsel Only pursuant to Protective Order | Aguilar Decl., ¶6, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Reply in Support of Motion to Exclude the Expert Testimony and Opinion of Dr. Janusz A. Ordover as to the Issue of Damages (Case No. 15-cv-01749, Dkt. No. 709; Case No. 18-cv-01374, Dkt. No. 544) | | | |
| Memorandum of Points and Authorities | Page 3, lines 17-20<br><br>Page 4, lines 5-20, 26-28<br><br>Page 5, lines 1, 4-6, 16-19<br><br>Page 6, lines 10-12<br><br>Page 9, lines 19-27<br><br>Page 10, lines 2-8, 21-23 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Joint Reply Memorandum in Support of Defendants' Joint Motion to Exclude Expert Opinion Testimony of Paul Hanouna and Michael Williams (Case No. 15-cv-01749, Dkt. No. 714; Case No. 18-cv-01374, Dkt. No. 549) | | | |
| Memorandum of Points and Authorities | Page 11, lines 15-16<br><br>Page 12, lines 19-20<br><br>Page 13, line 1, lines 10-13<br><br>Page 16, fn. 11, line 23, fn. 12, lines 27-28<br><br>Page 17, lines 3-6 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Reply Brief in Support of Defendants' Joint Motion to Exclude Expert Opinion Testimony of Robert McCullough (Case No. 15-cv-01749, Dkt. No. 716; Case No. 18-cv-01374, Dkt. No. 551) | | | |
| Memorandum of Points and Authorities | Page 6, lines 4-12<br><br>Page 8, n. 9 at 28<br><br>Page 9, line 28 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| **Reply Memorandum of Defendants' Chevron, Phillips 66, Shell, and Valero in Support of Joint Motion for Summary Judgment (Case No. 15-cv-01749, Dkt. No. 719; Case No. 18-cv-01374, Dkt. No. 554)** | | | |
| Memorandum of Points and Authorities | Page 28, lines 21-22 | Relies on and refers to operational and business information Defendants have marked as Confidential – For Counsel Only or Confidential<br><br>Proprietary Financial Information (*see* Jnt. Mot. at 8-9)<br><br>Proprietary Business Records (*see* Jnt. Mot. at 7-8) | Aguilar Decl., ¶5, above |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2021, at San Diego, California.

_____
GEORGE C. AGUILAR