ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
LONNIE A. BROWNE (293171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
lbrowne@rgrdlaw.com

Attorneys for Plaintiff Persian Gulf Inc.

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>BP WEST COAST PRODUCTS LLC, et al.,<br>　　　　　　Defendants. | Case No. 3:15-cv-01749-JO-AGS<br><br><u>CLASS ACTION</u> |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br>BP WEST COAST PRODUCTS LLC, et al.,<br>　　　　　　Defendants. | Lead Case No. 18-cv-01374-JO-AGS (consolidated with No. 18-cv-01377-JO-AGS)<br><br><u>CLASS ACTION</u> |

APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED FEBRUARY 4, 2019

4855-1122-3570.v1

1       Plaintiffs Persian Gulf Inc., Joshua Ebright, Paul Lee and David Rinaldi ("Plaintiffs") hereby request permission to file under seal in their entirety: (1) Plaintiffs' Opposition to Defendants' Submission Regarding Slides in Plaintiffs' Summary Judgment Hearing Presentation ("Opposition"); (2) Exhibit A (Slides incorporating all changes as proposed by Plaintiffs) attached to the Opposition; and (3) Exhibits 1-79 attached to the declaration of Patrick J. Coughlin in support thereof, pursuant to Local Rule 79.2 and the Protective Order (ECF No. 184) entered on February 4, 2019.

      Under the Protective Order, the parties may designate certain documents as "Confidential" or "Confidential – For Counsel Only" and restrict their dissemination and disclosure. *See* ECF No. 184, ¶4. Any information or material which has been designated as "Confidential" or "Confidential – For Counsel Only" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id*.

      Plaintiffs' Opposition and Exhibits A and Exhibits 1-79 quote documents on the record that have be designated by Defendants as "Confidential" or "Confidential – For Counsel Only" pursuant to the Protective Order.

      Plaintiffs therefore request permission to file under seal in their entirety Plaintiffs' Opposition and Exhibits A and Exhibits 1-79.

DATED: March 2, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
LONNIE A. BROWNE

      s/ Patrick J. Coughlin
    PATRICK J. COUGHLIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

HARTLEY LLP
JASON S. HARTLEY
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619/400-5822
619/400-5832 (fax)

Attorneys for Plaintiff Persian Gulf Inc.

Dated: March 2, 2022

                                      s/ George C. Aguilar
                                      GEORGE C. AGUILAR

5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs David Rinaldi,
Joshua Ebright, and Paul Lee

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

Dated: March 2, 2022                               s/ Patrick J. Coughlin
                                                     PATRICK J. COUGHLIN