M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
CHARLES C. LIFLAND (S.B. #108950)
clifland@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Tel: (213) 430-6000 Fax: (213) 430-6407

ROBIN A. WOFFORD (S.B. # 137919)
rwofford@wilsonturnerkosmo.com
FREDERICK W. KOSMO, JR. (S.B. # 138036)
fkosmo@wilsonturnerkosmo.com
HUBERT KIM (S.B. # 204957)
hkim@wilsonturnerkosmo.com
KATHERINE M. MCCRAY (S.B. # 243500)
kmccray@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
402 W. Broadway, Suite 1600
San Diego, California 92101-3532
Tel: (619) 236-9600 Fax: (619) 236-9699

*Attorneys for Defendants*
EXXONMOBIL REFINING & SUPPLY COMPANY and EXXON MOBIL CORPORATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PERSIAN GULF INC.,

Plaintiff,

v.

BP WEST COAST PRODUCTS LLC, et al.,

Defendants.

RICHARD BARTLETT, et al.,

Plaintiffs,

v.

BP WEST COAST PRODUCTS LLC, et al.,

Defendants.

Case No. 3:15-cv-01749-JO-AGS

Lead Case No. 3:18-cv-01374-JO-AGS (consolidated with case no. 3:18-cv-01377-JO-AGS)

**CLASS ACTION**

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL AND JOINT MOTION TO FILE DOCUMENTS UNDER SEAL**

Judge: Hon. Jinsook Ohta
Courtroom: 4C

On February 28, 2022, Plaintiffs[1] filed a Notice of Additions to Court's Appendix Pursuant to Court's Directive at February 23, 2022 Hearing, which included an attached Exhibit 1. ("Plaintiffs' Notice," Dkt. No. 811 in Case No. 15-cv-01749 and Dkt. No. 640 in Case No. 18-cv-01374.) On March 2, 2022, Plaintiffs filed an Opposition to Defendants' Submission Regarding Slides in Plaintiffs' Summary Judgment Hearing Presentation, which included as attachments a PowerPoint presentation and 79 exhibits. ("Plaintiffs' Opposition," Dkt. No. 816 in Case No. 15-cv-01749 and Dkt. No. 645 in Case No. 18-cv-01374.) Plaintiffs made both filings under seal on grounds that one or more Defendants[2] had previously designated the information as "confidential" under the February 4, 2019 Protective Order. (*See* "Plaintiffs' Motion to File Under Seal," Dkt. No. 810 in Case No. 15-cv-01749 and Dkt. No. 639 in Case No. 18-cv-01374; "Plaintiffs' Motion to File Under Seal," Dkt. No. 815 in Case No. 15-cv-01749 and Dkt. No. 644 in Case No. 18-cv-01374.) Cognizant of the sealing standards discussed in detail in prior Joint Motions to File Documents Under Seal,[3] Defendants submit this Response and Joint Motion to support the sealing of limited, specific portions of Plaintiffs' Notice and Plaintiffs' Opposition.

On March 7, 2022, Plaintiffs' counsel and Defendants' counsel conferred in good faith to discuss sealing certain portions of Plaintiffs' Notice and Plaintiffs' Opposition. Plaintiffs take no position as to the information that Defendants seek to seal.

---

[1] Persian Gulf, Inc., David Rinaldi, Joshua Ebright, and Paul Lee.

[2] BP West Coast Products LLC ("BP"), Chevron U.S.A. Inc., Tesoro Refining & Marketing Company LLC, Equilon Enterprises LLC (d/b/a Shell Oil Products US) ("Shell"), Exxon Mobil Corporation and ExxonMobil Refining & Supply Co. ("ExxonMobil", Valero Marketing and Supply Company ("Valero"), Phillips 66, and Alon USA Energy, Inc.

[3] On July 16, 2021, and October 14, 2021, the parties filed separate Joint Motions to File Documents Under Seal. ("July Sealing Motion," Dkt. No. 723 in Case No. 15-cv-01749 and Dkt. No. 558 in Case No. 18-cv-01374; "October Sealing Motion," Dkt. No. 782 in Case No. 15-cv-01749 and Dkt. No. 616.) Both Motions are still pending.

Now, pursuant to Local Rule 79.2, the February 4, 2019 Protective Order, and the Amended Sealing Order (Dkt. No. 637 in Case No. 15-cv-01749 and Dkt. No. 479 in Case No. 18-cv-01374), Defendants[4] request permission to permanently seal certain portions of Plaintiffs' Notice and Plaintiffs' Opposition. In support of this Response and Joint Motion, Defendants submit the Declaration of Dawn Sestito ("Sestito Declaration"), which identifies with particularity the sealable portions of any filed materials that reflect Defendants' confidential and proprietary information, including but not limited to contractual terms, pricing information, business records, and financial information. The categories of confidential and proprietary information that Defendants seek to seal are identical to the categories identified and described in the July Sealing Motion, and the legal bases for sealing such information is identical to the authority cited in the July Sealing Motion. As a result, Defendants hereby incorporate by reference the arguments and authority from the July Sealing Motion.

Defendants submit this Response and Joint Motion in good faith and based on their respective understanding of the law and this Court's rules. If the Court has any questions or concerns, Defendants respectfully request an opportunity to cure any deficiencies or address any feedback from the Court.[5]

For the reasons stated above, and those set forth in the concurrently filed Sestito Declaration, Defendants respectfully request the Court enter the Proposed Sealing Order, submitted herewith.

---

[4] Only ExxonMobil, Chevron, Valero, Shell, BP, and Phillips 66 seek to seal any materials through this Response.

[5] As needed, certain Defendants will redact personally identifiable information ("PII") from certain exhibits that were filed in connection with Plaintiffs' Opposition. Those redactions will be identified in the exhibits with white boxes marked "PII" and, therefore, are not listed in the Sestito Declaration.

Respectfully submitted,

DATED: March 8, 2022

**O'MELVENY & MYERS LLP**

By: s/ Dawn Sestito
DAWN SESTITO

**WILSON TURNER KOSMO LLP**

By: s/ Robin A. Wofford
ROBIN A. WOFFORD

*Attorneys for Defendants* EXXONMOBIL REFINING & SUPPLY COMPANY and EXXON MOBIL CORPORATION

DATED: March 8, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By: s/ Samuel G. Liversidge
SAMUEL G. LIVERSIDGE

*Attorneys for Defendant* CHEVRON U.S.A. INC.

DATED: March 8, 2022

**HAWXHURST HARRIS LLP**

By: s/ Gerald E. Hawxhurst
GERALD E. HAWXHURST

*Attorneys for Defendant* VALERO MARKETING AND SUPPLY COMPANY

DATED: March 8, 2022

**MORGAN LEWIS & BOCKIUS LLP**

By: s/ Kent M. Roger
KENT M. ROGER

*Counsel for Defendant* EQUILON ENTERPRISES LLC doing business as SHELL OIL PRODUCTS US

DATED: March 8, 2022

**SULLIVAN & CROMWELL LLP**

By: s/ Robert A. Sacks
ROBERT A. SACKS

*Attorneys for Defendant* BP WEST COAST PRODUCTS LLC

DATED: March 8, 2022

**NORTON ROSE FULBRIGHT**

By: s/ Joshua D. Lichtman
JOSHUA D. LICHTMAN

*Attorneys for Defendant* PHILLIPS 66

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

DATED: March 8, 2022

**O'MELVENY & MYERS LLP**

s/ Dawn Sestito
DAWN SESTITO