


M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
CHARLES C. LIFLAND (S.B. #108950)
clifland@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California  90071-2899
Tel: (213) 430-6000 Fax: (213) 430-6407

ROBIN A. WOFFORD (S.B. # 137919)
rwofford@wilsonturnerkosmo.com
FREDERICK W. KOSMO, JR. (S.B. # 138036)
fkosmo@wilsonturnerkosmo.com
HUBERT KIM (S.B. # 204957)
hkim@wilsonturnerkosmo.com
KATHERINE M. MCCRAY (S.B. # 243500)
kmccray@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
402 West Broadway, Suite 1600
San Diego, California  92101-3532
Tel: (619) 236-9600 Fax: (619) 236-9699

*Attorneys for Defendants*
EXXONMOBIL REFINING & SUPPLY
COMPANY and EXXON MOBIL
CORPORATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. <br> RICHARD BARTLETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, et al., <br><br> Defendants. | Case No. 3:15-cv-01749-JO-AGS <br><br> Lead Case No. 3:18-cv-01374-JO-AGS (consolidated with case no. 3:18-cv-01377-JO-AGS) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF DAWN SESTITO IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL AND JOINT MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge:  Hon. Jinsook Ohta <br> Courtroom:  4C |

I, Dawn Sestito, hereby declare as follows:

1. I am an attorney admitted to practice in the courts of the State of California and this District Court. I am a partner with O'Melveny & Myers LLP and counsel for Defendants ExxonMobil Refining & Supply Company and Exxon Mobil Corporation ("ExxonMobil") in this action. I make this declaration in support of the accompanying Defendants' Response to Plaintiffs' Motion to File Documents Under Seal and Joint Motion to File Documents Under Seal. I have personal knowledge of the facts set forth herein, and if sworn, I could and would competently testify to them.

2. Defendants BP West Coast Products LLC ("BP"), Chevron U.S.A. Inc. ("Chevron"), ExxonMobil, Valero Marketing and Supply Company ("Valero"), Equilon Enterprises LLC (d/b/a Shell Oil Products US) ("Shell"), and Phillips 66, request the Court to seal certain material in (a) Plaintiffs' February 28, 2022 Notice of Additions to Court's Appendix Pursuant to Court's Directive at February 23, 2022 Hearing, which included an attached Exhibit 1 ("Plaintiffs' Notice," Dkt. No. 811 in Case No. 15-cv-01749 and Dkt. No. 640 in Case No. 18-cv-01374); and (b) Plaintiffs' March 2, 2022 Opposition to Defendants' Submission Regarding Slides in Plaintiffs' Summary Judgment Hearing Presentation, which included as attachments a PowerPoint presentation and 79 exhibits ("Plaintiffs' Opposition," Dkt. No. 816 in Case No. 15-cv-01749 and Dkt. No. 645 in Case No. 18-cv-01374).

3. Defendants' sealing request is made pursuant to Local Rule 79.2, the February 4, 2019 Protective Order, and the April 5, 2021 Order Granting Joint Motion and Stipulation to Amend Sealing Procedures. (*See* No. 15-cv-01749, Dkt. No. 638; No. 18-cv-01374, Dkt. No. 479.)

4. Most of the confidential and proprietary information a sought to be sealed is similar to documents previously filed pursuant to the March 16, 2021 Order Granting Joint Motion and Stipulation Re Protocols for Motions for Summary Judgment and Daubert Motions ("Briefing Order," Dkt. No. 589 in Case No. 15-cv-01749 and Dkt. No. 436 in Case No. 18-cv-01374). Thus, the categories of confidential and proprietary

-2-

information that Defendants seek to seal are identical to the categories identified and described in the July 16, 2021 Joint Motion to File Documents Under Seal. ("July Sealing Motion," Dkt. No. 723 in Case No. 15-cv-01749 and Dkt. No. 558 in Case No. 18-cv-01374.) I therefore incorporate by reference my declaration filed in support of the July Sealing Motion, including the abbreviations used therein.

