UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | CASE NO. 15-cv-1749-JO-AGS<br><br>**ORDER GRANTING DEFENDANTS' RENEWED MOTION TO SEAL** |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | Lead Case No. 18-cv-1374-JO-AGS (consolidated with Case No. 18-cv-1377-JO-AGS) |

Defendants have filed an unopposed renewed motion to seal and redact portions of the record submitted with Defendants' motions for summary judgment and the parties' motions to exclude one another's experts. The Court hereby GRANTS the motion [**Dkt. 845** in *Persian Gulf*, 15-cv-1749, and **Dkt. 674** in *Bartlett*, 18-cv-1374], and seals

the Defendants' documents and portions of documents specifically identified in Defendants' motion, Dkt. 845 in *Persian Gulf*, 15-cv-1749, and Dkt. 674 in *Bartlett*, 18-cv-1374.

**IT IS SO ORDERED.**

Dated: September 29, 2022

Hon. Jinsook Ohta
United States District Judge