# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | CASE NO. 15-cv-1749-JO-AGS<br><br>**FINAL JUDGMENT** |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>Defendants. | Lead Case No. 18-cv-1374-JO-AGS (consolidated with Case No. 18-cv-1377-JO-AGS) |

On September 30, 2022, the Court granted Defendants' motions for summary judgment, denying all relief in the complaint. Accordingly, and pursuant to Federal Rule of Civil Procedure 58, the Court enters FINAL JUDGMENT in favor of Defendants and ORDERS the Clerk to close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 30, 2022

Hon. Jinsook Ohta
United States District Judge