| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 11 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PERSIAN GULF, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CHEVRON U.S.A. INC.; et al.,<br><br>        Defendants-Appellees,<br><br>BP WEST COAST PRODUCTS, LLC,<br><br>        Defendant-Appellee,<br><br> and<br><br>VALERO ENERGY CORPORATION,<br><br>        Defendant,<br><br>CONOCOPHILLIPS; et al.,<br><br>        Defendants. | No.   22-56010<br><br>D.C. No. 3:15-cv-01749-JO-AGS<br>Southern District of California,<br>San Diego<br><br>ORDER |
| PERSIAN GULF, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>ALON USA ENERGY, INC.,<br><br>        Defendant-Appellant, | No.   22-56016<br><br>D.C. No. 3:15-cv-01749-JO-AGS |

1/09/2023/Pro Mo

and

BP WEST COAST PRODUCTS, LLC; et al.,

         Defendants.

The parties' stipulated motion (Docket Entry No. 11) for voluntary dismissal of No. 22-56010 is granted. No. 22-56010 is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court as to No. 22-56010 only.

No. 22-56016 will proceed and the following briefing schedule will govern:

Appellant Alon USA Energy, Inc.'s opening brief is now due February 10, 2023. Appellee Persian Gulf, Inc.'s answering brief is due March 13, 2023. Appellant Alon USA Energy, Inc.'s optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

1/09/2023/Pro Mo

2