| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | ALEXANDRA S. BERNAY (211068) |
| 2 | LONNIE A. BROWNE (293171) |
| | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 4 | 619/231-7423 (fax) |
| | xanb@rgrdlaw.com |
| 5 | lbrowne@rgrdlaw.com |
| 6 | Attorneys for Plaintiff |
| 7 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:15-cv-01749-JO-AGS |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) | |
| BP WEST COAST PRODUCTS LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

MOTION TO WITHDRAW ATTORNEY PATRICK J. COUGHLIN AS COUNSEL OF RECORD FOR PLAINTIFF PERSIAN GULF INC.

4887-3478-7919.v1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3(f)(3), Plaintiff Persian Gulf Inc. ("Persian Gulf") hereby moves the Court for an order permitting the withdrawal of Patrick J. Coughlin as counsel for Persian Gulf in the above-captioned matter on the following grounds:

1. Patrick J. Coughlin is no longer Of Counsel with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), which has been retained to represent Persian Gulf in this matter.

2. Although Patrick J. Coughlin is no longer Of Counsel with the law firm of Robbins Geller, Persian Gulf continues to be represented by other Robbins Geller attorneys of record in this matter. Therefore, Persian Gulf will not be prejudiced by Patrick J. Coughlin's withdrawal.

WHEREFORE, Persian Gulf respectfully requests this Court to enter an Order permitting the withdrawal of Patrick J. Coughlin as one of the attorneys of record for Persian Gulf.

DATED: February 8, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
ALEXANDRA S. BERNAY
LONNIE A. BROWNE

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

HARTLEY LLP
JASON S. HARTLEY
101 West Broadway, Suite 820
San Diego, CA  92101
Telephone:  619/400-5822
619/400-5832 (fax)

Attorneys for Plaintiff