Kamran Ahmadian SBN 314566
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310-979-8417
E-mail: kahmadian@bakerlaw.com

Carl W. Hittinger (*PHV;* PA 30250)
Tyson Y. Herrold (*PHV;* PA 314262)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215-568-3100
Facsimile: 215-568-3439
Email: chittinger@bakerlaw.com
therrold@bakerlaw.com

*Attorneys for Defendant*
*Alon USA Energy, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs

v.

BP WEST COAST PRODUCTS LLC, et al.,

Defendants

RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs

v.

BP WEST COAST PRODUCTS LLC, et al.,

Defendants

No.: 3:15-cv-01749-JO

No. 3:18-cv-01374-JO (consolidated with No. 3:18-cv-01377-JO)

**CLASS ACTION**

**DEFENDANT ALON USA ENERGY, INC.'S PREHEARING DISCLOSURES**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

**DEFENDANT ALON USA ENERGY, INC.'S**
**PREHEARING DISCLOSURES**

1. Witnesses:
   a. Witnesses expected to be called in person at the May 7, 2024 evidentiary hearing on sanctions[1]:
      i. George Aguilar: Robbins LLP
      ii. Alexandra Bernay: Robbins Geller Rudman & Dowd LLP
      iii. Lonnie Browne: formerly Robbins Geller Rudman & Dowd LLP; currently California Department of Justice, Deputy Attorney General, Antitrust Section
      iv. Patrick Coughlin: formerly Robbins Geller Rudman & Dowd LLP; currently Scott & Scott LLP
      v. Carissa Dolan: formerly Robbins Geller Rudman & Dowd LLP; current employment status unknown
      vi. Robert McCullough: McCullough Research
      vii. Carmen Medici: formerly Robbins Geller Rudman & Dowd LLP; currently Scott & Scott LLP
      viii. Eugene Mikolajczyk: formerly Robbins Geller Rudman & Dowd LLP; believed to be currently retired[2]
      ix. Armen Zohrabian: formerly Robbins Geller Rudman & Dowd LLP; currently Hedin Hall LLP
   b. Witnesses who may be called in person at the May 7, 2024 evidentiary hearing on sanctions:
      i. Jason Forge: Robbins Geller Rudman & Dowd LLP

[1] Plaintiffs' prehearing disclosures state that Alexandra Bernay, Carissa Dolan, Robert McCullough, Armen Zohrabian, and George Aguilar will be called in person as witnesses at the May 7, 2024 evidentiary hearing.

[2] Alon has asked Plaintiffs' Counsel whether they represent Eugene Mikolajczyk and is currently awaiting a response.

    ii. Steven Pepich: Robbins Geller Rudman & Dowd LLP

2. Deposition Testimony: Alon does not presently intend to use any deposition testimony at the hearing, except for impeachment purposes.

3. Documents:

   a. Alon's August 29, 2019 safe harbor letter, serving its motion for sanctions on Plaintiffs prior to filing with the Court;

   b. Plaintiffs' operative complaints (PG Dkt. 76; CP Dkt. 44) and Alon's answers to those complaints (PG Dkt. 115; CP Dkt. 117);

   c. Plaintiffs' response in opposition to Alon's motion to compel answers to interrogatories (PG Dkt. 243);

   d. Ninth Circuit appeal documents, including:

      i. Transcript, and video and audio recording, of the Ninth Circuit's December 4, 2023 oral argument on Alon's appeal of sanctions in consolidated Appeal Nos. 22-56016 and 22-56018[3];

      ii. Documents cited by Alon in its Ninth Circuit excerpts of record, including Exhibits 36-39 and 41;

      iii. Plaintiffs' respective briefs in opposition to Alon's appeal of sanctions in consolidated Appeal Nos. 22-56016 (Dkt. 27) and 22-56018 (Dkt. 25);

