Kamran Ahmadian SBN 314566
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310-979-8417
E-mail: kahmadian@bakerlaw.com

Carl W. Hittinger (*PHV;* PA 30250)
Tyson Y. Herrold (*PHV;* PA 314262)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215-568-3100
Facsimile: 215-568-3439
Email: chittinger@bakerlaw.com
       therrold@bakerlaw.com

*Attorneys for Defendant*
*Alon USA Energy, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs<br><br>      v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>      Defendants | No.: 3:15-cv-01749-JO<br><br>No. 3:18-cv-01374-JO<br>(consolidated with<br>No. 3:18-cv-01377-JO)<br><br>**CLASS ACTION**<br><br>**DEFENDANT ALON USA ENERGY, INC.'S NOTICE OF SERVICE OF SUBPOENAS** |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs<br><br>      v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>      Defendants | |

TO ALL APPEARING PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 45, Defendant Alon USA Energy, Inc. has served subpoenas on the following potential witnesses: George Aguilar, Alexandra Bernay, Lonnie Browne, and Patrick Coughlin for appearance at the May 7, 2024 evidentiary hearing. Service on witness Carmen Medici has not yet been successful. Mr. Medici and the other above witnesses, except Mr. Aguilar, are represented by Jason Forge, who has not agreed to accept service for Mr. Medici or the other represented witnesses. Proofs of service are attached herewith as exhibits A-D.

Dated: April 25, 2024

**BAKER & HOSTETLER LLP**

By:  /s/ *Carl W. Hittinger*

CARL W. HITTINGER
TYSON Y. HERROLD
KAMRAN AHMADIAN
chittinger@bakerlaw.com
therrold@bakerlaw.com
kahmadian@bakerlaw.com

*Attorneys for Defendant
ALON USA ENERGY, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically transmitted the document identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive electronic filings:

**DEFENDANT ALON USA ENERGY, INC.'S**
**NOTICE OF SERVICE OF SUBPOENAS**

**BAKER & HOSTETLER LLP**

By: */s/ Carl W. Hittinger*
CARL W. HITTINGER

*Attorney for Defendant*
ALON USA ENERGY, INC.