# EXHIBIT A

| | |
|---|---|
| From: | George C. Aguilar |
| To: | Hittinger, Carl W.; Jason Forge |
| Cc: | XanB@rgrdlaw.com; Herrold, Tyson Y. |
| Subject: | RE: Alon -- May 7, 2024 Sanctions Hearing - Part 1 |
| Date: | Monday, April 15, 2024 3:06:18 PM |

Carl, I will accept email service of subpoenas calling for my appearance.

George C. Aguilar
Attorney at Law
Robbins LLP

**From:** Hittinger, Carl W. <chittinger@bakerlaw.com>
**Sent:** Saturday, April 13, 2024 6:22 AM
**To:** Jason Forge <JForge@rgrdlaw.com>
**Cc:** George C. Aguilar <GAguilar@robbinsllp.com>; XanB@rgrdlaw.com; Herrold, Tyson Y. <therrold@bakerlaw.com>
**Subject:** FW: Alon -- May 7, 2024 Sanctions Hearing - Part 1

Jason. Attached are hearing subpoenas for the witnesses you indicated you represent and George Aquilar. Sending in two emails per your server.

Do you agree to accept service of the subpoenas on behalf of your clients and George? If not, we will have the subpoenas served on the witnesses within the jurisdiction of the Court early next week. Please confirm that Robert McCullough, Carissa Dolan and Armen Zohrabian will be appearing live at the May 7th hearing.

As to your question of who should go first at the hearing, what do you prefer?   Carl

**Carl W. Hittinger**
Partner

BakerHostetler

1735 Market Street | Suite 3300
Philadelphia, PA 19103-7501
T +1.215.564.2898
M +1.215.840.7293