# EXHIBIT B

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| Persian Gulf Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:15-cv-01749-JO-KSC |
| BP West Coast Products LLC et al | ) | |
| *Defendant* | ) | |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Alexandra Senya Bernay
Robbins Geller Rudman & Dowd LLP, 655 W Broadway Ste 1900, San Diego, CA 92101-8498

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Edward J. Schwartz United States Courthouse 221 West Broadway San Diego, CA 92101 | Courtroom No.: Courtroom 4C |
|---|---|
| | Date and Time: 05/07/2024 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/12/2024

CLERK OF COURT

OR

_____            /s/ Carl W. Hittinger
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Alon USA Energy Inc., who issues or requests this subpoena, are:

Carl W. Hittinger, BakerHostetler LLP, 1735 Market Street, Suite 3300, Philadelphia, PA 19103
Tel: (215) 564-2898  Email: chittinger@bakerlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. **3:15-cv-01749-JO-KSC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Alexandra Senya Bernay, Robbins Geller Rudman & Dowd LLP**

on *(date)* **April 16, 2024**

☑ I served the subpoena by delivering a copy to the named person as follows: **Alexandra Senya Bernay, Robbins Geller Rudman & Dowd LLP,** personally at **655 West Broadway, Suite 1900, San Diego, CA 92101** on *(date)* **April 16, 2024 at 11:36 AM**

☐ I returned the summons unexecuted because; _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

My fees are $ .00 for travel and $ for services, for a total of $ .00

I declare under penalty of perjury that this information is true.

Date: **4/17/2024**

*Server's signature*

**Ruben Agundez**
*Printed name and title*

**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

Persian Gulf, Inc. vs BP West Coast Products LLC, et al.

AO88-2309453