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| ExxonMobil's Confidential Material | | | |
| Plaintiffs' Notice, Ex. 1 | Page 3, third bullet point ("February 25"), one reference to client name | Proprietary Business Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' Opposition, Ex. A | Page 7 (slide 6) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 2 | Entire document | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 27 | Pages 1–2, seven references to client names | Proprietary Business Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 29 | Page 1, single reference to client name | Proprietary Business Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 48 | Page 2, two references to client names | Proprietary Business Information (*see* Joint Mot. at 6–7) | J.A. 336–37 (Dickson Decl.) ¶¶ 74–76 |
| Phillips 66's Confidential Material | | | |
| Plaintiffs' Notice, Ex. 1 | Page 41, last bullet point, continuing to page 42 ("April 1" re: DTW channel Pricing Strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d); J.A. 595 (Hodgson Decl.) ¶ 1 |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Notice, Ex. 1 | Page 42, first bullet point ("April 1" re: Branded Rack channel Pricing Strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Plaintiffs' Notice, Ex. 1 | Page 43, first bullet point ("September 7" re: pricing strategy) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Plaintiffs' Opposition, Ex. A. | Page 23 (slide 22) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Plaintiffs' Opposition, Ex. A. | Pages 27-29 (slides 26-28) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | J.A. 508 (Sharum Decl.) ¶ 34(d); J.A. 595 (Hodgson Decl.) ¶ 1 |
| Valero's Confidential Material |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 14 | Entire document | Proprietary Business Information (*see* Joint Mot. at 5–6) | J.A. 731 (Brooks Decl.) ¶ 109 |
| Chevron's Confidential Material |
| Plaintiffs' Notice, Ex. 1 | Page 13, fourth bullet point ("August 8") | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Notice, Ex. 1 | Page 13, last bullet point ("January 2015") | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Notice, Ex. 1 | Page 14, last bullet point ("March 3") | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Plaintiffs' Notice, Ex. 1 | Page 18, second bullet "(October 17")" | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 19 (slide 18) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 49 (slide 48) (quote from Ex. 71 CUSA_PG-BAR-000244774) | Proprietary Business Records (see Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 54 (slide 53) (citation to Ex. 100, CUSA_PG-BAR-000074774) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 70 (slide 69) (quote from Ex. 71 CUSA_PG-BAR-000244774) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 94 (slide 93) (quote from CUSA_PG-BAR-000061622) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 95 (slide 94) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. A. | Page 98 (slide 97) (quote from CUSA-PG-BAR-000507791) | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Ex. 28 | Entire Document | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, | Entire Document | Proprietary Business Records (*see* Joint Mot. at | J.A. 8 (Yates Decl.) ¶¶ 2-3 |

| Document | Portion Sought to Be Sealed | Basis for Sealing | Compelling Reason |
|---|---|---|---|
| Coughlin Decl., Ex. 31 | | 7–8) | |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 32 | Entire Document | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 33 | Entire Document | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 35 | Entire Document | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| Plaintiffs' Opposition, Coughlin Decl., Ex. 53 | Entire Document | Proprietary Business Records (*see* Joint Mot. at 7–8) | J.A. 8 (Yates Decl.) ¶¶ 2-3 |
| **BP's Confidential Material** | | | |
| Plaintiffs' Opposition, Ex. A | Page 127 (slide 126) | Proprietary Contract Terms and Proprietary Business Information (*see* Joint Mot. at 5–9) | J.A. 830 (Archambault Decl.) ¶ 2 |
| **Shell's Confidential Material** | | | |
| Plaintiffs' Opposition, Ex. A | Page 22 (slide 21) | Proprietary Pricing Information (*see* Joint Mot. at 6–7) | Dkt. 612-3 (Smith Decl.) ¶¶ 2-4 |

5.   The parties met and conferred about this motion on March 7, 2022.

1  |  I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 8th day of March, 2022, at Los Angeles, California.

                                                s/ Dawn Sestito
                                                DAWN SESTITO