---

[3] The certified transcript of the December 4, 2023 oral argument was prepared by third-party First Legal Deposition Services because Alon was informed that the Ninth Circuit does not offer transcription services for oral arguments. District courts are permitted to review and rely upon statements made in circuit court oral argument proceedings. *Lantz v. Kreider*, Civ. A. No. 05- 0207, 2010 WL 7325401, at *1 (D. Nev. Mar. 12, 2010) (construing statements made to Ninth Circuit as judicial admissions); *Cooper v. Pennsylvania Dep't of Corr.*, Civ. A. No. 12-1186, 2019 WL 2408932, at *8 & n.16 (M.D. Pa. June 7, 2019) (considering transcript of Third Circuit oral argument that was transcribed by staff of law firm representing plaintiff on appeal); *Am. Council of Blind v. Mnuchin*, 396 F. Supp. 3d 147, 165-66 (D.D.C. 2019) (quoting D.C. Circuit transcript for reasons why case was remanded), *aff'd*, 977 F.3d 1 (D.C. Cir. 2020).

  iv. The Ninth Circuit's opinion and order vacating the District Court's denial of sanctions and remanding for an evidentiary hearing;

e. Briefing and related District Court documents concerning Alon's request for sanctions, including:

  i. Alon's motion for sanctions, and its exhibits in support of that motion (PG Dkt. 282);

  ii. Plaintiffs' responses in opposition to Alon's motion for sanctions (PG Dkt. 294; CP Dkt. 175), including Robert McCullough's October 21, 2019 declaration filed with that motion;

  iii. Order denying Alon's motion or sanctions (PG Dkt. 410; CP Dkt. 276);

f. District Court transcripts of proceedings related to Alon's motion for sanctions and evidentiary hearing, including:

  i. District Judge Ohta's February 21, 2024 status conference addressing the scope and structure of the May 7, 2024 evidentiary hearing on sanctions (PG Dkt. 882);

  ii. Then-Magistrate Judge Schopler's February 4, 2020 hearing on Alon's motion for sanctions (PG Dkt. 358);

  iii. Then-Magistrate Judge Schopler's December 9, 2019 hearing on Alon's motion to stay discovery (PG Dkt. 322);

  iv. Then-Magistrate Judge Schopler's July 30, 2019 hearing on Alon's basis interrogatories (PG Dkt. 254);

g. Judge Lorenz's denial of the Defendants' joint motion to dismiss (PG Dkt. 86) and Alon's separate motion to dismiss (CP Dkt. 108);

h. Robert McCullough's CV, expert report(s), and deposition transcripts;

    i. Alon's April 25, 2019 letter to Plaintiffs requesting dismissal, including the documents cited in footnotes 16 – 22 and 26;

    j. Plaintiffs' May 17, 2019 letter in response to Alon's April 25, 2019 letter;

    k. Plaintiffs' January 18, 2019 responses, March 1, 2019 amended responses, and August 21, 2019 supplemental responses to Alon's December 19, 2018 basis interrogatories 2 and 3, including documents cited by Plaintiffs as allegedly responsive to those interrogatories;

    l. Alon's April 22, 2019 verified interrogatory responses and August 22, 2019 supplemental verified interrogatories responses to Plaintiffs' February 15, 2019 interrogatories;

    m. McCullough Research's June 5, 2012 report;

    n. Plaintiffs' October 19, 2018 discovery letter to defense counsel;

    o. Alon's June 19, 2019 letter to Plaintiffs' Counsel concerning Alon's basis interrogatories.

4. Alon reserves the right to use demonstrative exhibits and visual aids, such as timelines, at the evidentiary hearing.

Dated: March 27, 2024　　　　**BAKER & HOSTETLER LLP**

　　　　　　　　　　　　　　By: /s/ *Carl W. Hittinger*

　　　　　　　　　　　　　　CARL W. HITTINGER
　　　　　　　　　　　　　　TYSON Y. HERROLD
　　　　　　　　　　　　　　KAMRAN AHMADIAN
　　　　　　　　　　　　　　chittinger@bakerlaw.com
　　　　　　　　　　　　　　therrold@bakerlaw.com
　　　　　　　　　　　　　　kahmadian@bakerlaw.com

　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　*ALON USA ENERGY, INC.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically transmitted the document identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive electronic filings:

**DEFENDANT ALON USA ENERGY, INC.'S PREHEARING DISCLOSURES**

**BAKER & HOSTETLER LLP**

By: /s/ *Carl W. Hittinger*
CARL W. HITTINGER

*Attorney for Defendant*
ALON USA ENERGY, INC.